UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>          Defendant. | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br>19 Cr. 374 (DAB) |

TO:   Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by:  /s/ Robert B. Sobelman
      Robert B. Sobelman
      Assistant United States Attorney
      (212) 637-2616