```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
United States of America,

                                        19 Cr. 374 (DAB)
                                            ORDER

        v.


Michael Avenatti,

                Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The next scheduled Court appearance in this case is currently June 18, 2019 at 10:30 AM. The Court is in receipt of a letter dated June 12, 2019 from Mr. H. Dean Steward informing the Court that he intends to represent Defendant Michael Avenatti in this matter before me. Mr. Steward has asked for an adjournment of 30 days from June 18, 2019 which the Government has agreed to on the condition that Mr. Steward be prepared to go forward on that date. Accordingly, the next scheduled conference in this matter is July 23, 2019 at 2:30 PM. In the interest of justice, I am excluding time until July 23, 2019 at 2:30 PM.

SO ORDERED.

DATED:   June 13, 2019
         New York, New York

                                    _____
                                         Deborah A. Batts
                                    United States District Judge