# UNTITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

        Plaintiff,

v.

MICHAEL J. AVENATTI

        Defendant.

Case No. 19-CR-374 (DAB)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, H. Dean Steward, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant Michael J. Avenatti in the above captioned action.

I am in good standing of the bars of the states of California and Hawaii and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission by any court. I have attached the affidavit pursuant to local Rule 1.3

Dated: June 17, 2019

                                    Applicant's Signature

                                    Applicant's Name:  H. Dean Steward

1

Firm Name: H. Dean Steward, APC

Address: 107 Avenida Miramar, Ste. C

City/State/Zip: San Clemente, CA 92672

Phone/Fax: 949-481-4900   949-406-6753

E-mail: deansteward7777@gmail.com

AFFIDAVIT OF COUNSEL

I, H. Dean Steward, having been duly sworn, state and declare:

1. I seek Pro Hac Vice admission in the Southern District of New York for *U.S. v. Michael J. Avenatti* 19-CR-375-DAB.

2. I am a member in good standing in the bars of California and Hawaii.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court, and

5. There are no disciplinary proceedings presently against me.

Dated: June 17, 2019

H. Dean Steward

State of California County of Orange. Subscribed and sworn to (or affirmed) before me on this 17th day of June, 2019.

H. Dean Steward, proved to me on the basis of satisfactory evidence to be the person who appeared before me. (Seal) Signature



TONY ASMAR JR.
Notary Public - California
Orange County
Commission # 2241140
My Comm. Expires May 4, 2022

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT.

3

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C., San Clemente, CA 92672. I am not a party to the above entitled action. On April 15, 2016, I have caused service of the defendant's:

## MOTION FOR ADMISSION PRO HAC VICE

on the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA's Matthew Podolsky; Robert Sobelman**

I declare under penalty of perjury that the foregoing is true and correct.

DATED: JUNE 17, 2019     s./ H. Dean Steward

H. Dean Steward

4



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *H. DEAN STEWARD*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that H. DEAN STEWARD, #85317, was on the 15th day of May, 1979, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 11th day of June, 2019.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
I. H. Calaroc, Sr. Deputy Clerk

# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**H. DEAN STEWARD**
..................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Ana Kippen, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **H. DEAN STEWARD** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on **October 17, 1985**. His current status is **Active** and presently in good standing.

DATED:   Honolulu, Hawai'i, June 12, 2019.

.................................................
Clerk, Supreme Court of Hawai`i

UNTITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

        Plaintiff,

v.

MICHAEL J. AVENATTI

        Defendant.

Case No. 19-CR-374 (DAB)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of H. Dean Steward for admission to practice Pro Hac Vice in the above action is granted.

Applicant has declared that he is a member in good standing with the bars of the states of California and Hawaii, and that his contact information is as follows:

    Applicant's Name:  H. Dean Steward

    Firm Name: H. Dean Steward, APC

    Address: 107 Avenida Miramar, Ste. C

    San Clemente, CA 92672

    949-481-4900 / fax 949-496-6753

Applicant having requested admission Pro Hac Vice for Michael J. Avenatti in the above entitled action;

IT IS HEREBY ORDERED that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New

1

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2019          _____

                                                                             Hon. Deborah A. Batts  
                                                                             Unites States District Judge