

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *H. DEAN STEWARD*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that H. DEAN STEWARD, #85317, was on the 15th day of May, 1979, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 11th day of June, 2019.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
I. H. Calanoc, Sr. Deputy Clerk

# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**H. DEAN STEWARD**
...............................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Ana Kippen, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **H. DEAN STEWARD** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on **October 17, 1985**. His current status is **Active** and presently in good standing.

DATED:   Honolulu, Hawai'i, June 12, 2019.

.....................................................
Clerk, Supreme Court of Hawai`i