UNTITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

                    Plaintiff,

v.                                                      Case No. 19-CR-374 (DAB)

MICHAEL J. AVENATTI                          **ORDER FOR ADMISSION
                                                          PRO HAC VICE**
                    Defendant.

The motion of H. Dean Steward for admission to practice Pro Hac Vice in the above action is granted.

Applicant has declared that he is a member in good standing with the bars of the states of California and Hawaii, and that his contact information is as follows:

                    Applicant's Name:  H. Dean Steward

                    Firm Name: H. Dean Steward, APC

                    Address: 107 Avenida Miramar, Ste. C

                    San Clemente, CA 92672

                    949-481-4900 / fax 949-496-6753

Applicant having requested admission Pro Hac Vice for Michael J. Avenatti in the above entitled action;

IT IS HEREBY ORDERED that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.

Dated: _____, 2019          _____

                                    Hon. Deborah A. Batts
                                    Unites States District Judge