# H. Dean Steward
ATTORNEY AT LAW

107 Avenida Miramar
Suite "C"
San Clemente, CA 92672
949-481-4900

July 17, 2019

Hon. Deborah A. Batts
U.S. District Judge
500 Pearl St., Courtroom 24 B
New York, NY 10007-1312

Re; U.S. v. Michael Avenatti
No. 19-CR-374-DAB

Dear Judge Batts-

I represent Michael Avenatti in the above case. I am, by copy of this letter, informing the government of my contact with the Court. I wish to supply the Court with information that may be helpful for the hearing coming up on July 23, 2019 at 2:30. I have provided this information to government counsel earlier.

I understand that the Court will set a motion date for the defense's Rule 21 transfer motion at that hearing, and that the Court indicated at the initial hearing that it does not intend to set a trial date in this matter at the upcoming hearing. The defense maintains that the Rule 21 motion is a threshold issue that should be decided in advance of setting further deadlines in the case.  For the benefit

• Admitted-California & Hawaii • Fellow-American College of Trial Lawyers •    1
fax: 949-496-6753 • e-mail: deansteward7777@gmail.com

of the Court, I wish to provide the following status update relating to two other matters in which Mr. Avenatti is a defendant:

*U.S. v. Avenatti-* CR-19-373-PGG- (pending in SDNY)- Pre-trial motions are due in the case before Judge Gardephe on August 19, 2019, and jury trial is set for November 12, 2019. I am not involved in this case, but Mr. Avenatti is heavily involved in preparing that case for trial.

*U.S. v. Avenatti-* SA-CR-19- 61-JVS- (pending in the CDCA)- I am counsel for Mr. Avenatti is this case. It involves an enormous amount of discovery[1], a 61-page indictment with 35 counts and there are currently on-going discovery disputes. No trial date has yet been set.

In addition, and as I have advised the government, my trial schedule is significant for the balance of the year:

▶ September 17-*U.S. v. Noori* SA-CR-17-112-DMG (client is very ill- unclear whether he will be well enough for trial in September)- 2 week bank fraud trial in Los Angles
▶ October 22-*U.S. v. Michaels* et. al. SA-CR-16-76-JVS- 3-4 week multiple defendant telemarketing fraud trial- Santa Ana
▶ November 26-*U.S. v. Le* et. al. SA-CR-18-119-AG- 3 week multiple defendant health care fraud trial- Santa Ana
▶ December 3-*U.S. v. Garcia et. al.* (District of Nevada- Las Vegas)- conflicts with U.S. v. Le (likely be continued to January or February, 2020)- 2-3 week multiple defendant mortgage fraud trial

---

[1] The case also involves a privilege team from the U.S. Attorney's Office in Los Angeles. That team requested a 5 terabyte hard drive for documents, etc., and I complied. They have now returned it to me, with potentially millions of pages of material.

All of the above information is public record, either from the Joint Status Report filed in the California case or the hearing on that report before Judge Selna on July 8, 2019.

I hope this information is helpful to the Court and counsel. I look forward to the hearing on July 23, 2019.

Sincerely,

H. Dean Steward

cc: AUSA's Robert Sobelman & Matthew Podolsky
Michael Avenatti

3