UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

        v.                        19 CR 374 (DAB)

MICHAEL AVENATTI,
                                 Conference
            Defendant.

------------------------------x

                                 New York, N.Y.
                                 July 23, 2019
                                 2:40 p.m.

Before:

        HON. DEBORAH A. BATTS

                                 District Judge

        APPEARANCES

GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York
ROBERT B. SOBELMAN
    Assistant United States Attorney

H. DEAN STEWARD
    Attorney for Defendant

Also Present:

    DELEASSA PENLAND – Special Agent, U.S. Att
    CHRISTOPHER HARPER – Special Agent, FBI

1          (Case called)

2          THE CLERK:  Counsel, please state your name for the

3  record, starting with the government.

4          MR. SOBELMAN:  Robert Sobelman for the United States.

5  I'm joined at counsel table by Deleassa Penland, Special Agent

6  with the U.S. Attorney's office, Southern District of New York,

7  and Christopher Harper, a special agent with the Federal Bureau

8  of Investigation.  Good afternoon, your Honor.

9          THE COURT:  Good afternoon, Mr. Sobelman, and good

10  afternoon to both of you.

11          On behalf of Mr. Avenatti, we have H. Dean Steward?

12          MR. STEWARD:  That's correct, your Honor.  My client

13  is present.

14          THE COURT:  Good afternoon, Mr. Steward.  And good

15  afternoon, Mr. Avenatti.

16          THE DEFENDANT:  Good afternoon, your Honor.

17          THE COURT:  I assume, Mr. Sobelman, that you have seen

18  the correspondence from Mr. Steward relating to his schedule?

19          MR. SOBELMAN:  Yes, your Honor.

20          THE COURT:  It seems to me that this motion has got to

21  be dealt with before we can actually move on in this case.  If

22  indeed the Court were to grant the motion to transfer venue,

23  there would be nothing else here.  If the Court does not grant

24  that motion, the case is definitely here and we can move

25  forward.

1           It seems to me that the intelligent thing to do would

2    be to set a motion schedule for the motion to transfer.  Based

3    on the prior discussion in this case about the motion to

4    transfer, which was on May 28th, it seems to me it is a

5    relatively straightforward motion.

6           Therefore, the defendant shall make his motion by

7    August 22nd.  The government shall respond by September 11th.

8    There will be no replies.  At that point it will be fully

9    submitted.  The Court will address it as quickly as possible.

10   Then we will either move forward or not, depending on how the

11   motion is decided.

12          Therefore, in the interests of justice I am excluding

13   time from today until October 15, 2019, at which point the

14   Court expects to have determined the motion and we are either

15   on or we are off.

16          Are there any questions?

17          MR. SOBELMAN:  Your Honor, the parties had discussed

18   setting a date for other motions.  I know defense counsel may

19   have a request to set a trial date as well.

20          THE COURT:  The trial date, as I said before, is not

21   going to be set.  If you are making a motion to transfer this

22   case, why would I tie up my schedule with a trial date?

23          MR. SOBELMAN:  We understand, your Honor.  Thank you.

24          THE COURT:  In terms of other motions, again, if the

25   motion is granted, there is no need to make other motions.  The

4

1    motion to transfer is of paramount importance.  I have given

2    you the schedule, I have excluded the time.  Is there anything

3    else we need to do in this case at this time?

4            MR. SOBELMAN:  Not from the government.

5            MR. STEWARD:  Your Honor, for the defense we would ask

6    for a date on reply only because --

7            THE COURT:  You're not getting a reply.  All right?

8            MR. STEWARD:  Understood.  Got it.

9            THE COURT:  Anything else?  This matter is adjourned.

10           (Adjourned)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25