UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>Defendant. | 19 Cr. 374 |

**DEFENDANT MICHAEL AVENATTI'S NOTICE OF MOTION FOR TRANSFER OF CASE TO THE CENTRAL DISTRICT OF CALIFORNIA**

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law, defendant Michael Avenatti, pursuant to Rule 21 of the Federal Rules of Criminal procedure and the other authority cited in his Memorandum, moves this honorable Court for an order transferring the case to the Central District of California.

PLEASE TAKE FURTHER NOTICE that the government's response is due on Sept. 11 2019, and no reply has been ordered, nor has a hearing been set.

H. Dean Steward
107 Avenida Miramar #C
San Clemente, CA 92672
Telephone:  (949) 481-4900
Facsimile:  (949) 496-6753
Email:  deansteward7777@gmail.com

*Attorney for Defendant Michael Avenatti*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notes.

/s/ H. Dean Steward
H. Dean Steward