UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

      v.

MICHAEL AVENATTI,

                Defendant.
------------------------------------- X

Index No. 19-cr-00374 (DAB)

**MOTION FOR ADMISSION**
*PRO HAC VICE*

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thomas Warren hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Michael Avenatti in the above-captioned action.

      I am in good standing of the bars of the state of California and Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  November 21, 2019

                                        /s/ Thomas Warren
                                        Thomas Warren
                                        Pierce Bainbridge Beck Price & Hecht LLP
                                        355 S. Grand Avenue, 44th Floor
                                        Los Angeles, CA 90071
                                        tel: (213) 262-9333
                                        fax: (213) 279-2008
                                        twarren@piercebainbridge.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
                                           :
UNITED STATES OF AMERICA,                  :
                                           :    Index No. 19-cr-00374 (DAB)
                        Plaintiff,         :
                                           :    **MOTION FOR ADMISSION**
            v.                             :    *PRO HAC VICE*
                                           :
MICHAEL AVENATTI,                          :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X

I, Thomas Warren, hereby state:

1.  I am admitted to practice before the courts of the state of California and Ohio and am an attorney with the firm of Pierce Bainbridge Beck Price and Hecht LLP. I am counsel for Defendant Michael Avenatti in this proceeding. A copy of my Certificates of Good Standing is attached hereto as **Exhibit A**.

2.  I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.  I have never been convicted of a felony.

4.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.  I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: November 21, 2019        Respectfully submitted,

                                /s/ Thomas Warren
                                Thomas Warren
                                Pierce Bainbridge Beck Price & Hecht LLP
                                355 S. Grand Avenue, 44th Floor
                                Los Angeles, CA 90071
                                tel: (213) 262-9333
                                fax: (213) 279-2008
                                twarren@piercebainbridge.com

# EXHIBIT A



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *THOMAS DAVID WARREN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that THOMAS DAVID WARREN, #160921, was on the 9th day of December 1992, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of November 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Thomas David Warren**
Attorney Registration No. **0077541**

was admitted to the practice of law in Ohio on June 29, 2004; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 18th day of November, 2019.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon Scheid
Attorney Services Specialist

No. 2019-11-18-1
Verify by email at GoodStandingRequests@sc.ohio.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                        Plaintiff,

     v.

MICHAEL AVENATTI,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 19-cr-00374 (DAB)

**MOTION FOR ADMISSION**
*PRO HAC VICE*

     The Motion of Thomas Warren, for admission to practice Pro Hac Vice in the above captioned action is granted.

     Applicant has declared that he is a member in good standing of the bars of the states of California and Ohio; and that his contact information is as follows;

    Thomas Warren
    Pierce Bainbridge Beck Price & Hecht LLP
    355 S. Grand Avenue, 44th Floor
    Los Angeles, CA 90071
    tel: (213) 262-9333
    fax: (213) 279-2008
    twarren@piercebainbridge.com

     Applicant having requesting admission Pro Hac Vice to appear for all purposes as counsel for Defendant Michael Avenatti in the above entitled action;

     **IT HEREBY ORDERED** that Applicant is admitted to practice Pro hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated:_____

                                            _____
                                            Honorable Deborah A. Batts
                                            United States District Judge