UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

              Plaintiff,

        v.

MICHAEL AVENATTI,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 19-cr-00374 (DAB)

**MOTION FOR ADMISSION**
***PRO HAC VICE***

I, Thomas Warren, hereby state:

1.     I am admitted to practice before the courts of the state of California and Ohio and am an attorney with the firm of Pierce Bainbridge Beck Price and Hecht LLP.  I am counsel for Defendant Michael Avenatti in this proceeding.  A copy of my Certificates of Good Standing is attached hereto as **Exhibit A**.

2.     I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.     I have never been convicted of a felony.

4.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.     I have prepared this affidavit pursuant to Local Rule 1.3.

Dated:  November 21, 2019          Respectfully submitted,

                                  /s/ Thomas Warren
                                  Thomas Warren
                                  Pierce Bainbridge Beck Price & Hecht LLP
                                  355 S. Grand Avenue, 44th Floor
                                  Los Angeles, CA 90071
                                  tel: (213) 262-9333
                                  fax: (213) 279-2008
                                  twarren@piercebainbridge.com