# EXHIBIT A



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *THOMAS DAVID WARREN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that THOMAS DAVID WARREN, #160921, was on the 9th day of December 1992, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of November 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Thomas David Warren**
Attorney Registration No. **0077541**

was admitted to the practice of law in Ohio on June 29, 2004; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 18th day of November, 2019.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon Scheid
Attorney Services Specialist

No. 2019-11-18-1
Verify by email at GoodStandingRequests@sc.ohio.gov