UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
UNITED STATES OF AMERICA, :
: Index No. 19-cr-00374 (DAB)
Plaintiff, :
: **MOTION FOR ADMISSION**
v. : *PRO HAC VICE*
:
MICHAEL AVENATTI, :
:
Defendant. :
:
------------------------------------------ X

I, Daniel Dubin, hereby state:

1. I am admitted to practice before the courts of the state of California and am an attorney with the firm of Pierce Bainbridge Beck Price and Hecht LLP. I am counsel for Defendant Michael Avenatti, in this proceeding. A copy of my Certificate of Good Standing is attached hereto as Exhibit A.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: November 21, 2019              Respectfully submitted,

                                     /s/ Daniel Dubin
                                     Daniel Dubin
                                     Pierce Bainbridge Beck Price & Hecht LLP
                                     355 S. Grand Avenue, 44th Floor
                                     Los Angeles, CA 90071
                                     tel: (213) 262-9333
                                     fax: (213) 279-2008
                                     ddubin@piercebainbridge.com