UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>       v.<br><br>MICHAEL AVENATTI,<br><br>                        Defendant. | Index No. 19-cr-00374 (DAB)<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Daniel Dubin hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Michael Avenatti in the above-captioned action.

     I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   November 22, 2019

                                          /s/ Daniel Dubin
                                          Daniel Dubin
                                          Pierce Bainbridge Beck Price & Hecht LLP
                                          355 S. Grand Avenue, 44th Floor
                                          Los Angeles, CA 90071
                                          tel: (213) 262-9333
                                          fax: (213) 279-2008
                                          ddubin@piercebainbridge.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.

MICHAEL AVENATTI,

                  Defendant.

------------------------------------------- X

Index No. 19-cr-00374 (DAB)

**AFFIDAVIT OF DANIEL DUBIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Daniel Dubin, hereby state:

1. I am admitted to practice before the courts of the state of California and an attorney with the firm of Pierce Bainbridge Beck Price and Hecht LLP. I am counsel for Defendant Michael Avenatti, in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: November 22, 2019

                                      Respectfully submitted,

                                      /s/ Daniel Dubin
                                      Daniel Dubin
                                      Pierce Bainbridge Beck Price & Hecht LLP
                                      355 S. Grand Avenue, 44th Floor
                                      Los Angeles, CA 90071
                                      tel: (213) 262-9333
                                      fax: (213) 279-2008
                                      ddubin@piercebainbridge.com

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>*DANIEL DUBIN*</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DANIEL DUBIN, #313235, was on the 3rd day of December 2016, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 14th day of November 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

        v.

MICHAEL AVENATTI,

                Defendant.
------------------------------------------ X

Index No. 19-cr-00374 (DAB)

**[PROPOSED] ORDER**

    The Motion of Daniel Dubin, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows;

    Daniel Dubin
    Pierce Bainbridge Beck Price & Hecht LLP
    355 S. Grand Avenue, 44th Floor
    Los Angeles, CA 90071
    tel: (213) 262-9333
    fax: (213) 279-2008
    ddubin@piercebainbridge.com

    Applicant having requesting admission Pro Hac Vice to appear for all purposes as counsel for Defendant Michael Avenatti in the above entitled action;

    **IT HEREBY ORDERED** that Applicant is admitted to practice Pro hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                   _____
Honorable Deborah A. Batts
United States District Judge