UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
                                           :
UNITED STATES OF AMERICA,                  :
                                           :   Index No. 19-cr-00374 (DAB)
                    Plaintiff,             :
                                           :   **AFFIDAVIT OF DANIEL**
                                           :   **DUBIN IN SUPPORT OF**
        v.                                 :   **MOTION FOR ADMISSION**
                                           :   ***PRO HAC VICE***
MICHAEL AVENATTI,                          :
                                           :
                    Defendant.             :
                                           :
------------------------------------------ X

I, Daniel Dubin, hereby state:

1.  I am admitted to practice before the courts of the state of California and an attorney with the firm of Pierce Bainbridge Beck Price and Hecht LLP.  I am counsel for Defendant Michael Avenatti, in this proceeding.  A copy of my Certificate of Good Standing is attached hereto.

2.  I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.  I have never been convicted of a felony.

4.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.  I have prepared this affidavit pursuant to Local Rule 1.3.

Dated:  November 22, 2019            Respectfully submitted,

                                     /s/ Daniel Dubin
                                     Daniel Dubin
                                     Pierce Bainbridge Beck Price & Hecht LLP
                                     355 S. Grand Avenue, 44th Floor
                                     Los Angeles, CA 90071
                                     tel: (213) 262-9333
                                     fax: (213) 279-2008
                                     ddubin@piercebainbridge.com