UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                   :

                   Plaintiff,      :

          v.                    :

MICHAEL AVENATTI,                           :

                Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 19-cr-00374 (DAB)

**MOTION FOR ADMISSION**
***PRO HAC VICE***

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thomas Warren hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Michael Avenatti in the above-captioned action.

       I am in good standing of the bars of the state of California and Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   November 22, 2019

                    /s/ Thomas Warren
                    Thomas Warren
                    Pierce Bainbridge Beck Price & Hecht LLP
                    355 S. Grand Avenue, 44th Floor
                    Los Angeles, CA 90071
                    tel: (213) 262-9333
                    fax: (213) 279-2008
                    twarren@piercebainbridge.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                    Plaintiff,

             v.

MICHAEL AVENATTI,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 19-cr-00374 (DAB)

**AFFIDAVIT OF THOMAS D. WARREN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Thomas D. Warren, hereby state:

1.     I am admitted to practice before the courts of the state of California and Ohio and an attorney with the firm of Pierce Bainbridge Beck Price and Hecht LLP.  I am counsel for Defendant Michael Avenatti, in this proceeding.  Copies of my Certificates of Good Standing are attached hereto as **Exhibit A.**

2.     I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.     I have never been convicted of a felony.

4.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.     I have prepared this affidavit pursuant to Local Rule 1.3.

Dated:  November 22, 2019             Respectfully submitted,

                                    /s/ Thomas Warren
                                    Thomas Warren
                                    Pierce Bainbridge Beck Price & Hecht LLP
                                    355 S. Grand Avenue, 44th Floor
                                    Los Angeles, CA 90071
                                    tel: (213) 262-9333
                                    fax: (213) 279-2008
                                    twarren@piercebainbridge.com

# EXHIBIT A



# Supreme Court of California

**JORGE E. NAVARRETE**

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *THOMAS DAVID WARREN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that THOMAS DAVID WARREN, #160921, was on the 9th day of December 1992, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of November 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*C. Wong, Senior Deputy Clerk*

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys.  I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Thomas David Warren**
Attorney Registration No. **0077541**

was admitted to the practice of law in Ohio on June 29, 2004; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 18th day of November, 2019.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon Scheid
Attorney Services Specialist

No. 2019-11-18-1
Verify by email at GoodStandingRequests@sc.ohio.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Index No. 18-cr-00374 (DAB) |
| Plaintiff, | : |
| | : **[PROPOSED] ORDER** |
| v. | : |
| | : |
| MICHAEL AVENATTI, | : |
| | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The Motion of Thomas Warren, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of

California and Ohio; and that his contact information is as follows;

Thomas Warren
Pierce Bainbridge Beck Price & Hecht LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
tel: (213) 262-9333
fax: (213) 279-2008
twarren@piercebainbridge.com


Applicant having requesting admission Pro Hac Vice to appear for all purposes as counsel for

Defendant Michael Avenatti in the above entitled action;

**IT HEREBY ORDERED** that Applicant is admitted to practice Pro hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated:_____

_____
Honorable Deborah A. Batts
United States District Judge