UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Index No. 19-cr-00374 (DAB) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF THOMAS D. WARREN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| MICHAEL AVENATTI, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I, Thomas D. Warren, hereby state:

1. I am admitted to practice before the courts of the state of California and Ohio and an attorney with the firm of Pierce Bainbridge Beck Price and Hecht LLP. I am counsel for Defendant Michael Avenatti, in this proceeding. Copies of my Certificates of Good Standing are attached hereto as **Exhibit A.**

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: November 22, 2019                Respectfully submitted,

/s/ Thomas Warren
Thomas Warren
Pierce Bainbridge Beck Price & Hecht LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
tel: (213) 262-9333
fax: (213) 279-2008
twarren@piercebainbridge.com