UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

  v.

MICHAEL AVENATTI,

       Defendant.
------------------------------------------- X

Index No. 18-cr-00374 (DAB)

**[PROPOSED] ORDER**

  The Motion of Thomas Warren, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bars of the states of California and Ohio; and that his contact information is as follows;

  Thomas Warren
  Pierce Bainbridge Beck Price & Hecht LLP
  355 S. Grand Avenue, 44th Floor
  Los Angeles, CA 90071
  tel: (213) 262-9333
  fax: (213) 279-2008
  twarren@piercebainbridge.com

  Applicant having requesting admission Pro Hac Vice to appear for all purposes as counsel for Defendant Michael Avenatti in the above entitled action;

  **IT HEREBY ORDERED** that Applicant is admitted to practice Pro hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                        Honorable Deborah A. Batts
                                        United States District Judge