UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                 Plaintiff,

          v.

MICHAEL AVENATTI,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                Index No. 19-cr-00374 (DAB)

                [PROPOSED] ORDER

                DAB
                11/26/19

      The Motion of Daniel Dubin, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows;

      Daniel Dubin
      Pierce Bainbridge Beck Price & Hecht LLP
      355 S. Grand Avenue, 44th Floor
      Los Angeles, CA 90071
      tel: (213) 262-9333
      fax: (213) 279-2008
      ddubin@piercebainbridge.com

      Applicant having requesting admission Pro Hac Vice to appear for all purposes as counsel for Defendant Michael Avenatti in the above entitled action;

      **IT HEREBY ORDERED** that Applicant is admitted to practice Pro hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED

_Deborah A. Batts_
DEBORAH A. BATTS   11/26/19
UNITED STATES DISTRICT JU