UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

                 Plaintiff,

          v.

MICHAEL AVENATTI,

                 Defendant.

------------------------------------- x

Index No. 18-cr-00374 (DAB)

~~PROPOSED~~ ORDER

The Motion of Thomas Warren, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of California and Ohio; and that his contact information is as follows;

    Thomas Warren
    Pierce Bainbridge Beck Price & Hecht LLP
    355 S. Grand Avenue, 44th Floor
    Los Angeles, CA 90071
    tel: (213) 262-9333
    fax: (213) 279-2008
    twarren@piercebainbridge.com

Applicant having requesting admission Pro Hac Vice to appear for all purposes as counsel for Defendant Michael Avenatti in the above entitled action;

**IT HEREBY ORDERED** that Applicant is admitted to practice Pro hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED**

_Deborah A. Batts_  11/26/19
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE