```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA             :   SUPPLEMENTAL
                                     :   PROTECTIVE ORDER
      - v. -                         :
                                     :   19 Cr. 374 (DAB)
MICHAEL AVENATTI,                    :
                                     :
                  Defendant.         :
                                     :
- - - - - - - - - - - - - - - - - - -x
```

WHEREAS, on September 24, 2019, the Court entered an Amended Protective Order, which was executed by the defendant and defense counsel Dean Steward, Esq. (Dkt. No. 22);

WHEREAS, on November 27, 2019, the Court granted admission *pro hac vice* for additional defense counsel Thomas D. Warren, Esq., and Daniel Dubin, Esq. (Dkt. Nos. 30, 31);

IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Matthew D. Podolsky and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Warren and Mr. Dubin, counsel for the defendant, that Mr. Warren and Mr. Dubin are and shall be bound by the terms of the Amended Protective Order, which is incorporated by reference herein, as if they were original signatories thereto.

Dated:   New York, New York
           December 3, 2019

SO ORDERED:

*Deborah A. Batts*
_____
THE HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

### Acknowledgement of Amended Protective Order

I, Thomas D. Warren, Esq., have read and reviewed the Amended Protective Order entered on September 24, 2019, in the case of *United States v. Avenatti*, 19 Cr. 374 (DAB), I understand it, I have conferred with my client, Michael Avenatti, about it, and I acknowledge that I am and shall be bound by the Order.

_____
Thomas D. Warren, Esq.
Attorney for Michael Avenatti

I, Daniel Dubin, Esq., have read and reviewed the Amended Protective Order entered on September 24, 2019, in the case of *United States v. Avenatti*, 19 Cr. 374 (DAB), I understand it, I have conferred with my client, Michael Avenatti, about it, and I acknowledge that I am and shall be bound by the Order.

_____
Daniel Dubin, Esq.
Attorney for Michael Avenatti