UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>MICHAEL AVENATTI,<br><br>        Defendant. | 19 Cr. 374-DAB |

**DEFENDANT MICHAEL AVENATTI'S NOTICE OF WITHDRAWAL OF MOTION FOR JURY QUESTIONNAIRE**

**TO THE COURT, THE PARTIES, AND ATTORNEYS OF RECORD:**

Defendant Michael Avenatti hereby withdraws his motion for a jury questionnaire filed on November 12, 2019. *See* ECF 25. On November 26, 2019, the undersigned discussed the matter with the prosecutors in this case, who indicated that they had no objection to Mr. Avenatti withdrawing the instant motion and filing a motion for a jury questionnaire at a later time closer to trial.

Dated: December 6, 2019                    Respectfully submitted,

                                           /s/ *Thomas D. Warren*
                                           **Pierce Bainbridge Beck Price & Hecht LLP**
                                           Thomas D. Warren (*pro hac vice*)
                                           twarren@piercebainbridge.com
                                           Daniel Dubin (*pro hac vice*)
                                           ddubin@piercebainbridge.com
                                           355 S. Grand Ave., 44th Floor
                                           Los Angeles, CA 90071
                                           (213) 262-9333

                                           H. Dean Steward (*pro hac vice*)
                                           deansteward7777@gmail.com
                                           107 Avenida Miramar #C
                                           San Clemente, CA 92672
                                           (949) 481-4900

                                           *Attorneys for Defendant*
                                           *Michael Avenatti*

## **CERTIFICATE OF SERVICE**

I certify that on December 6, 2019, I caused a true and correct copy of the

foregoing to be served by electronic means, via the Court's CM/ECF system, on all

counsel registered to receive electronic notes.


*/s/ Thomas D. Warren*
Thomas D. Warren


1