```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
United States of America,

                                              19 Cr. 374 (DAB)
                                                   ORDER

        v.


Michael Avenatti,

                 Defendant.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

Defendant filed a Motion for Jury Questionnaire on November 12, 2019. (ECF No. 25.) The Government was to respond by December 12, 2019. On December 6, 2019, the Defendant withdrew his Motion. (ECF No. 33.)

A trial date in this matter has been set for, April 21, 2020, at 9:30 A.M.

The Parties shall submit two hard copies of their proposed Voir Dire requests to the Court no later than March 31, 2020, at 4:00 P.M. Each Party's Voir Dire requests shall include: (1) the names of all the people sitting at counsel table during the trial; (2) one merged alphabetized list containing both the names of all witnesses who may testify and all the individuals whose names may

be mentioned at trial; and (3) if applicable, the names and addresses of any location whose name might be mentioned at trial.

In addition, the Government shall inform the Court in its proposed <u>Voir Dire</u> requests of all investigative techniques employed, including but not limited to whether undercover agents, accomplice witnesses, cooperating witnesses or confidential informants were used; whether any witness needs the use of a language interpreter, and, if so, what language(s); whether wire taps are involved; whether there are audio CDs or video surveillance DVDs, and if so, what language is spoken on them; and whether a search warrant was executed in the case.

In addition, the Government shall submit its proposed Requests to Charge to the Court and to Defendant no later than March 31, 2020, at 4:00 P.M.  In accordance with the Court's Individual Practices, Defendant shall respond to the Government's proposed Requests to Charge no later than April 7, 2020 at 4:00 P.M.  The Requests to Charge shall be submitted to Chambers both in two hard copies and on a CD in Word.  There shall be no extensions.

SO ORDERED.

DATED:    New York, New York
          January 7, 2020

_____
Deborah A. Batts
United States District Judge