UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
         :
UNITED STATES OF AMERICA         :
         :
    -v-         :         19-CR-374 (JMF)
         :
MICHAEL AVENATTI,         :         <u>SCHEDULING ORDER</u>
         :
    Defendant.         :
         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 11, 2020, this case was transferred to the undersigned from the late Judge Batts.  Trial is currently scheduled to begin on April 21, 2020.  For now, that trial date and all pretrial deadlines remain in effect.  The parties, however, shall appear for a pretrial conference in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007, on **February 25, 2020, at 2:30 p.m.** to address the trial date and pretrial deadlines.

      The pretrial conference must be attended by the attorney who will serve as principal trial counsel.  Further, counsel should familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

      SO ORDERED.

Dated: February 12, 2020
      New York, New York         _____
                                  JESSE M. FURMAN
                                  United States District Judge