UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>Defendant. | 19 Cr. 374-JMF |

## NOTICE OF WITHDRAWAL OF COUNSEL

H. Dean Steward
107 Avenida Miramar #C
San Clemente, CA 92672
Telephone: (949) 481-4900
Facsimile: (949) 496-6753
Email: deansteward7777@gmail.com

*Attorney for Defendant Avenatti*

NOTICE

The undersigned counsel hereby notifies the Court and counsel that he is withdrawing from this matter, with permission of the defendant. Defendant continues with the following defense counsel of record:

Mariel Colon Miro, Esq.

Daniel Dubin, Esq.

Thomas D. Warren, Esq.

Dated: 2-22-20  /s./ H. Dean Steward

H. Dean Steward

Counsel for Defendant

Michael Avenatti

## CERTIFICATE OF SERVICE

I hereby certify that on 2-22-20, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notes.

/s/ H. Dean Steward

H. Dean Steward