UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>Defendant. | 19 Cr. 374-JMF |

**NOTICE OF WITHDRAWAL OF COUNSEL**

                                H. Dean Steward
                                107 Avenida Miramar #C
                                San Clemente, CA 92672
                                Telephone:  (949) 481-4900
                                Facsimile:  (949) 496-6753
                                Email:  deansteward7777@gmail.com

                                *Attorney for Defendant Avenatti*

NOTICE

The undersigned counsel hereby notifies the Court and counsel that he is withdrawing from this matter, with permission of the defendant. Defendant continues with the following defense counsel of record:

Mariel Colon Miro, Esq.

Daniel Dubin, Esq.

Thomas D. Warren, Esq.

Dated: 2-22-20              /s./ H. Dean Steward

                                         H. Dean Steward

                                         Counsel for Defendant

                                         Michael Avenatti

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on 2-22-20, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notes.

/s/ H. Dean Steward

H. Dean Steward