```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :   SECOND SUPPLEMENTAL
                                      :   PROTECTIVE ORDER
     - v. -                           :
                                      :   19 Cr. 374 (JMF)
MICHAEL AVENATTI,                     :
                                      :
                    Defendant.        :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

    WHEREAS, on September 24, 2019, the Court entered an Amended Protective Order, which was executed by the defendant and defense counsel Dean Steward, Esq. (Dkt. No. 22);

    WHEREAS, on February 18, 2020, Mariel Colon Miro, Esq., entered a notice of appearance in this case as retained counsel for the defendant (Dkt. No. 37);

    IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Matthew D. Podolsky and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Ms. Colon Miro, counsel for the defendant, that Ms. Colon Miro is and shall be bound by the terms of the Amended Protective Order, which is incorporated by reference herein, as if she was an original signatory thereto.

Dated: New York, New York
February 24, 2020

SO ORDERED:

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Acknowledgement of Amended Protective Order**

I, Mariel Colon Miro, Esq., have read and reviewed the Amended Protective Order entered on September 24, 2019, in the case of *United States v. Avenatti*, 19 Cr. 374 (JMF), I understand it, I have conferred with my client, Michael Avenatti, about it, and I acknowledge that I am and shall be bound by the Order.

_____
Mariel Colon Miro, Esq.
Attorney for Michael Avenatti