AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1:19-cr-00374 |
| Michael Avenatti | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Avenatti

Date: 2/18/20

*Attorney's signature*

Mariel Colon Miro #5612247
*Printed name and bar number*

271 Cadman Plaza East #20570
Brooklyn, NY 11201
*Address*

mariel.colon8@gmail.com
*E-mail address*

917-743-7071
*Telephone number*

*FAX number*