



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

     The Government respectfully submits this letter on behalf of the parties, pursuant to the Court's Order entered on March 23, 2020, to advise the Court that the parties agree that ongoing public health concerns require an additional adjournment of the trial presently scheduled to begin on July 14, 2020.

     In light of those ongoing concerns, the Government requests that a trial date be set for October 2020 or as soon thereafter as the Court's calendar will permit. The defendant believes that it is unrealistic to expect that criminal trials will proceed in October, and requests that a trial date be tentatively set for no earlier than January 2021, with the understanding that the date will likely have to be adjourned again. The parties jointly request an opportunity to advise the Court, approximately 60 days prior to any trial date set by the Court, whether, in light of the COVID-19 pandemic's effects on the Court's ability to convene a jury trial and the parties' abilities adequately to prepare for trial, ongoing public health concerns require a further adjournment of trial.

     Additionally, the parties will amend the jointly agreed schedule for mutual pretrial disclosures to correspond to any new trial date the Court may set, and submit that schedule for the Court's endorsement.

Honorable Jesse M. Furman
United States District Judge
May 15, 2020
Page 2

    Finally, the parties jointly request that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between July 14, 2020, and any new trial date the Court may set in order to permit the defendant to adequately prepare for trial.

                                              Respectfully submitted,

                                              GEOFFREY S. BERMAN
                                              United States Attorney

                                  By:    s/ Matthew D. Podolsky
                                              Matthew D. Podolsky
                                              Robert B. Sobelman
                                              Assistant United States Attorneys
                                              (212) 637-1947/2616

cc:     Thomas D. Warren, Esq. (by ECF)
        Daniel Dubin, Esq. (by ECF)
        Mariel Colon Miro, Esq. (by ECF)