**WARREN TERZIAN LLP**
LOS ANGELES • CLEVELAND

Thomas D. Warren
Founder
(216) 304-4970
tom.warren@warrenterzian.com

**VIA ECF**

May 15, 2020

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

    Defendant Michael Avenatti submits this letter, supplementing the letter filed by the Government, to further advise the Court that he intends to revisit, by motion, his request to transfer this case to the Central District of California so it may be tried alongside related charges brought against him there. *See United States v. Michael Avenatti*, Case No. 19-00061-JVS (Selna, J.). In light of the COVID-19 pandemic, the alleged loss amount, and the significant judicial and juror resources (and risk) associated with a separate trial in this matter, Mr. Avenatti maintains there can be no reasonable justification for continuing to proceed with this case in the Southern District of New York.

                                                Best regards,

                                                Tom Warren