# WARREN TERZIAN LLP
LOS ANGELES • CLEVELAND

Thomas D. Warren
Founder
(216) 304-4970
tom.warren@warrenterzian.com

VIA ECF

May 15, 2020

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     *Re:*    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

     Defendant Michael Avenatti submits this letter, supplementing the letter filed by the Government, to further advise the Court that he intends to revisit, by motion, his request to transfer this case to the Central District of California so it may be tried alongside related charges brought against him there. *See United States v. Michael Avenatti*, Case No. 19-00061-JVS (Selna, J.). In light of the COVID-19 pandemic, the alleged loss amount, and the significant judicial and juror resources (and risk) associated with a separate trial in this matter, Mr. Avenatti maintains there can be no reasonable justification for continuing to proceed with this case in the Southern District of New York.

On September 24, 2019, Judge Batts denied Defendant's motion to transfer this case to the Central District of California.  See ECF No. 21.  To the extent that circumstances have changed in light of the pandemic, Defendant may move to "revisit" the issue, but Judge Batts's decision is law of the case and the Court will not reconsider arguments that she already rejected.  The parties should address a briefing schedule for any renewed transfer motion in the proposed scheduling order that they were ordered to file my May 22, 2020.  See ECF No. 51.

SO ORDERED.

May 18, 2020

Best regards,

Tom Warren