UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 19 Cr. 374 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL AVENATTI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

-------------------------------------------------------------

# DEFENDANT MICHAEL AVENATTI'S NOTICE OF RENEWED MOTION TO TRANSFER THE CASE TO THE CENTRAL DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law, Defendant Michael Avenatti, pursuant to Rule 21 of the Federal Rules of Criminal Procedure and the other authority cited in his Memorandum, moves this honorable Court for an order transferring the case to the Central District of California.

/s/ Thomas D. Warren
Thomas D. Warren (*pro hac vice*)
Daniel Dubin (*pro hac vice*)
Warren Terzian LLP
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:  (216) 304 4970
Email:  tom.warren@warrenterzian.com
           daniel.dubin@warrenterzian.com
*Attorneys for Defendant*
*Michael Avenatti*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notes.

/s/ Thomas D. Warren
Thomas D. Warren