# EXHIBIT B

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 1 of 19 Page ID #:2845
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 2 of 20

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,    )CERTIFIED TRANSCRIPT
               Plaintiff,    )
     vs.                     )
                             )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,       )
               Defendant.    )
-----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

June 1, 2020

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 2 of 19 Page ID #:2846
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 3 of 20

2

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     JULIAN L. ANDRE
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
16   (949) 481-4900

17   ALSO PRESENT:

18   Michael Avenatti, Defendant

19

20

21

22

23

24

25
```

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 3 of 19 Page ID #:2847
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 4 of 20

3

| | | |
|---|---|---|
| 08:45 | 1 | SANTA ANA, CALIFORNIA; MONDAY, JUNE 1, 2020; 9:01 A.M. |
| 08:45 | 2 | (Per telephonic conference) |
| 09:01 | 3 | THE CLERK:  Item No. 1, SACR-19-00061-JVS, United |
| 09:01 | 4 | States of America versus Michael John Avenatti. |
| 09:01 | 5 | Appearances for the government, please. |
| 09:01 | 6 | MR. ANDRE:  Good morning.  Julian Andre and Brett |
| 09:01 | 7 | Sagel on behalf of the United States. |
| 09:01 | 8 | THE CLERK:  For the defendant. |
| 09:01 | 9 | MR. STEWARD:  Dean Steward for Mr. Avenatti.  We |
| 09:01 | 10 | have a waiver on file.  I believe Mr. Avenatti is also |
| 09:01 | 11 | participating in this conference call. |
| 09:01 | 12 | THE COURT:  Good morning.  This is Judge Selna. |
| 09:01 | 13 | I need to make a couple of preliminary findings. |
| 09:01 | 14 | First, Mr. Avenatti needs to consent to conducting this |
| 09:01 | 15 | status conference via telephone conference. |
| 09:01 | 16 | THE DEFENDANT:  Good morning, judge.  I do, Your |
| 09:01 | 17 | Honor. |
| 09:01 | 18 | THE COURT:  I find it's appropriate to proceed |
| 09:01 | 19 | telephonically given the interests of justice and pressing |
| 09:01 | 20 | forward in this case and considering the public health |
| 09:01 | 21 | factors.  As of this weekend, there were more than 6,500 |
| 09:02 | 22 | infections reported in Orange County.  With the number |
| 09:02 | 23 | increasing, I believe the public's interest is adequately |
| 09:02 | 24 | recognized under the circumstances given that the docket |
| 09:02 | 25 | posted provides the teleconference number that allows any |

Case 1:19-cr-00374-JMF   Document 59-2   Filed 06/25/20   Page 5 of 20
Case 8:19-cr-00061-JVS   Document 181   Filed 06/05/20   Page 4 of 19   Page ID #:2848

4

| | | |
|---|---|---|
| 09:02 | 1 | member of the public to dial in and listen to this telephone |
| 09:02 | 2 | conference. |
| 09:02 | 3 | There are a number of topics to cover.  I would |
| 09:02 | 4 | like to begin with the government's recent production of |
| 09:02 | 5 | approximately 600,000 pages of -- |
| 09:02 | 6 | Mr. Steward, do you know anything further on that |
| 09:02 | 7 | topic? |
| 09:02 | 8 | MR. STEWARD:  Only that the government seems to |
| 09:02 | 9 | switch back and forth between pages and documents.  It's my |
| 09:02 | 10 | understanding a document could have 100 pages, 200 pages, |
| 09:02 | 11 | and the only relevant description is the page because we are |
| 09:02 | 12 | trying to determine how much time it's going to take the |
| 09:03 | 13 | defense.  If we could speak about only pages, I think that |
| 09:03 | 14 | would be more helpful in talking about documents. |
| 09:03 | 15 | THE COURT:  Did you receive the government's |
| 09:03 | 16 | letter on May 8, 2020, from Mr. Andre to you? |
| 09:03 | 17 | MR. STEWARD:  Yes. |
| 09:03 | 18 | THE COURT:  Doesn't the government point out that |
| 09:03 | 19 | there is substantial duplication of prior production? |
| 09:03 | 20 | MR. STEWARD:  Yes. |
| 09:03 | 21 | THE COURT:  Doesn't the government specifically |
| 09:03 | 22 | provide the Bates number for the duplicate documents? |
| 09:03 | 23 | MR. STEWARD:  No.  The material that we received |
| 09:03 | 24 | from the filter team is not Bate stamped. |
| 09:03 | 25 | THE COURT:  I am looking at Mr. Andre's letter |

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 5 of 19 Page ID #:2849
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 6 of 20

5

| | | |
|---|---|---|
| 09:04 | 1 | which is attached as Exhibit 1 to the government's most |
| 09:04 | 2 | recent filing over the weekend.  Paragraph two says: |
| 09:04 | 3 | "Please note that almost all of these discovery materials |
| 09:04 | 4 | USAO_00460670 to USAO_O112495 are duplicative of the server |
| 09:04 | 5 | materials that the privilege team previously produced to you |
| 09:04 | 6 | on March 13, 2020."  Then it goes on to provide some |
| 09:04 | 7 | specific references. |
| 09:04 | 8 | In addressing this issue, do you not believe that |
| 09:04 | 9 | the material for the Court's consideration to be advised |
| 09:04 | 10 | that the production is duplicative? |
| 09:04 | 11 | MR. STEWARD:  Yes, absolutely, but the problem is |
| 09:04 | 12 | I can't tell what is duplicated and what's not because of |
| 09:05 | 13 | the lack of Bates numbers on the filter team material. |
| 09:05 | 14 | THE COURT:  Even so, I believe it's material to my |
| 09:05 | 15 | consideration to assess this problem to note that there |
| 09:05 | 16 | is -- I'm troubled by the fact that no where in your filing |
| 09:05 | 17 | did you mention that in your status report updated May 27. |
| 09:05 | 18 | Sir, I expect a greater degree of candor going |
| 09:05 | 19 | forward.  That's a material fact that should have been |
| 09:05 | 20 | presented to the Court along with your concerns about the |
| 09:05 | 21 | production. |
| 09:05 | 22 | MR. STEWARD:  Understood, Your Honor. |
| 09:05 | 23 | THE DEFENDANT:  It was included on Page 4, |
| 09:05 | 24 | Footnote 5, actually. |
| 09:05 | 25 | THE COURT:  Who is that speaking? |

Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 7 of 20
Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 6 of 19 Page ID #:2850

6

| | | |
|---|---|---|
| 09:05 | 1 | MR. STEWARD: That was my client, Your Honor. |
| 09:05 | 2 | That's the disadvantage of doing this by telephone. He |
| 09:06 | 3 | can't whisper in my ear. But he is correct. If the Court |
| 09:06 | 4 | would take a look at Page 4, Footnote 5, of my |
| 09:06 | 5 | teleconference filing. |
| 09:06 | 6 | THE COURT: Okay. |
| 09:06 | 7 | Remarks. |
| 09:06 | 8 | THE DEFENDANT: Your Honor -- |
| 09:06 | 9 | THE COURT: Mr. Avenatti, you don't get to speak. |
| 09:06 | 10 | THE DEFENDANT: Understood, Your Honor. Sorry |
| 09:06 | 11 | about that. |
| 09:06 | 12 | THE COURT: In the order I sent out, it provided |
| 09:06 | 13 | some thoughts for this hearing and raised the possibility of |
| 09:06 | 14 | providing Mr. Avenatti a disabled laptop with the discovery |
| 09:06 | 15 | on it. I don't see why that can't be done and can't be done |
| 09:06 | 16 | promptly. |
| 09:06 | 17 | MR. STEWARD: This is Mr. Steward. |
| 09:06 | 18 | Your Honor, I agree with the understanding that |
| 09:06 | 19 | it's -- there's too much to load on just one laptop. I |
| 09:07 | 20 | think what we have to do is give him the disks and hard |
| 09:07 | 21 | drives and that sort of thing. But the bottom line is I |
| 09:07 | 22 | agree with that. |
| 09:07 | 23 | MR. ANDRE: This is Julian Andre on behalf of the |
| 09:07 | 24 | U.S. Attorney's Office. |
| 09:07 | 25 | With respect to a computer, we have no objection |

Case 1:19-cr-00374-JMF   Document 59-2   Filed 06/25/20   Page 8 of 20
Case 8:19-cr-00061-JVS   Document 181   Filed 06/05/20   Page 7 of 19   Page ID #:2851

7

| | | |
|---|---|---|
| 09:07 | 1 | to Mr. Avenatti being provided a computer.  Had this been |
| 09:07 | 2 | raised to us weeks ago, we would have set it up.  We have no |
| 09:07 | 3 | objection to Mr. Steward providing the defendant a disabled |
| 09:07 | 4 | computer.  I think the only thing that we would suggest is |
| 09:07 | 5 | that Pretrial Services be advised of a computer and what |
| 09:07 | 6 | computer he will be using and at least be given an |
| 09:07 | 7 | opportunity to confirm that the computer has been disabled. |
| 09:07 | 8 | THE COURT:  I would expect you to meet and confer |
| 09:07 | 9 | with Mr. Steward with regard to a computer and whatever |
| 09:07 | 10 | external devices you are going to need to have agreed |
| 09:08 | 11 | material loaded so that everybody knows what he gets and |
| 09:08 | 12 | what it's on. |
| 09:08 | 13 | MR. STEWARD:  Yes, Your Honor, I'll do that. |
| 09:08 | 14 | Pretrial Services is not in a position to go out to his |
| 09:08 | 15 | place of residence at this time.  For example, they did the |
| 09:08 | 16 | walk-through with a computer via video.  But the Court's |
| 09:08 | 17 | suggestion is good one, and we can certainly do that. |
| 09:08 | 18 | THE COURT:  I want a report by Friday how this is |
| 09:08 | 19 | going to be accomplished, and I expect this to be |
| 09:08 | 20 | accomplished in no less than seven days from today. |
| 09:08 | 21 | MR. ANDRE:  Your Honor, Julian Andre. |
| 09:08 | 22 | May I briefly back up and respond to a couple of |
| 09:08 | 23 | points Mr. Steward raised regarding the discovery? |
| 09:08 | 24 | THE COURT:  Go ahead. |
| 09:08 | 25 | MR. ANDRE:  First, with respect to the Privilege |

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 9 of 19 Page ID #:2852
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 9 of 20

8

| | | |
|---|---|---|
| 09:08 | 1 | Review Team's production, obviously I never seen it, but our |
| 09:08 | 2 | understanding is that our start team 2020 production was in |
| 09:09 | 3 | fact Bate stamped.  It was produced with database load |
| 09:09 | 4 | files.  It would be fully searchable.  Our understanding is |
| 09:09 | 5 | those documents were in fact Bates labeled and that they |
| 09:09 | 6 | should be able to in addition to the information we provided |
| 09:09 | 7 | quickly confirm that the information we provided was |
| 09:09 | 8 | accurate. |
| 09:09 | 9 | The other issue Mr. Steward mentioned is the |
| 09:09 | 10 | difference between pages and documents.  The reason why we |
| 09:09 | 11 | focused on the number of documents is pretty simple.  What a |
| 09:09 | 12 | lot of these materials included are all the litigation |
| 09:09 | 13 | documents for all of these cases.  For example, if a witness |
| 09:09 | 14 | was deposed in connection with one of the three cases of |
| 09:09 | 15 | victims, that deposition is going to essentially be included |
| 09:09 | 16 | in the government materials.  So it may be a 200-page |
| 09:10 | 17 | document, but it takes only one second to realize that |
| 09:10 | 18 | position of an expert witness is not relevant to the |
| 09:10 | 19 | allegations. |
| 09:10 | 20 | THE COURT:  Okay.  I want to move on to the IRS |
| 09:10 | 21 | terminal. |
| 09:10 | 22 | Mr. Steward, tell me physically what the process |
| 09:10 | 23 | was when you went to the IRS Office. |
| 09:10 | 24 | MR. STEWARD:  We set up an appointment with the |
| 09:10 | 25 | filter team, and we met them at the Federal Building on |

Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 10 of 20
Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 9 of 19 Page ID #:2853

9

| | | |
|---|---|---|
| 09:10 | 1 | Los Angeles Street.  They accompanied us up to the IRS |
| 09:10 | 2 | offices where there was a technical person from IRS.  I |
| 09:10 | 3 | understand he is the only one in the district.  What we did |
| 09:10 | 4 | was give him a list of e-mails -- people's names that we |
| 09:11 | 5 | wanted him to search.  He did that, and after a half hour or |
| 09:11 | 6 | 45 minutes, it came he came up with all of these e-mails |
| 09:11 | 7 | connected to the names of relevant people in the case, and |
| 09:11 | 8 | he then put them on a disk for us.  So that was the first |
| 09:11 | 9 | time we did it. |
| 09:11 | 10 | The second time former counsel, Tom Warren, was |
| 09:11 | 11 | with him or his associate, and I don't know how they did it |
| 09:11 | 12 | the second time, but that's the way we did it. |
| 09:11 | 13 | THE COURT:  Why can't that same process be carried |
| 09:11 | 14 | out remotely either by a teleconference or a zoom |
| 09:11 | 15 | conference?  You're in touch with the IRS agent or this |
| 09:11 | 16 | person that works for them, this specialist.  Give him the |
| 09:11 | 17 | search terms, and he produces a disk for you.  Why can't |
| 09:11 | 18 | that be done? |
| 09:11 | 19 | MR. STEWARD:  Well, we can do that, but part of |
| 09:11 | 20 | the problem is follow-up on it.  In other words, we have got |
| 09:12 | 21 | to review it and then see what the follow-up would be. |
| 09:12 | 22 | Another part of the problem is I don't know whether they are |
| 09:12 | 23 | even around.  I know most of the U.S. Attorneys are working |
| 09:12 | 24 | for home.  I don't know whether the IRS or filter team are. |
| 09:12 | 25 | It's certainly something we can inquire about. |

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 10 of 199 Page ID #:2854
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 11 of 30

10

| | | |
|---|---|---|
| 09:12 | 1 | THE COURT: Well, I will ask Mr. Andre to gather |
| 09:12 | 2 | those facts and come back to you. You may have to review |
| 09:12 | 3 | what the search produces, but why can't the process of |
| 09:12 | 4 | providing a search term, getting the results, and then after |
| 09:12 | 5 | providing you a disk with those results go forward? |
| 09:12 | 6 | MR. STEWARD: I think we should absolutely try |
| 09:12 | 7 | that. I don't know whether there are other problems that I |
| 09:12 | 8 | can't anticipate, but we can certainly give that a shot and |
| 09:12 | 9 | see what happens. |
| 09:12 | 10 | THE COURT: Okay. In the report coming back to me |
| 09:12 | 11 | on Friday with regard to the laptop, I'd like you also to |
| 09:12 | 12 | address providing remote access to the IRS terminal. |
| 09:13 | 13 | MR. ANDRE: Your Honor, we have concerns at this |
| 09:13 | 14 | point about their request that they be given kind of free |
| 09:13 | 15 | reign to the EA server. Obviously if they have reasonable |
| 09:13 | 16 | requests, we're happy to discuss that and accommodate them |
| 09:13 | 17 | to the best of our ability. But what they are asking us to |
| 09:13 | 18 | do is to recreate a process that was in place nine months |
| 09:13 | 19 | ago for that. I don't believe they demonstrated that that |
| 09:13 | 20 | is even necessary at this point. |
| 09:14 | 21 | THE COURT: Mr. Andre, you're going to give access |
| 09:14 | 22 | to that terminal. A sufficient showing has been made. You |
| 09:14 | 23 | just need to put in place the tools to allow them to do |
| 09:14 | 24 | that. |
| 09:14 | 25 | MR. SAGEL: This is Brett Sagel. |

Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 12 of 20
Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 11 of 199 PageID #:2855

11

| | | |
|---|---|---|
| 09:14 | 1 | Our concern is Mr. Steward keeps complaining about |
| 09:14 | 2 | duplicative or numerous documents. Anything he is going to |
| 09:14 | 3 | have access to in that terminal -- which we're not opposing |
| 09:14 | 4 | what you're saying, but what he should look at is the |
| 09:14 | 5 | e-mails -- the references that he has in his 600,000 pages |
| 09:14 | 6 | of material that were produced from that server first to see |
| 09:14 | 7 | what he is missing. |
| 09:14 | 8 | The problem is when he was given access to those |
| 09:14 | 9 | computers and those devices last September and October he |
| 09:15 | 10 | did not have any of that produced in discovery. That's why |
| 09:15 | 11 | we made it available for him. The government went to great |
| 09:15 | 12 | expense and resources. That's not the case right now. |
| 09:15 | 13 | Right now he does have all of that. He hasn't even |
| 09:15 | 14 | mentioned one thing he thinks he is missing. I'm not sure |
| 09:15 | 15 | what he has even looked at to know what he thinks he's |
| 09:15 | 16 | missing. |
| 09:15 | 17 | From someone who has looked through most of what's |
| 09:15 | 18 | there, it's pretty voluminous, and it's hard to believe what |
| 09:15 | 19 | else out is out there. He has got the entire victim folders |
| 09:15 | 20 | that were on the share drives, as well as all the e-mails |
| 09:15 | 21 | between all those individuals. |
| 09:15 | 22 | THE COURT: Well, Mr. Steward, you're going to |
| 09:15 | 23 | have to make a good-faith effort to analyze what you have |
| 09:15 | 24 | and what you need rather than reinventing a complete wheel |
| 09:15 | 25 | through the IRS terminal. |

Case 1:19-cr-00374-JMF   Document 59-2   Filed 06/25/20   Page 13 of 30
Case 8:19-cr-00061-JVS   Document 181   Filed 06/05/20   Page 12 of 199   Page ID #:2856

12

```
09:15   1              MR. STEWARD:  I will do that, Your Honor.
09:15   2              THE COURT:  Okay.  Let's talk about a trial date.
09:16   3   The government didn't address that issue in its response.
09:16   4              MR. ANDRE:  Your Honor, we're happy to do it now.
09:16   5   This is Julian Andre.
09:16   6              Our position is that we -- we obviously recognize
09:16   7   COVID-19 is an issue in this district and across the country
09:16   8   and that a further continuance is necessary at this point
09:16   9   and could be necessary again in the future.  Our position is
09:16  10   that right now COVID-19 is a reasonable basis for a
09:16  11   continuance in this case.
09:16  12              THE COURT:  The assumption is that the existence
09:16  13   of COVID-19 has had no impact on the defense's ability to
09:16  14   prepare.  That said --
09:16  15              MR. ANDRE:  Your Honor, I understand the point the
09:16  16   Court is raising.  That being said, the Court has already
09:17  17   fairly recently continued the trial three months.  We would
09:17  18   request that the Court set the earliest trial date that the
09:17  19   Court believes it may be able to hold a criminal jury trial.
09:17  20   I think the Court might have a better sense of that.  We
09:17  21   were thinking September 15, which would be one month.
09:17  22   Obviously we recognize that could change again.
09:17  23              We strongly oppose what they have requested.  They
09:17  24   have given two options, either February 2021 or just vacate
09:17  25   the date and wait until the end of August, which would have
```

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 13 of 199 Page ID #:2857
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 14 of 20

13

```
09:17   1   effectively the same impact as waiting until 2021.
09:17   2             This case has been pending for 14 months.  We
09:17   3   understand what COVID-19 does.  It's very challenging.  It
09:17   4   may well create challenges as far as preparation.  It
09:18   5   creates challenges for the government, too.  We bear the
09:18   6   burden here, and we are dealing with the same challenges.
09:18   7   But this case has been pending for 14 months.  There's
09:18   8   plenty that can be done to get ready for trial whether it's
09:18   9   motion practice or other things.  We would request the Court
09:18  10   continue it a month at this point.
09:18  11             Then the other last point I would mention is that
09:18  12   there are victims in this case, and those victims have
09:18  13   statutory rights to proceedings without unnecessary delay.
09:18  14   They have been waiting for their day in court a long time
09:18  15   now, and to just continue this indefinitely would not be
09:18  16   consistent with their rights or the public interests.
09:18  17             So our proposal would be the Court set this for
09:18  18   the next available -- the first possible date the Court
09:18  19   believes we may be able to hold a trial, and that additional
09:19  20   time will hopefully also provide the defendant whatever
09:19  21   additional time he needs to resolve any issues that have
09:19  22   been caused by COVID-19.
09:19  23             THE COURT:  I'm setting the matter down for a jury
09:19  24   trial December 8, 2020, at 8:30 a.m.  We'll do the final
09:19  25   status conference November 23 at 9:00 a.m.
```

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 14 of 199 Page ID #:2858
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 15 of 20

14

| | | |
|---|---|---|
| 09:19 | 1 | No one can predict with certainty that there is |
| 09:19 | 2 | probably a high likelihood that we will be able to proceed |
| 09:19 | 3 | in a manner that addresses everyone's concerns about the |
| 09:19 | 4 | logistics and mechanics of a trial.  That's obviously |
| 09:19 | 5 | subject to further change in the conditions in the |
| 09:19 | 6 | United States, subject to further guidance from the Ninth |
| 09:19 | 7 | Circuit which has provided some further guidance from the |
| 09:19 | 8 | United States Judicial Conference and the Administrative |
| 09:20 | 9 | Office of the Courts. |
| 09:20 | 10 | I think we should put the case on a track that |
| 09:20 | 11 | gets that done.  That means people need to get down to |
| 09:20 | 12 | business.  That's why I want promptly in place the disabled |
| 09:20 | 13 | laptop for Mr. Avenatti and a scheme to pursue the IRS |
| 09:20 | 14 | terminal.  So I will look for your report on those two |
| 09:20 | 15 | topics by the end of the week. |
| 09:20 | 16 | I would like to set another 9:00 a.m. next Monday |
| 09:20 | 17 | if that's convenient for everybody. |
| 09:20 | 18 | MR. ANDRE:  9:00 a.m. on Monday is fine for the |
| 09:20 | 19 | government. |
| 09:20 | 20 | THE COURT:  Mr. Steward. |
| 09:20 | 21 | MR. STEWARD:  Same for me, Your Honor, and my |
| 09:20 | 22 | client. |
| 09:20 | 23 | THE COURT:  Okay. |
| 09:20 | 24 | MR. ANDRE:  At this point, would the Court be |
| 09:20 | 25 | willing to take a waiver as to the Speedy Trial Act from the |

15

| | | |
|---|---|---|
| 09:20 | 1 | defendant? |
| 09:20 | 2 | THE COURT: Oh, yes. I mean, either -- if I don't |
| 09:21 | 3 | see a written waiver within seven days, advise me that it's |
| 09:21 | 4 | not coming, and I'll make the required judicial findings |
| 09:21 | 5 | under the Speedy Trial Act to continue the trial to that |
| 09:21 | 6 | date. |
| 09:21 | 7 | MR. STEWARD: That's fine. |
| 09:21 | 8 | MR. ANDRE: There is one other issue I would like |
| 09:21 | 9 | to flag. This is Julian Andre. And it may be more |
| 09:21 | 10 | appropriate to save this to discuss next Monday. |
| 09:21 | 11 | There obviously have been raised some issues with |
| 09:21 | 12 | respect to counsel. Our view is that those issues need to |
| 09:21 | 13 | be resolved immediately, particularly given that -- although |
| 09:21 | 14 | there's some complications with respect to COVID-19, many of |
| 09:21 | 15 | the issues regarding counsel have been the same since last |
| 09:21 | 16 | July or last August. We would request that those issues be |
| 09:21 | 17 | addressed next Monday. We don't want to be three or four |
| 09:21 | 18 | months down the road and be dealing with the same thing |
| 09:21 | 19 | again and again. |
| 09:22 | 20 | THE COURT: Well, one of the items I noted in the |
| 09:22 | 21 | order I sent out was a date certain for the parties to |
| 09:22 | 22 | provide me the legal research as to the effect of a party |
| 09:22 | 23 | having but failing to apply resources in terms of a speedy |
| 09:22 | 24 | trial and other rights. So I would ask that I get that |
| 09:22 | 25 | memorandum by Friday separately from each side, and we will |

```
09:22    1   discuss that Monday as well.
09:22    2              MR. ANDRE:  Thank you very much.
09:22    3              MR. STEWARD:  That's fine.
09:22    4              THE COURT:  Mr. Steward, you give some indication
09:22    5   in your supplement, your status report, that additional
09:22    6   assistance is coming on.  You can address that as well in
09:22    7   whatever you put in by Friday.
09:22    8              MR. STEWARD:  I will do that, Your Honor.
09:22    9              THE COURT:  Okay.  With regard to your status
09:23   10   report, Mr. Steward, the local rules limit you to 25 pages.
09:23   11   I realize that when counsel enter briefs in a conventional
09:23   12   fashion it's about 28 lines.  Perhaps the clock could be
09:23   13   alleviated if you did that.  I expect you to file conforming
09:23   14   briefs.  The court's resources are limited, and they're
09:23   15   tasked in a special way as everyone is tasked in performing
09:23   16   their role.
09:23   17              I would ask you to address relevant topics, that
09:23   18   is, relevant to me managing this case and the difficulties
09:23   19   which are presented going forward.  Much of your brief
09:23   20   recounted Mr. Avenatti's experiences at MCC.  While I'm sure
09:23   21   you have accurately described them, they don't assist me in
09:23   22   addressing case management issues in this case.  I would ask
09:23   23   you going forward to concentrate on what we are about here
09:24   24   and present me complete but net expressions of your opinions
09:24   25   on the issues.
```

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 17 of 199 Page ID #:2861
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 18 of 30

17

| | | |
|---|---|---|
| 09:24 | 1 | MR. STEWARD: Understood, Your Honor. The only |
| 09:24 | 2 | reason we included all that was Mr. Andre's statement that |
| 09:24 | 3 | my client would have had access to discovery in this case |
| 09:24 | 4 | while he was at the MCC. We were just trying to show that |
| 09:24 | 5 | that's not the case. The Court is very familiar with my |
| 09:24 | 6 | writing. I am usually very succinct. |
| 09:24 | 7 | THE COURT: I believe that's all the topics I want |
| 09:24 | 8 | to cover. |
| 09:24 | 9 | Any other matters anyone would like to address? |
| 09:24 | 10 | MR. ANDRE: This is Julian Andre. |
| 09:24 | 11 | Currently the motion deadline for this case was |
| 09:24 | 12 | actually on Monday. Our strong preference is that motions |
| 09:24 | 13 | continue forward. I understand move that off a couple of |
| 09:25 | 14 | weeks. But our view is motions should continue to proceed, |
| 09:25 | 15 | at least any motions that can be filed as soon as possible. |
| 09:25 | 16 | MR. STEWARD: Dean Steward. |
| 09:25 | 17 | The only problem is that -- well, a number of |
| 09:25 | 18 | problems, but the main problem is that motions are almost |
| 09:25 | 19 | always dependent on a thorough review of the discovery. I'm |
| 09:25 | 20 | not going to beat the horse any further, but we still have |
| 09:25 | 21 | an awful lot of work to do. A motion, for example, like |
| 09:25 | 22 | severance counts, which I intend to bring -- certainly we |
| 09:25 | 23 | can bring that at any time. But just about any other |
| 09:25 | 24 | motion -- for example, suppression motions are bound to |
| 09:25 | 25 | what's in the discovery, and we certainly have not completed |

Case 1:19-cr-00374-JMF   Document 59-2   Filed 06/25/20   Page 19 of 20
Case 8:19-cr-00061-JVS   Document 181   Filed 06/05/20   Page 18 of 199   Page ID #:2862

18

```
09:25   1    our review.
09:25   2                THE COURT:  All dates will be continued
09:25   3    commensurate with the trial date which I have announced
09:25   4    based on the intervals of the existing order.
09:26   5                MR. ANDRE:  If the Court is going to keep the
09:26   6    existing schedule in place and just back everything up,
09:26   7    would the Court like the government to file a proposed
09:26   8    order?
09:26   9                THE COURT:  Yes.  Meet and confer and put in a
09:26  10    stip waiving time or otherwise provide me with an order,
09:26  11    yes.
09:26  12                MR. ANDRE:  Thank you, Your Honor.
09:26  13                MR. STEWARD:  That's fine, Your Honor.
09:26  14                THE COURT:  Okay, thank you very much.  We will
09:26  15    visit with you again at 9:00 a.m. on Monday.
09:26  16                (Whereupon, the proceedings were concluded.)
09:26  17                           *    *    *
09:26  18
09:26  19
09:26  20
09:26  21
09:26  22
09:26  23
09:26  24
09:26  25
```

Case 8:19-cr-00061-JVS Document 181 Filed 06/05/20 Page 19 of 199 Page ID #:2863
Case 1:19-cr-00374-JMF Document 59-2 Filed 06/25/20 Page 20 of 20

19

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: June 5, 2020

/s/ Sharon A. Seffens 6/5/20
_____
SHARON A. SEFFENS, U.S. COURT REPORTER