UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 19 Cr. 374 |
| v. | : |
| MICHAEL AVENATTI, | : |
| Defendant. | : |

-------------------------------------------------------------

**MOTION TO WITHDRAW WARREN TERZIAN LLP AS COUNSEL OF RECORD FOR DEFENDANT MICHAEL AVENATTI**

Thomas D. Warren
Daniel Dubin
**WARREN TERZIAN LLP**
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:  (216) 304-4970
tom.warren@warrenterzian.com
daniel.dubin@warrenterzian.com

For the reasons set forth in the accompanying Declaration of Thomas D. Warren, Warren Terzian LLP moves the Court for an Order allowing it to withdraw as counsel of record for Defendant Michael Avenatti.

Respectfully submitted,

Date:   July 27, 2020                                  /s/ Thomas D. Warren
                                                                    Thomas D. Warren

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notice.

<u>/s/ Thomas D. Warren</u>
Thomas D. Warren