UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

          -v-

MICHAEL AVENATTI,
                     Defendant.
------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

19-CR-374 (JMF)

I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I have requested the appointment of new counsel and understand that the Court has scheduled a conference to address that request and other matters. I understand that, for purposes of that conference, I may have a right to appear before a judge in a courtroom in the Southern District of New York and to have my current attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge in connection with the upcoming conference. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me for the conference so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____7/31/2020_____     _____[signature]_____
                                                                               Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____8/02/2020_____     _____[signature]_____
                                                                               Signature of Defense Counsel

**Accepted:** _____
              Signature of Judge
              Date: