**WARREN TERZIAN LLP**
LOS ANGELES • CLEVELAND

Thomas D. Warren
Partner
(216) 789-9121
tom.warren@warrenterzian.com

**VIA ECF**

August 2, 2020

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2020
New York, NY 10007

Re:   *United States v. Avenatti*, Case No. 19 Cr. 374 (JMF)

Dear Judge Furman:

I write to you on Mr. Avenatti's behalf to request that he be allowed to appear at the August 7, 2020 hearing by telephone. The Central District of California's order setting forth the conditions of Mr. Avenatti's temporarily release precludes him from possessing, using, or accessing "any digital devices that offer or allow internet access." *United States v. Avenatti*, SA CR No. 19-061-JVS (C.D. Cal.), Dkt. 140. He is thus unable to appear via videoconference absent a modification of his release conditions.

Mr. Avenatti has signed and concomitantly filed the consent form that the Court provided waiving his right to physically appear in the courtroom for the hearing.

Respectfully,


/s/ Thomas D. Warren
Thomas D. Warren