UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                         :
:
       -v-                                               :       19-CR-374 (JMF)
:
MICHAEL AVENATTI,                                 :       <u>ORDER</u>
:
       Defendant.                                 :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed on the record during the telephone conference held earlier today:

- Defendant's renewed motion to transfer is DENIED;

- The motion of Warren Terzian LLP to withdraw is GRANTED;

- Defendants' motion for appointment of counsel is GRANTED, and the Federal Defenders of New York (by Robert Baum) is appointed;

- Ms. Mariel Miro shall file any motion to withdraw as counsel by **August 14, 2020**;

- No later than **August 21, 2020**, Defendant shall show cause in writing why his the CJA 23 Form and affidavit he submitted in support of his motion for appointment of counsel should not be unsealed;

- No later than **August 28, 2020**, the Government shall file any response to Defendant's submission on unsealing;

- By the **same date**, any third party who wishes to be heard on the matter of unsealing shall file its submission, accompanied by a letter motion seeking leave to be heard;

- Trial is ADJOURNED *sine die*; and

- The parties shall appear in **Courtroom 1105** of the **Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY** on **October 13, 2020**, at **10 a.m.** to address, among other things, a new trial date.

The Clerk of Court is directed to terminate Warren Terzian LLP as counsel; to add Federal Defenders of New York as counsel; and to terminate ECF Nos. 56, 61, and 66.

    SO ORDERED.

Dated: August 7, 2020
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge