UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA

                Plaintiff,

-against-

MICHAEL AVENATTI

                Defendant.
-------------------------------------------------------------- X

**DECLARATION**

1:19-CR-00374 (JMF)

**MARIEL COLÓN MIRÓ,** a lawyer admitted to practice in this Court, declares under penalty of perjury under 28 U.S.C. § 1746:

1. I represent Michael Avenatti in the captioned matter.

2. Counsel's representation was limited to matters related to prison conditions.

3. Mr. Avenatti is no longer incarcerated, as he is now in home confinement.

4. Mr. Avenatti has at all times been aware of the limited scope of counsel's representation.

5. Counsel spoke with Mr. Avenatti, and he does not object to counsel's request to withdraw from the matter.

6. Mr. Avenatti's Constitutional right to counsel will not be impaired as a result of the granting of the withdrawal considering that the Federal Defenders of New York were appointed to continue representation of Mr. Avenatti's case.

**WHEREFORE**, for the foregoing reasons and any other that may become apparent to the Court, undersigned counsel moves the Court for an Order granting my withdrawal as counsel of record for Defendant Michael Avenatti.

**DATED:** Brooklyn, New York
August 9, 2020

Respectfully submitted,

By: /s/ Mariel Colón Miró, Esq.
**MARIEL COLÓN MIRÓ, ESQ.**
Law Offices of Mariel Colon Miro, PLLC
300 Cadman Plaza W 12th Floor
Brooklyn, NY 11201
Tel: (917) 743-7071
mcolon@marielcolonmiro.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of August 2020, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be delivered via ECF to the parties in this case. I also mailed a copy of the foregoing Motion to Withdraw as counsel to Mr. Avenatti at his current location.

/s/

_____
Mariel Colón Miró, Esq.