UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

UNITED STATES OF AMERICA

                Plaintiff,

-against-

MICHAEL AVENATTI

                Defendant.
--------------------------------------------------------------- X

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

1:19-CR-00374 (JMF)

PLEASE TAKE NOTICE, that on the accompanying Declaration of Mariel Colon Miro, Law Offices of Mariel Colon Miro, PLLC moves the Court for an Order allowing it to withdraw as counsel of record for Defendant Michael Avenatti.

Dated: Brooklyn, NY
       August 9, 2020

Application GRANTED. The Clerk of Court is directed to update the docket and terminate ECF No. 75. SO ORDERED.

*[signature]*

August 10, 2020

/s/ Mariel Colon Miro
**MARIEL COLÓN MIRÓ, ESQ.**
Law Offices of Mariel Colon Miro, PLLC
300 Cadman Plaza W 12th Floor
Brooklyn, NY 11201
Tel: (917) 743-7071
mcolon@marielcolonmiro.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of August 2020, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be delivered via ECF to the parties in this case. I also mailed a copy of the foregoing Motion to Withdraw as counsel to Mr. Avenatti at his current location.

/s/

_____
Mariel Colón Miró, Esq.