```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :   THIRD SUPPLEMENTAL
                                    :   PROTECTIVE ORDER
     - v. -                         :
                                    :   19 Cr. 374 (JMF)
MICHAEL AVENATTI,                   :
                                    :
               Defendant.           :
                                    :
- - - - - - - - - - - - - - - - - -x
```

   WHEREAS, on September 24, 2019, the Court entered an Amended Protective Order, which was executed by the defendant and defense counsel Dean Steward, Esq. (Dkt. No. 22);

   WHEREAS on December 3, 2019, the Court entered a Supplemental Protective Order, which was executed by defense counsel Thomas D. Warren, Esq., and Daniel Dubin, Esq. (Dkt. No. 32);

   WHEREAS on February 24, 2020, the Court entered a Second Supplemental Protective Order, which was executed by defense counsel Mariel Colon Miro, Esq. (Dkt. No. 40);

   WHEREAS on February 26, 2020, the Court granted Mr. Steward's motion to withdraw from the case (Dkt. No. 41);

   WHEREAS, on August 7, 2020, Robert M. Baum, Esq., was appointed in this case to represent the defendant and the Court granted Mr. Warren and Mr. Dubin's motion to withdraw from the case (Dkt. No. 73);

   WHEREAS, on August 10, 2020, the Court granted

Ms. Miro's motion to withdraw from the case (Dkt. No. 77);

IT IS HEREBY agreed, by and between the United States of America, Audrey Strauss, Acting United States Attorney, by Matthew D. Podolsky and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Baum, counsel for the defendant, that Mr. Baum is and shall be bound by the terms of the Amended Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

Dated:   New York, New York
         August  13 , 2020

                              SO ORDERED:
                              _____
                              THE HONORABLE JESSE M. FURMAN
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK

**Acknowledgement of Amended Protective Order**

I, Robert M. Baum, Esq., have read and reviewed the Amended Protective Order entered on September 24, 2019, in the case of *United States v. Avenatti*, 19 Cr. 374 (JMF), I understand it, I have conferred with my client, Michael Avenatti, about it, and I acknowledge that I am and shall be bound by the Order.

                    /S/_____
                    Robert M. Baum, Esq.
                    Attorney for Michael Avenatti