UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                             :

UNITED STATES OF AMERICA        :    NOTICE OF APPEARANCE
                                             :    AND REQUEST FOR
                                             :    <u>ELECTRONIC NOTIFICATION</u>

                    - v. -                  :    **19 Cr. 374 (JMF)**

MICHAEL AVENATTI,                       :

                    Defendant.        :
------------------------------------------------------------------x

To:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance as counsel in this case on behalf of defendant Michael Avenatti and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully Submitted,

**/s/ Andrew J. Dalack**
Assistant Federal Defender
Federal Defenders of New York, Inc.
52 Duane Street – 10th Floor
New York, NY 10007
(212) 417-8768
andrew_dalack@fd.org