UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :

UNITED STATES OF AMERICA        :      NOTICE OF APPEARANCE
                                                        :      AND REQUEST FOR
                                                        :      <u>ELECTRONIC NOTIFICATION</u>
                                                        :
              - v. -                             :      **19 Cr. 374 (JMF)**
                                                        :
                                                        :
MICHAEL AVENATTI,                         :
                                                        :
                Defendant.                   :
-------------------------------------------------------------------x

To:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance as counsel in this case on behalf of defendant Michael Avenatti and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully Submitted,

                                              _____

                                              Tamara L. Giwa
                                              Assistant Federal Defender
                                              Federal Defenders of New York, Inc.
                                              52 Duane Street – 10th Floor
                                              New York, NY 10007
                                              (917) 890-9729
                                              tamara_giwa@fd.org