UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :   FOURTH SUPPLEMENTAL
                                      :   PROTECTIVE ORDER
    - v. -                            :
                                      :   19 Cr. 374 (JMF)
MICHAEL AVENATTI,                     :
                                      :
                  Defendant.          :
                                      :
- - - - - - - - - - - - - - - - - -x

   WHEREAS on September 24, 2019, the Court entered an
Amended Protective Order, which was executed by the defendant
and defense counsel Dean Steward, Esq. (Dkt. No. 22);

   WHEREAS on December 3, 2019, the Court entered a
Supplemental Protective Order, which was executed by defense
counsel Thomas D. Warren, Esq., and Daniel Dubin, Esq. (Dkt.
No. 32);

   WHEREAS on February 24, 2020, the Court entered a
Second Supplemental Protective Order, which was executed by
defense counsel Mariel Colon Miro, Esq. (Dkt. No. 40);

   WHEREAS on February 26, 2020, the Court granted
Mr. Steward's motion to withdraw from the case (Dkt. No. 41);

   WHEREAS on August 7, 2020, Robert M. Baum, Esq., was
appointed in this case to represent the defendant and the Court
granted Mr. Warren and Mr. Dubin's motion to withdraw from the
case (Dkt. No. 73);

   WHEREAS on August 10, 2020, the Court granted

Ms. Miro's motion to withdraw from the case (Dkt. No. 77);

WHEREAS on August 13, 2020, the Court entered a Third Supplemental Protective Order, which was executed by Mr. Baum (Dkt. No. 78);

WHEREAS on August 21, 2020, defense counsel Andrew J. Dalack entered a notice of appearance as additional counsel for the defendant (Dkt. No. 79);

IT IS HEREBY agreed, by and between the United States of America, Audrey Strauss, Acting United States Attorney, by Matthew D. Podolsky and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Dalack, counsel for the defendant, that Mr. Dalack is and shall be bound by the terms of the Amended Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

Dated:    New York, New York
          August  25  , 2020

SO ORDERED:

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

## **Acknowledgement of Amended Protective Order**

    I, Andrew J. Dalack, Esq., have read and reviewed the
Amended Protective Order entered on September 24, 2019, in the
case of *United States v. Avenatti*, 19 Cr. 374 (JMF), I
understand it, I have conferred with my client, Michael
Avenatti, about it, and I acknowledge that I am and shall be
bound by the Order.

_____

Andrew J. Dalack, Esq.
Attorney for Michael Avenatti