

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**     ***United States v. Michael Avenatti*, 19 Cr. 374 (JMF)**

Dear Judge Furman:

     The Government respectfully submits this letter on behalf of the parties pursuant to the Court's Order issued on October 30, 2020 (Dkt. No. 96).

     The parties request that the conference presently scheduled for November 10, 2020, at 10:00 a.m., be held remotely.  The defendant consents to doing so.  In light of the restrictions on the defendant's use of the internet imposed by the United States District Court for the Central District of California, the defendant is able to participate only by telephone.

     Respectfully submitted,

     AUDREY STRAUSS
     Acting United States Attorney

By:     *Robert B. Sobelman*

     Matthew D. Podolsky
     Robert B. Sobelman
     Assistant United States Attorneys
     (212) 637-1947/2616

cc:   Robert M. Baum, Esq. (by ECF)
     Andrew J. Dalack, Esq. (by ECF)
     Tamara L. Giwa, Esq. (by ECF)