

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter on behalf of the parties pursuant to the Court's Order issued on October 30, 2020 (Dkt. No. 96).

    The parties request that the conference presently scheduled for November 10, 2020, at 10:00 a.m., be held remotely. The defendant consents to doing so. In light of the restrictions on the defendant's use of the internet imposed by the United States District Court for the Central District of California, the defendant is able to participate only by telephone.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: _/s/ Robert B. Sobelman_
    Matthew D. Podolsky
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-1947/2616

cc:    Robert M. Baum, Esq. (by ECF)
        Andrew J. Dalack, Esq. (by ECF)
        Tamara L. Giwa, Esq. (by ECF)

Application GRANTED. The November 10, 2020 conference will be held telephonically, but is rescheduled to **4:00 p.m.** Members of the press and public may access the conference by calling 888-363-4749 and using access code 5421540#. That line will be on listen-only mode — that is, all callers will be muted. The Court will email different call-in instructions to the parties in advance of the conference. SO ORDERED.

October 30, 2020