

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter to request, with the consent of the defendant, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today, April 23, 2021, until the current trial date of January 10, 2022.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By: *Robert B. Sobelman*
      Matthew D. Podolsky
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-1947/2616

cc:    Robert M. Baum, Esq. (by ECF)
        Andrew J. Dalack, Esq. (by ECF)
        Tamara L. Giwa, Esq. (by ECF)

Application GRANTED. Time is excluded between today and January 10, 2022. The Court finds that the interests of justice outweigh the interests of the public and the Defendant in a speedy trial because, among other things, it would be difficult, if not impossible, to try this case now given the COVID-19 protocols in effect and given the Defendant's trial dates in California.

The Clerk of Court is directed to terminate ECF No. 112. SO ORDERED.

April 26, 2021