**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2021

**BY EMAIL & ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Michael Avenatti,**
      **19 Cr. 374 (JMF)**

Dear Judge Furman:

    Enclosed please find a redacted version of Exhibit G to Michael Avenatti's omnibus pre-trial motion (Dkt. No. 115).

    Although I do not understand the filing rules for CM/ECF in the Southern District of New York to always require the redaction of email addresses from public filings, I nevertheless intended to file a version of Exhibit G that did not have the complainant's email addresses visible to the public for privacy purposes. My redactions to Exhibit G did not appear to take hold in the first instance, however, and I subsequently sought the Court's leave to correct the error. Accordingly, with the Court's permission, I submit a redacted version of Exhibit G as an attachment to this letter.

Respectfully Submitted,

*/s/ Andrew J. Dalack*

Robert M. Baum
Tamara Giwa
Andrew J. Dalack
Assistant Federal Defenders

Cc:   Government Counsel                        Counsel for Michael Avenatti