# EXHIBIT G

# AVENATTI & ASSOCIATES, APC

1910 Sunset Boulevard, Suite 450
Los Angeles, CA 90026
949.706.7000

February 19, 2019

**Via E-Mail**

Ms. Stormy Daniels

Re:    Termination of Legal Representation

Dear Stormy:

I have attempted to contact you repeatedly to discuss a multitude of issues, including the book proceeds and payments, your allegations against JD and Keith, the situation with your termination of your security detail, and the status of the Columbus litigation and our attempts at settlement. Unfortunately, you have not been responsive.

After much contemplation and deliberation, we have decided to terminate our representation of you effective immediately. This decision is not one we make lightly. Unfortunately, however, we believe that we cannot continue to effectively advocate on your behalf in light of your lack of communication and responsiveness as to time sensitive matters, including financial issues; your prior false accusations (which you chose to make public before communicating them to me - I found out from a reporter); and your general lack of appreciation for our work and the thousands of hours we have devoted to you, which we have largely done for free at great expense to me and my firm.

We will, of course, ensure that any property, monies, documents, and materials that belong to you and that may remain in our possession will be timely transferred to you or your new counsel as you direct. We will also take all reasonable steps necessary to transfer the files associated with the multitude of matters to your new counsel so as to ensure you are not prejudiced. Please have your new counsel contact me so that we can arrange their substitution into the various matters, as well as the transfer of the items listed above as applicable.

In addition, note that we do not intend to make any unilateral public announcement relating to our decision to no longer represent you. Instead, we believe a mutually acceptable, professional statement is more appropriate. Please have Denver contact me so we can reach agreement as to its language and timing.

Ms. Stormy Daniels
February 19, 2019
Page 2

    We wish you the very best in the coming months and thank you for the opportunity to have served as your counsel.

                                Very truly yours,

                                Michael J. Avenatti
                                Avenatti & Associates, APC