

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

    The Government respectfully submits for the Court's consideration the attached letter received today from counsel for Victim-1, whose name is redacted in the version filed herewith, relating to the matters raised in the Court's order dated May 3, 2021 (Dkt. No. 118).

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney

    By:   *Robert B. Sobelman*
                Matthew D. Podolsky
                Robert B. Sobelman
                Assistant United States Attorneys
                (212) 637-1947/2616

cc:    Robert M. Baum, Esq. (by ECF)
        Andrew J. Dalack, Esq. (by ECF)
        Tamara L. Giwa, Esq. (by ECF)
        Clark O. Brewster, Esq. (by email)