**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 12, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    **United States v. Michael Avenatti**,
                  **19 Cr. 374 (JMF)**

Dear Judge Furman:

      We write in response to the Court's order dated May 11, 2021 (Dkt. No. 124) directing the defense to file "the first page of Exhibit C and the entirety of Exhibit F [to Michael Avenatti's omnibus motion], with the redactions proposed by the Government, on ECF." Enclosed, please find the redacted exhibits.

                                                Respectfully Submitted,

                                                /s/
                                         Robert M. Baum, Esq.
                                         Tamara L. Giwa, Esq.
                                         Andrew J. Dalack, Esq.
                                         Assistant Federal Defenders

                                         Counsel for Michael Avenatti

Cc:     Government Counsel