# EXHIBIT C

| | |
|---|---|
| **From:** | Clark Brewster ▮▮▮▮▮ |
| **Sent:** | Monday, March 25, 2019 3:12 PM |
| **To:** | Podolsky, Matthew (USANYS); Sobelman, Robert (USANYS) |
| **Subject:** | Text (via what's app) exchanges between M. Avenatti and ▮▮▮▮▮ |
| **Attachments:** | 20190325135101.pdf |

Gentlemen,

Attached is the accumulation of text communications between M. Avenatti and ▮▮▮▮▮ covering the time period of his legal representation. As we discussed and agreed, the attachment is for your review and consideration of possible criminal conduct by Mr. Avenatti. The materials are not to be disclosed to third parties other than as mandated by the requirements of criminal discovery or rules of evidence. Please feel free to contact me if you have further inquiry into this matter.

Clark Brewster
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮