```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                        -v-                                       :   19-CR-374 (JMF)
                                                                  :
MICHAEL AVENATTI,                                                 :   ORDER
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Court has received a letter from a non-party that purports to be related to this case. Absent a procedurally proper motion and prior leave of Court, the Court will not consider — or even docket — any submission by a non-party in connection with this case.

SO ORDERED.

Dated: May 12, 2021  
       New York, New York

                                                         JESSE M. FURMAN  
                                                    United States District Judge