# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

August 10, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Michael Avenatti**
         **19 Cr. 374 (JMF)**

Dear Judge Furman:

We write in response to the Court's Order dated July 27, 2021 directing Michael Avenatti to publicly file the CJA-23 form and accompanying affidavit he previously submitted in this case to obtain court-appointed counsel. Dkt. No. 134.

Per the Court's individual rules and practices, the defense submits this cover letter requesting leave to file a redacted version of Mr. Avenatti's affidavit in support of his CJA-23 form, and has attached the redacted version of the affidavit to this letter. Simultaneously, the defense has also submitted directly (and ex parte) to the Court a clean, un-redacted version of the affidavit and a version of the affidavit that has the proposed redactions highlighted in yellow.

Mr. Avenatti respectfully submits that his proposed redactions are narrowly tailored to protect the privacy interests of uninvolved third parties, whose identities are irrelevant to his eligibility for court-appointed counsel and to any other issue in this case. See generally United States v. Amodeo, 71 F.3d 1044, 1050-51 (2d Cir. 1995) ("the privacy interests of innocent third parties … should weigh heavily in a court's balancing equation.") (cleaned up). Indeed, Mr. Avenatti submits that the limited redactions he proposes are necessary to prevent his financial affidavit from being used to needlessly expose others to unwanted public attention and harassment. See id. at 1051 (uninvolved third-party privacy interests present "a venerable common law

exception to the presumption of access").

Accordingly, the defense respectfully requests that the Court accept our proposed redactions to the affidavit Mr. Avenatti appended to the CJA-23 form that he previously submitted in this case.

Respectfully Submitted,

_____/s/_____
Robert M. Baum
Tamara L. Giwa
Andrew J. Dalack
Assistant Federal Defenders

Cc:    Government Counsel                    Counsel for Michael Avenatti

The Court is unpersuaded that privacy interests justify redacting the names and locations of the corporate entities in Paragraphs 14, 15, and 17 of ECF No. 139-1.  Otherwise, the redactions are approved. Defendant shall promptly file a newly redacted affidavit consistent with the foregoing.  Defendant is also reminded that he must file publicly the status updates that he has filed every four months since counsel was appointed.  The Clerk of Court is directed to terminate ECF No. 139.  SO ORDERED.

August 10, 2021

2