**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

August 12, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Michael Avenatti**
      **19 Cr. 374 (JMF)**

Dear Judge Furman:

      We write in response to the Court's Order at docket number 140 directing the defense to un-redact the names and addresses of the corporate entities contained in paragraphs 14, 15, and 17 of docket number 139-1. Attached is the revised version of docket number 139-1. Also attached are the financial status updates previously filed by the defense under seal. The defense respectfully submits for the Court's consideration a redacted version of the June 2021 status update in accordance with the Court's individual rules and practices.

      Respectfully Submitted,

      _____/s/_____
      Robert M. Baum
      Tamara L. Giwa
      Andrew J. Dalack
      Assistant Federal Defenders

Cc:   Government Counsel              Counsel for Michael Avenatti