

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

    The Government respectfully submits the attached proposed scheduling order on behalf of the parties, pursuant to the Court's September 9, 2021 Order (Dkt. No. 148). The parties have adjusted the pretrial deadlines previously set by the Court, as well as their jointly agreed upon schedule for mutual pretrial disclosures, to correspond to the January 10, 2022 trial date.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By:    */s/ Robert B. Sobelman*
        Matthew D. Podolsky
        Robert B. Sobelman
        Assistant United States Attorneys
        (212) 637-1947/2616

cc:    Robert M. Baum, Esq. (by ECF)
        Andrew J. Dalack, Esq. (by ECF)
        Tamara L. Giwa, Esq. (by ECF)