**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 12, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **RE:**    **United States v. Michael Avenatti**
            **19 Cr. 374 (JMF)**

Dear Judge Furman:

      We write in response to the Court's Order dated October 12, 2021 directing the parties to appear for an in-person scheduling conference on October 14, 2021 at 12:00 p.m. In accordance with the Court's directives, the defense requests leave for Michael Avenatti to participate in Thursday's conference by telephone.

                                                          Respectfully Submitted,

                                                           /s/
                                                  Robert M. Baum
                                                  Tamara L. Giwa
                                                  Andrew J. Dalack
                                                  Assistant Federal Defenders

                                                  Counsel for Michael Avenatti

Cc:    Government Counsel