# EXHIBIT E

$3.00 - NYDailyNews.com  METRO FINAL  Friday, July 9, 2021

# DAILY NEWS

**NEW YORK'S HOMETOWN NEWSPAPER**

## Big bucks for schools
$635M FROM FEDS TO LIFT CITY KIDS – PAGE 8

**SCHOOL BELLS RING AGAIN**



# SLIME GETS HARD TIME

Michael Avenatti leaves Manhattan court Thursday. The Donald Trump foe and ex-lawyer for porn star Stormy Daniels (both below) was sentenced to 30 months in prison.

**PAGE 5**

Don foe faces 2½ years in $20M Nike-extort try

AP; GETTY; BARRY WILLIAMS FOR DAILY NEWS