# EXHIBIT F

Case 1:19-cr-00374-JMF  Document 153-6  Filed 10/22/21  Page 2 of 3



