```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :

        - v -                   :          AFFIRMATION
                                           19 Cr. 374 (JMF)
MICHAEL AVENATTI,               :

        Defendant.              :
-------------------------------X
```

I, Michael Avenatti, hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the defendant in the above-captioned case. I make this affirmation in compliance with the Court's directive dated August 7, 2020 that I inform the Court every four months of any material changes to my financial condition that could bear on my eligibility for court-appointed counsel.

2. Since the Court granted my request for the appointment of counsel on August 7, 2020 (based on my sworn financial statement and accompanying affidavit) there have been no material changes to my financial condition to the best of my knowledge.

DATED:   Los Angeles, CA
         November 5, 2021

                                        _____
                                        MICHAEL AVENATTI