# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

November 10, 2021

**BY ECF AND EMAIL**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square Room 2202
Ndew York, New York 10007

Re:  *United States v. Michael Avenatti*
      19 Cr. 374 (JMF)

Dear Judge Furman,

   I respectfully write regarding the Court's Order filed earlier today advancing the trial date for Mr. Avenatti to January 24, 2022. I am requesting that the trial date remain February 7, 2022, as previously set by the Court, or moved to a later date in February or March, 2022.

   I am counsel of record in *United States v. Robert Russo*, 21 Cr. 271 (PAC). On October 27, 2021, Judge Crotty set a trial date of February 14, 2022, in the matter of *United States v. Robert Russo*. Mr. Russo is incarcerated. That date was set by Judge Crotty in acknowledgment of the January 10, 2022, trial date in the case of *United States v. Avenatti*.

   When Your Honor recently changed the *Avenatti* trial date to February 7, 2022, Counsel requested that Judge Crotty adjust the trial date for Mr. Russo accordingly. On November 9, 2021, Judge Crotty issued an Order changing the *Russo* trial date to January 17, 2022 in light of the February 7, 2022, Avenatti trial date. Mr. Russo who is incarcerated, has twice had his trial date adjusted to accommodate the trial dates in this case. Counsel is now committed to a trial in the matter of *United States v. Robert Russo* on January 17, 2021.

   Because I am lead counsel in both cases, I respectfully request that the Court reimpose the February 7, 2022 trial date or schedule trial for a date in late February or March, 2022.

Respectfully submitted,

Robert M. Baum

cc:  Matthew D. Podolsky, AUSA
     Robert Sobelman, AUSA