UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                             :

UNITED STATES OF AMERICA        :        19 Cr. 374 (JMF)

    - v -                                   :        ORDER

MICHAEL AVENATTI,               :

                Defendant.    :
------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       The trial schedule for the first quarter of 2022 has been set, and the Court was assigned **January 24, 2022**, as it had requested. Accordingly, the dates and deadlines set forth in the Amended Scheduling Order of November 10, 2021, *see* ECF No. 160, are hereby CONFIRMED, except that the Court will conduct oral *voir dire* of any remaining prospective jurors beginning at 9:30 a.m. on Thursday, January 20, 2022 (not Wednesday, January 19, 2022), continuing, if necessary, on January 21, 2022.

       SO ORDERED.

Dated: December 2, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                        United States District Judge