

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter to request that the Court permit the Government to provide a copy of the defendant's reply in support of his motion for a Rule 17(c) subpoena, filed under seal on November 30, 2021, to counsel for Victim-1. The defendant does not object to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Robert B. Sobelman*
    Matthew D. Podolsky
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-1947/2616

cc:    Robert M. Baum, Esq. (by ECF)
        Andrew J. Dalack, Esq. (by ECF)
        Tamara L. Giwa, Esq. (by ECF)
        Clark O. Brewster, Esq. (by email)