

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2021

**BY ECF**

Application GRANTED. The Clerk of Court is directed to terminate Doc. #167. SO ORDERED.

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

December 6, 2021

    Re:   *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

The Government respectfully submits this letter to request that the Court permit the Government to provide a copy of the defendant's reply in support of his motion for a Rule 17(c) subpoena, filed under seal on November 30, 2021, to counsel for Victim-1. The defendant does not object to this request.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                  By:                              
                                  Matthew D. Podolsky
                                  Robert B. Sobelman
                                  Assistant United States Attorneys
                                  (212) 637-1947/2616

cc:   Robert M. Baum, Esq. (by ECF)
       Andrew J. Dalack, Esq. (by ECF)
       Tamara L. Giwa, Esq. (by ECF)
       Clark O. Brewster, Esq. (by email)