

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

    The Government respectfully submits, on behalf of both parties, a proposed jury questionnaire (attached hereto as Exhibit 1) and a proposed verdict form (attached hereto as Exhibit 2). In addition, please also find attached an alternative proposed jury questionnaire, in which the defendant proposes the addition of 12 more questions (attached hereto as Exhibit 3). The Government objects to the addition of those 12 questions.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: *Robert B. Sobelman*
    Matthew D. Podolsky
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-1947/2616

cc:    Robert M. Baum, Esq. (by ECF)
    Andrew J. Dalack, Esq. (by ECF)
    Tamara L. Giwa, Esq. (by ECF)