# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>Defendant. | 19 Cr. 374 (JMF) |

**VERDICT FORM**

Please indicate your responses with a check mark (✓)

The Jury's verdict must be unanimous on each question.

**Count One: Wire Fraud**

Guilty_____        Not Guilty_____

**Count Two: Aggravated Identity Theft**
(consider only if a verdict of guilty is rendered as to Count One)

Guilty_____        Not Guilty_____

_____        _____
FOREPERSON                              DATE