# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA

- v. -

MICHAEL AVENATTI,

                Defendant.

------------------------------------------------------- x

**STIPULATION REGARDING CERTAIN FINANCIAL INFORMATION**

S1 19 Cr. 373 (PGG)

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Geoffrey S. Berman, United States Attorney for the Southern District of New York, Matthew D. Podolsky, Daniel C. Richenthal, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and MICHAEL AVENATTI, the defendant, by his attorneys Scott A. Srebnick, Esq., Jose M. Quiñon, Esq., E. Danya Perry, Esq., and Howard Srebnick, Esq., that :

1. On October 22, 2018, a civil order was entered in the Superior Court of California, County of Orange, against Michael Avenatti, the defendant, requiring Avenatti to pay amounts that totaled approximately $2,219,669.60 as of March 1, 2019, and remained outstanding as of March 25, 2019.

2. On October 26, 2018, a civil judgment was entered in the Superior Court of California, County of Santa Barbara, against Michael Avenatti, the defendant, requiring Avenatti to pay $2,194,301.87, which remained outstanding as of March 25, 2019.

3. On November 20, 2018, a civil judgment was entered in the Superior Court of the State of California, County of Los Angeles—Central District, against Michael Avenatti, the defendant, requiring Avenatti to pay $5,054,287.75, which remained outstanding as of March 25, 2019.

GOVERNMENT
EXHIBIT
S-4
S1 19 Cr. 373 (PGG)

4. On January 4, 2019, a civil order was issued by the State of Washington requiring Michael Avenatti, the defendant, to pay $1,530,216.07, which remained outstanding as of March 25, 2019.

5. The above-referenced judgments represented separate obligations of Michael Avenatti, the defendant.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be received into evidence at trial.

Dated: New York, New York
February 5, 2020

           GEOFFREY S. BERMAN
           United States Attorney
           Southern District of New York

By: *[signature]*
      Matthew D. Podolsky
      Daniel C. Richenthal
      Robert B. Sobelman
      Assistant United States Attorneys

MICHAEL AVENATTI

By: *[signature]*
      Scott A. Srebnick, Esq.
      Jose M. Quiñon, Esq.
      E. Danya Perry, Esq.
      Howard Srebnick, Esq.
      Attorneys for Michael Avenatti