UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
:
      -v-                                  :  19-CR-374 (JMF)
:
MICHAEL AVENATTI,                                                      :  ORDER
:
      Defendant.                            :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 6, 2021, the Court granted Defendant's motion seeking a subpoena compelling the complainant in this case (the "Complainant") to produce various mental health records and information to the Court for its *in camera* inspection. *See* ECF No. 164. The Court noted that if Complainant did "not have responsive materials," Complainant could "simply so say in response to the subpoena." ECF No. 168, at 1. By letter dated December 14, 2021 — which will be filed and kept under seal at least until Complainant testifies at trial for the reasons discussed in the Court's prior Memorandum Opinion and Order, *see id.* at 2 — counsel for Complainant represents that no materials responsive to the subpoena exist.

      SO ORDERED.

Dated: December 15, 2021
       New York, New York
                                                   JESSE M. FURMAN
                                                 United States District Judge