

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 26, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter to request leave to file a reply on or before December 30, 2021, in response to the defendant's opposition to the Government's motions *in limine*, which was filed on December 23, 2021 (Dkt. No. 187), in light of certain of the arguments that the defendant raised therein, including arguments relating to advice of counsel (*see id*. at 21) and purported discovery issues arising from a separate prosecution pending in the United States District Court for the Central District of California (*see id*. at 18-20).

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: *[signature: Robert B. Sobelman]*
      Matthew D. Podolsky
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-1947/2616

cc:    Robert M. Baum, Esq. (by ECF)
        Andrew J. Dalack, Esq. (by ECF)
        Tamara L. Giwa, Esq. (by ECF)