UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                              :

UNITED STATES OF AMERICA        :        **Notice of Appearance**

        - v -                                :

                                              :        **19 Cr. 374 (JMF)**

MICHAEL AVENATTI,                  :

                  Defendant.        :

------------------------------------- X

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

        by:      /s/
        Andrew A. Rohrbach
        Assistant United States Attorney
        (212) 637-2345

TO:    Counsel of record (by ECF)