**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 30, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    RE:    **United States v. Michael Avenatti**
             **19 Cr. 374 (JMF)**

Dear Judge Furman:

    The defense respectfully seeks leave to file a reply by January 3, 2022 (that is no longer than three pages) to the Government's response in opposition to our motion for an adjournment. The Government takes no position on this application.

                                          Respectfully Submitted,

                                          /s/
                                      Robert M. Baum
                                      Tamara L. Giwa
                                      Andrew J. Dalack
                                      Assistant Federal Defenders

                                      Counsel for Michael Avenatti

Cc:    Government Counsel