# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                         SOUTHERN DIVISION

                              - - -

       THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING


       UNITED STATES OF AMERICA,     ) CERTIFIED TRANSCRIPT
                       Plaintiff,    )
         vs.                         )
                                     )  SACR-19-00061-JVS
       MICHAEL JOHN AVENATTI,        )
                       Defendant.    )  TRIAL DAY 8, Vol. 1
       ------------------------------)



           REPORTER'S TRANSCRIPT OF PROCEEDINGS

                   Santa Ana, California

                      July 23, 2021



                  SHARON A. SEFFENS, RPR
                  United States Courthouse
                  411 West 4th Street, Suite 1-1053
                  Santa Ana, CA  92701
                  (714) 543-0870
```

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
16   (949) 481-4900

17

18

19

20

21

22

23

24

25
```

3

```
                         I-N-D-E-X


PLAINTIFF'S
WITNESSES:              DIRECT   CROSS    REDIRECT    RECROSS

JOSEPH VARANI             10       20
CARLOS COLORADO           32       48        73          74
ELSA GUERRERO             76       89

PLAINTIFF'S
EXHIBITS:                                  MARKED     RECEIVED

Exhibit 11 (Limited purpose)                             15
Exhibits 115 and 116 (Limited purpose)                   16
Exhibit 7                                                38
Exhibit 21                                               42
Exhibit 70                                               82


DEFENSE
WITNESSES:              DIRECT   CROSS    REDIRECT    RECROSS

(None)

DEFENSE
EXHIBITS:                                  MARKED     RECEIVED

Exhibit 1005                                 98
Exhibit 1006                                107
```

                SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
09:04   1    witness, please.
09:04   2            MR. WYMAN:  Yes.  The United States calls Joe
09:04   3    Varani.
09:04   4            JOSEPH VARANI, GOVERNMENT'S WITNESS, SWORN
09:04   5            THE CLERK:  Please speak right into the microphone
09:04   6    and state and spell your first and last name.
09:04   7            THE WITNESS:  Joseph Varani, J-o-s-e-p-h,
09:04   8    V-a-r-a-n-i.
09:05   9            THE COURT:  Mr. Wyman.
09:05   10           MR. WYMAN:  Thank you, Your Honor.
09:05   11                      DIRECT EXAMINATION
09:05   12   BY MR. WYMAN:
09:05   13   Q    Good morning, Mr. Varani.
09:05   14   A    Good morning.
09:05   15   Q    Where do you work?
09:05   16   A    I work in Washington, D.C., for the Cyber Crime Lab,
09:05   17   which is part of the computer crime and intellectual
09:05   18   property section of the Department of Justice.
09:05   19   Q    And what is your title at the DOJ Cyber Crime Lab?
09:05   20   A    I am a senior digital investigative analyst.
09:05   21   Q    And how long have you been a senior digital
09:05   22   investigative analyst?
09:05   23   A    For 11 years now.
09:05   24   Q    And what are your primary duties and responsibilities
09:05   25   in that role?
```

```
09:07   1    Q    Were the forensic images that were provided to you
09:07   2    labeled so that you could identify which digital devices you
09:07   3    had been provided with?
09:07   4    A    Yes, they were.
09:07   5    Q    Based on the information provided to you by Special
09:07   6    Agent Tashchyan, what kind of devices were these images of?
09:07   7    A    These were images of computer servers and a laptop.
09:07   8    Q    And based on that information, what is your
09:07   9    understanding of where those devices came from?
09:07  10    A    My understanding is that the computer servers came from
09:07  11    a digital data center, and the laptop was seized from
09:07  12    Mr. Avenatti in New York.
09:07  13    Q    Did you understand from that information that the
09:07  14    servers were affiliated with the law firm Eagan Avenatti?
09:07  15    A    Yes.
09:07  16    Q    Once you received the forensic images from the IRS CI,
09:07  17    can you please describe the process that you undertook to
09:08  18    extract data from those images.
09:08  19    A    I first used our forensic tools to import all of the
09:08  20    data and process that data.  And what it does is it locates
09:08  21    all of the files that are inside the alchemies of the images
09:08  22    that we received.  It also indexes the contents of those
09:08  23    files as well so that I am able to perform keyword searches
09:08  24    on the contents of the files.
09:08  25    Q    And did you conduct those keyword searches?
```

```
09:11   1              THE COURT:  It will be received for the limited
09:11   2    purpose that it was found on the server or the computer.
09:11   3    It's not for the truth of the content, just that it was
09:11   4    there.
09:11   5              MR. WYMAN:  Thank you, Your Honor.
09:11   6              (Exhibit 11 received in evidence
09:11   7               for limited purpose)
09:11   8              MR. WYMAN:  If we could please publish the first
09:11   9    page.  Now, if we could focus on the second paragraph at the
09:11  10    beginning.
09:11  11              THE COURT:  I don't think it's appropriate to have
09:11  12    a substantive discussion on this document until it's been
09:11  13    authenticated and received in full.  If you have got general
09:11  14    questions about the document, fine.
09:11  15              MR. WYMAN:  Very well.  We will come back to it
09:12  16    with another witness, Your Honor.
09:12  17    BY MR. WYMAN:
09:12  18    Q    Would you please turn now to Exhibits 115 and 116 which
09:12  19    should be in the other binder, Volume 2.
09:12  20    A    (Witness complies.)  Okay.
09:12  21    Q    Do you recognize these two documents?
09:12  22    A    Yes, I do.
09:12  23    Q    How do you recognize them?
09:13  24    A    These were documents that I saw on the MacBook Pro
09:13  25    laptop.
```

```
09:19   1    BY MR. AVENATTI:
09:19   2    Q    Mr. Varani, good morning.
09:19   3    A    Good morning.
09:19   4    Q    Welcome to California.
09:19   5    A    Thank you.
09:20   6    Q    You work out of Washington, D.C.; is that right?
09:20   7    A    Yes.
09:20   8    Q    And you work for the Department of Justice; is that
09:20   9    right?
09:20   10   A    Yes.
09:20   11   Q    And you traveled all the way from Washington, D.C., to
09:20   12   California at the request of the prosecutors to testify in
09:20   13   this case; is that right?
09:20   14   A    Yes, I did.
09:20   15   Q    And you have been -- unfortunately you've had to be
09:20   16   cooling your heels out in the hallway waiting for your
09:20   17   testimony, right?
09:20   18   A    Yes.
09:20   19            MR. WYMAN:  Objection.  Relevance.
09:20   20            THE COURT:  Sustained.
09:20   21   BY MR. AVENATTI:
09:20   22   Q    Sir, how many days have you been here waiting to
09:20   23   testify?
09:20   24            MR. WYMAN:  Objection.
09:20   25            THE COURT:  Let's get down to the essence of your
```