

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter to request, with the defendant's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 10, 2022 (*see* Dkt. No. 133), until January 24, 2022, to permit the parties adequate time to prepare for trial.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

            By:    /s/
                    Matthew D. Podolsky
                    Andrew A. Rohrbach
                    Robert B. Sobelman
                    Assistant United States Attorneys
                    (212) 637-1947/2345/2616

cc:    Robert M. Baum, Esq. (by ECF)
       Andrew J. Dalack, Esq. (by ECF)
       Tamara L. Giwa, Esq. (by ECF)