

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<span style="color: blue">Application GRANTED. Time is hereby excluded under the Speedy Trial Act from January 10, 2022, until January 24, 2022, for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. #212. SO ORDERED.

*[signature]*

January 7, 2022</span>

Re:   *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

The Government respectfully submits this letter to request, with the defendant's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 10, 2022 (*see* Dkt. No. 133), until January 24, 2022, to permit the parties adequate time to prepare for trial.

                                                                       Respectfully submitted,

                                                                        DAMIAN WILLIAMS
                                                                        United States Attorney


                            By:    /s/_____
                                    Matthew D. Podolsky
                                    Andrew A. Rohrbach
                                    Robert B. Sobelman
                                    Assistant United States Attorneys
                                    (212) 637-1947/2345/2616

cc:    Robert M. Baum, Esq. (by ECF)
        Andrew J. Dalack, Esq. (by ECF)
        Tamara L. Giwa, Esq. (by ECF)