

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

  The Government respectfully submits this letter to request, without objection from the defendant, that the Court permit the Government to provide copies of the defendant's letter motion filed under seal on January 10, 2022, in which he seeks the issuance of three subpoenas, to the intended recipients of the proposed subpoenas and their counsel, if any.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

         By: /s/
            Matthew D. Podolsky
            Andrew A. Rohrbach
            Robert B. Sobelman
            Assistant United States Attorneys
            (212) 637-1947/2345/2616

cc: Robert M. Baum, Esq. (by ECF)
   Andrew J. Dalack, Esq. (by ECF)
   Tamara L. Giwa, Esq. (by ECF)