UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                             :
:
      -v-                                              :      19-CR-374 (JMF)
:
MICHAEL AVENATTI,                                                    :      <u>ORDER</u>
:
      Defendant.                                       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 10, 2022, Defendant filed a motion seeking records pertaining to the mental and physical health of an anticipated witness at trial. On the same day, the Government filed an *ex parte* motion seeking authorization to withhold medical records regarding the same anticipated witness. Finally, on January 11, 2022, the Government filed a motion seeking to preclude cross-examination of Victim-1 concerning certain issues. All three motions were filed with a request that they be sealed.

      Insofar as Defendant's motion and the Government's *ex parte* motion pertain to the medical history of a non-party, the Court agrees that they can and should be sealed. That said, the Court concludes that there is no valid basis for the Government's motion to be filed *ex parte*. Accordingly, the Government shall provide a copy to the defense immediately. (To the extent that the Government believes that it should be provided to the defense with any redactions, the Government may disclose a redacted copy and simultaneously seek the Court's leave for the redactions.) The Court concludes that the Government's motion with respect to Victim-1 can and "should remain under seal at least until the [Victim-1] testifies at trial." ECF No. 168, at 2.

      Any opposition to the foregoing motions — whether by the opposing party or the relevant third party or parties — shall be filed under seal by **Thursday, January 13, 2022**, at **5 p.m.**

      SO ORDERED.

Dated: January 11, 2022
       New York, New York
                                              JESSE M. FURMAN
                                         United States District Judge