

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    ***United States v. Michael Avenatti*, 19 Cr. 374 (JMF)**

Dear Judge Furman:

     The Government respectfully submits this letter pursuant to the Court's order dated January 11, 2022 (Dkt. No. 220), to suggest that Nora Engstrom and Mark Tuft be removed from the list of people and entities in question number 44, and that Thomas Bolus, Michaela Catando (a/k/a Kayla Paige), Jennifer Donovan, Holtzbrinck Publishers, Erik Nathan, Kevin Carr O'Leary, Andrew Rohrbach, and Enrique Santos be added to that list.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

By:    _s/_____
     Matthew D. Podolsky
     Andrew A. Rohrbach
     Robert B. Sobelman
     Assistant United States Attorneys
     (212) 637-1947/2345/2616

cc:   Robert M. Baum, Esq. (by ECF)
     Andrew J. Dalack, Esq. (by ECF)
     Tamara L. Giwa, Esq. (by ECF)