UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA                    :           19 Cr. 374 (JMF)
                                            :
        - v -                               :           ORDER
                                            :
MICHAEL AVENATTI,                           :
                                            :
                        Defendant.          :
                                            :
-------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       Attached is a final version of the jury questionnaire that the Court will use in this case.
As the parties will see, the Court has adopted the Government's proposed changes to the list of
names, *see* ECF No. 230, and (at Questions 51 and 52) a variation on Defendant's second
proposed question, *see* ECF No. 231.  The Court denies Defendant's other request because,
among other things, the issue is adequately covered by Questions 49 and 50.

       The Clerk of Court is directed to terminate ECF No. 231.

       SO ORDERED.

Dated: January 12, 2022
      New York, New York
                                     JESSE M. FURMAN
                             United States District Judge

Juror Number:  _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
              -v-                                   :              19 Cr. 374 (JMF)
                                                    :
MICHAEL AVENATTI,                                   :              <u>JURY QUESTIONNAIRE</u>
                                                    :
                        Defendant.                  :
                                                    :
---------------------------------------------------------------------X

## JUROR INSTRUCTION SHEET

You may be required to return for the next phase of jury selection on **either January 20 or 21, 2022**.  **PLEASE RETAIN THIS SHEET AND CALL (212) 805-0158 ON JANUARY 19, 2022, AFTER 6:00 P.M.** for further reporting instructions.  **Please bring this instruction sheet with you to the courthouse if you are instructed to return.**

Juror Number: _____

## PRELIMINARY INSTRUCTIONS

Please read the following instructions carefully before completing any portion of this questionnaire.  Please print your juror number in the space provided at the top of **each** page.  Please answer each and every question by circling your response or by providing the information requested.  Please answer each question fully.  Some questions have more than one part.

**YOU ARE SWORN UNDER PENALTY OF PERJURY TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE.**  Please take your time and read each question carefully.  This questionnaire is designed to help simplify and shorten the jury selection process.  The purpose of the questionnaire is to determine whether prospective jurors can decide this case impartially based upon the evidence presented at trial and the legal instructions given by the presiding judge.  The questions are not intended to inquire unnecessarily into personal matters.  Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury.

Please answer all questions to the best of your ability.  If you do not know the answer to a question then write "I don't know."  There are no "right" or "wrong" answers, only truthful answers.  If you have strong feelings about this case, please share them.  Although you may be a perfectly good juror for another case, this may or may not be the right case for you to sit on as an impartial juror.  Both parties have the right to get honest answers and to hear your true opinions.  Do not discuss the case or your answers with anyone.  It is important that the answers be yours alone.  Remember, you are sworn to give true and complete answers to all questions.

If you need extra space to answer any question, please use the blank pages following the Declaration at the end of the questionnaire.  Be sure to indicate in that space the number of the question you are answering.  Do not write anything on the back of any page.  Whether you use the additional pages at the end or not, **please make sure that you sign the Declaration.**  You may not complete the Jury Questionnaire without signing the Declaration.

**DO NOT DISCUSS THE QUESTIONS, YOUR ANSWERS, OR THE CASE WITH ANYONE, NOW OR UNTIL FURTHER INSTRUCTED BY THE COURT.**  You should not discuss the questions or answers with fellow jurors.  (If you have any questions about filling out the questionnaire, please ask a member of the Court's staff.)  It is critical that your answers be your own individual answers.  More broadly, do not discuss the case with anyone, including the lawyers (except in the presence of the Court), your fellow jurors, your family, your friends, or anyone else.  Do not communicate about the case in any way, including telephone, e-mail, any social media app or website (such as Facebook), or any communications app or website (such as Twitter).  You must also avoid reading or hearing about the case (or anyone participating in the case) in newspapers, in magazines, on the radio or television, or on the Internet.

**DO NOT DO YOUR OWN RESEARCH ON THE CASE.**  Do not conduct any research into the case (or anyone participating in the case, including but not limited to Michael Avenatti; Stephanie Clifford, who is also known as Stormy Daniels; or counsel) at any time before your entire jury service has been completed.  That includes performing Internet searches, asking other people about the case, reading news stories, books, or reports about the case, or watching films or television programs that relate to the case.  Do not read, watch, or listen to any information

Juror Number: _____

about this case or the individuals participating in the case.  If you are exposed to any such information, please alert the Court's staff immediately.

**CONFIDENTIALITY:** If you believe that any of your answers contain private information that could embarrass you or otherwise seriously compromise your privacy and wish to request that the Court keep them confidential and not distribute them beyond the judge and counsel, you may indicate that in the last question of this questionnaire.  (Please identify the <u>specific</u> answer or answers that you believe should remain confidential.)

## <u>SUMMARY OF THE CASE</u>

**The Court is selecting a jury for a three- to four-week trial.  Jury selection will continue on either Thursday, January 20, 2022, or Friday, January 21, 2022, after which trial will begin.  Thus, the proceedings should end no later than Friday, February 18, 2022.**

This is a criminal case.  The defendant, Michael Avenatti, has been charged in an indictment with wire fraud and aggravated identity theft.  The indictment is not evidence.  It simply contains the charges — referred to as "counts" — that the Government intends to prove to the jury at trial beyond a reasonable doubt.

The indictment contains two counts.  Count One charges that Mr. Avenatti devised a scheme to defraud his client, Stephanie Clifford, also known as "Stormy Daniels," by taking for himself payments due to Ms. Clifford pursuant to a book contract.  The Government further alleges that Mr. Avenatti falsely represented to Ms. Clifford that the payments had not been made.  Count Two charges that Mr. Avenatti used Ms. Clifford's identity — specifically, her name and signature — without her permission, namely on a document in which he allegedly falsely represented to Ms. Clifford's book agent that Ms. Clifford had given authorization for the payments to be sent by wire to an account controlled by Mr. Avenatti.

Mr. Avenatti has pleaded not guilty to both charges and denies these allegations.  Mr. Avenatti is presumed innocent and that presumption of innocence continues unless or until you determine that the Government has proved each element of the crimes charged beyond a reasonable doubt.

**(Please turn the page and read and complete the <u>entire</u> questionnaire.)**

Juror Number:  _____

**PLEASE ANSWER ALL QUESTIONS <u>TRUTHFULLY AND COMPLETELY</u>:**

**<u>TRIAL SCHEDULE AND PERSONAL HARDSHIP</u>**

**Potential jurors will be called back for further questioning and jury selection on either Thursday, January 20, 2022, or Friday, January 21, 2022.**  Trial will commence immediately thereafter.  Generally, trial will be held five days per week, Monday through Friday, from 9:00 a.m. until 3:00 p.m., with one (and only one) half hour break during the day.  **The trial is expected to last up to four weeks (ending no later than Friday, February 18, 2022).**

If you are selected as a juror, you will be required to be present for the taking of testimony and evidence for as long as the trial lasts.  There are no plans to sequester the jury, which means you will go home every day after court.

The Court views service on a jury to be one of the highest duties a citizen owes to the United States.  **Mere inconvenience or the usual financial hardship of jury service will not be sufficient to excuse a prospective juror.  You must show extraordinary personal or financial hardship to be excused from service.**

1.  Do any circumstances exist such that serving on the jury in this case would entail <u>serious</u> hardship or <u>extreme</u> inconvenience?  (Please circle.)

    Yes                                              No

2.  <u>If the answer to the previous question was yes</u>, please briefly describe the undue hardship or extreme inconvenience:

    _____

    _____

    _____

3.  Do you have any difficulty reading, speaking, or understanding English?  (Please circle.)

    Yes                                              No

4.  Do you have any problem with your hearing or vision or any physical or medical issues that would prevent you from giving your full attention to all of the evidence presented during this trial?  (Please circle.)

    Yes                                              No

5.  <u>If the answer to the previous question was yes</u>, please briefly describe the condition or illness:

    _____

    _____

    _____

**Whether or not you claim a hardship, you must complete the rest of this questionnaire.**

-4-

**Juror Number:** _____

## **BACKGROUND**

6.    How old are you?        _____

7.    Are you a citizen of the United States?  (Please circle.)

          Yes                                          No

8.    In what county of New York do you live?     _____

9.    Approximately how long have you lived in that county?     _____

10.   In what other county or counties, if any, have you lived in the last five years?

      _____

      _____

      _____

11.   Who are the other members of your household, if any, and what, if anything, do they do for work?

      _____

      _____

      _____

12.   Do you have grown children?  If so, how many and what, if anything, do they do for work?

      _____

      _____

      _____

13.   What newspapers or magazines do you read on a regular basis?

      _____

      _____

      _____

14.   What television channels or shows, including streaming services, do you watch on a regular basis?

      _____

      _____

      _____

**Juror Number:** _____

15.    Where do you typically get your news?  For example, what print newspaper, magazines, television shows, radio shows, podcasts, or internet/app news site(s) (including social media) do you read, watch, or listen to on a regular basis?

_____

_____

_____

16.    Do you belong to or volunteer your time to any associations, organizations, clubs, or unions?  If so, please list the group and explain your involvement and list any titles or roles you may have had in the leadership of such group.

_____

_____

_____

17.    What do you like to do in your spare time?

_____

_____

_____

18.    Have you ever served as a juror?  (Please circle.)

      Yes                               No

19.    <u>If the answer to the previous question was yes</u>, please complete as appropriate **(but please do not state what the verdict in any case was).**

        a.    Civil Cases

        Number of times: _____

        Number of: _____ Federal cases _____ State cases

            1.    For each:  Was the jury asked to reach a verdict?  (Please circle. If you have served as a juror in more than one civil trial, please use the blank space to the right of this question to indicate your "Yes" or "No" answer for each trial.)

                    Yes                No

2.    For each:  If so, did the jury reach a verdict? (Please circle.  If you have served as a juror in more than one civil trial, please use the blank space to the right of this question to indicate your "Yes" or "No" answer for each trial.)

Yes                   No

3.    For each: Were you the foreperson? (Please circle.  If you have served as a juror in more than one civil trial, please use the blank space to the right of this question to indicate your "Yes" or "No" answer for each trial.)

Yes                   No

b.    Criminal Cases

Number of times: _____

Number of: _____ Federal cases     _____ State cases

1.    For each:  Was the jury asked to reach a verdict? (Please circle. If you have served as a juror in more than one criminal trial, please use the blank space to the right of this question to indicate your "Yes" or "No" answer for each trial.)

Yes            No

2.    For each:  If so, did the jury reach a verdict? (Please circle.  If you have served as a juror in more than one criminal trial, please use the blank space to the right of this question to indicate your "Yes" or "No" answer for each trial.)

Yes            No

3.    For each: Were you the foreperson? (Please circle.  If you have served as a juror in more than one criminal trial, please use the blank space to the right of this question to indicate your "Yes" or "No" answer for each trial.)

Yes            No

c.    Grand Jury

Number of times: _____

Number of: _____ Federal cases     _____ State cases

**Juror Number:** _____

20.    This is a criminal case.  Among other things, that means that the burden of proof differs from the burdens of proof that apply in a civil case or in the grand jury.  <u>If you have previously served as a juror in a civil case or on a grand jury</u>, would you be able to follow the Court's instructions with respect to the burdens that apply in this case?  (Please circle.)

     Yes                             No

21.    <u>If you have previously served as a juror</u>, was there anything about your jury experience that would make you unable to be fair and impartial in this case?  (Please circle.)

     Yes                             No

22.    <u>If the answer to the previous question was yes</u>, please describe why it would be difficult for you to be impartial:

_____

_____

_____

**(The rest of this page is intentionally left blank.  Please turn to the next page.)**

Juror Number: _____

## **EDUCATION & EMPLOYMENT**

23.     How far did you go in school?

_____

24.     <u>If you attended graduate or professional school</u>, please specify your area of study and what degree you received, if any:

_____

25.     <u>If you are currently employed</u>, please tell us about your job:

Do you work more than one job?          _____

Where do you work?                      _____

What is your job description?           _____

How long have you worked at your job?   _____

<u>If you have held your current job for fewer than five years</u>, what did you do previously?

_____

26.     <u>If you are retired</u>:

When did you retire?                    _____

How long did you work at your last job?  _____

What was your title or job description?  _____

27.     <u>If you are not employed outside the home</u>, are you (select any/all that apply):

_____   A student?  If so:

Where do you attend school?            _____

How many days a week do you attend?    _____

_____   A homemaker?

_____   Between jobs?  If so, what is your usual employment?  _____

_____   Disabled?  What is the nature of the disability that prevents you from working?

_____

_____   Other:  _____

How long has it been since you were last employed outside the home?

_____

Juror Number: _____

## KNOWLEDGE AND OPINIONS OF THE CASE AND PARTIES

28.   Do you or does any member of your family or a close friend <u>personally</u> know or have past or present dealings with Mr. Avenatti or any of his family members?  (Please circle.)  To "personally know" means to have some direct or personal knowledge. If you have heard someone's name through media or social media, for example, that is not personal knowledge.

      Yes                                      No

29.   <u>If the answer to the previous question was yes</u>, please state how you, a member of your family, or a close friend personally know Mr. Avenatti or any of his family members, and whether your relationship with him or any of his family members might make it difficult for you to be a fair and impartial juror in this case.

      _____

      _____

      _____

      _____

30.   Before today, had you read, seen, or heard anything about criminal charges brought against Mr. Avenatti?  (Please circle.)

      Yes                                        No

31.   <u>If the answer to the previous question was yes</u>, please state what you remember hearing, and how or from whom you may have heard (*e.g.*, a friend, the newspaper, a website).

      _____

      _____

      _____

      _____

32.   Aside from anything you may have read, seen, or heard about criminal charges brought against Mr. Avenatti, before today, had you read, seen, or heard anything else about Mr. Avenatti?  (Please circle.)

      Yes                                        No

33.   <u>If the answer to the previous question was yes</u>, please state what you remember hearing and how or from whom you may have heard about Mr. Avenatti (*e.g.*, a friend, the newspaper, a website).

      _____

      _____

      _____

      _____

Juror Number: _____

34.   Based on anything that you have read, seen, or heard about Mr. Avenatti, including anything about legal matters concerning Mr. Avenatti, have you formed any opinions about Mr. Avenatti that might make it difficult for you to be a fair and impartial juror in this case?  (Please circle.)

      Yes                         No                        Not applicable because I have not read/seen/heard about Mr. Avenatti

35.   If the answer to the previous question was yes, please explain why it might be difficult for you to be a fair and impartial juror in this case.

_____

_____

36.   Based on anything you have read, seen, or heard about Mr. Avenatti, including anything about legal matters related to Mr. Avenatti, would you be able to follow the Court's instruction to put that information out of your mind and decide this case based only on the evidence presented at trial?  (Please circle.)

      Yes                         No                        Not applicable because I have not read/seen/heard about Mr. Avenatti

37.   Do you or does any member of your family or a close friend personally know or have past or present dealings with Ms. Clifford (also known as "Stormy Daniels") or any of her family members?  (Please circle.)

      Yes                                    No

38.   If the answer to the previous question was yes, please state how you, a member of your family, or a close friend personally know Ms. Clifford (also known as "Stormy Daniels") or any of her family members, and whether your relationship with her or any of her family members might make it difficult for you to be a fair and impartial juror in this case.

_____

_____

39.   Before today, had you read, seen, or heard anything about Ms. Clifford (also known as "Stormy Daniels"), including legal matters?  (Please circle.)

      Yes                                    No

40.   If the answer to the previous question was yes, please state what you remember hearing, and how or from whom you may have heard (e.g., a friend, the newspaper, a website).

_____

_____

Juror Number: _____

41. Based on anything that you have read, seen, or heard about Ms. Clifford (also known as "Stormy Daniels"), including about any legal matters, have you formed any opinions about Ms. Clifford that might make it difficult for you to be a fair and impartial juror in this case?  (Please circle.)

       Yes                   No                   Not applicable because I have not read/seen/heard about Ms. Clifford

42. <u>If the answer to the previous question was yes</u>, please explain why it might be difficult for you to be a fair and impartial juror in this case.

    _____

    _____

43. Based on anything you have read, seen, or heard about Ms. Clifford (also known as "Stormy Daniels"), would you be able to follow the Court's instruction to put that information out of your mind and decide this case based only on the evidence presented at trial?  (Please circle.)

       Yes                   No                   Not applicable because I have not read/seen/heard about Ms. Clifford

**(The rest of this page is intentionally left blank.  Please turn to the next page.)**

**Juror Number:** _____

44. Do you know or have you heard of any of the following people or entities, which include the lawyers in this case, people who may testify at the trial, and other names that may be mentioned during the course of the trial?  (Please circle any for whom or which the answer is yes.)

- Emily Abrams
- Pamela Baez
- Robert Baum
- Elizabeth Beier
- Thomas Bolus
- Clark Brewster
- Christine Carlin
- Michaela Catando (also known as Kayla Paige)
- Dmitri Chitov
- Dwayne Crawford
- Andrew Dalack
- Christopher De Grandpre
- Jennifer Donovan
- Anna Finkel
- Mark Geragos
- Tamara Giwa
- Jack Guiragosian
- Holtzbrinck Publishers
- Luke Janklow
- Janklow & Nesbit Associates
- Geoffrey Johnson
- Global Baristas
- Katrina Laperuta
- Sean Macias

- Macmillan Publishers
- Susan McClaran
- Benjamin Meiselas
- Travis Miller
- Mareli Miniutti
- Erik Nathan
- Denver Nicks
- Kevin Carr O'Leary
- David Padilla
- Brandon Parraway
- DeLeassa Penland
- Matthew Podolsky
- Pro Tech Security and Automation
- Judy Regnier
- Sally Richardson
- Andrew Rohrbach
- Security and Automation LLC
- St. Martin's Press
- Enrique Santos
- Robert Sobelman
- Justin Stone
- Jessica Volchko
- Juliet Vicari
- Donald Vilfer
- Damian Williams

45. <u>If you circled any of the entries in the previous question,</u> please describe your familiarity with that person or entity:

_____

_____

_____

_____

_____

_____

**Juror Number: _____**

46.   <u>If you circled any of the entries in Question 44</u>, would your familiarity with that person or entity make it difficult for you to be impartial to the parties in this case and to decide the case based solely on the evidence presented at trial?  (Please circle.)

      Yes                                    No

47.   <u>If the answer to the previous question was yes</u>, please describe why it would be difficult for you to be impartial.

_____

_____

_____

**(The rest of this page is intentionally left blank.  Please turn to the next page.)**

-14-

**Juror Number:** _____

## **EXPERIENCE WITH THE LEGAL SYSTEM**

48.   Have you, or has any close friend or relative, ever studied or practiced law or worked in any capacity for a law office? (Please circle.)

      Yes                                     No

49.   Do you have any opinions about lawyers or the legal professional generally that would interfere with your ability to be a fair and impartial juror in this case?  (Please circle.)

      Yes                                     No

50.   <u>If the answer to the previous question was yes</u>, please explain:

      _____

      _____

51.   You may hear evidence in this case that the defendant, Michael Avenatti, was a practicing trial attorney who filed lawsuits against people and companies.  Would that affect your ability to be a fair and impartial juror in this case?  (Please circle.)

      Yes                                     No

52.   <u>If the answer to the previous question was yes</u>, please explain:

      _____

      _____

53.   If you or any member of your immediate family has ever brought a lawsuit against anyone or been sued, would that experience affect your ability to be fair and impartial in this case?  (Please circle.)

      Yes                                     No

54.   <u>If the answer to the previous question was yes</u>, please explain:

      _____

      _____

55.   Have you or has any member of your immediate family ever appeared as a witness at a trial?  (Please circle.)

      Yes                                     No

56.   Have you, or has any of your close friends or relatives, ever been involved, been questioned, or appeared as a witness in any investigation, including any investigation by a federal or state grand jury or a law enforcement agency?  (Please circle.)

      Yes                                     No

**Juror Number:** _____

57.   Have you ever been a witness or a victim in any federal or state prosecution?  (Please circle.)

      Yes                                 No

58.   Have you, or has any of your close friends or relatives, ever been the victim of a crime (other than one you have mentioned in connection with a previous question)?  (Please circle.)

      Yes                                 No

59.   Have you, or has any of your close friends or relatives, ever been the subject of any investigation or accusation by any federal or state grand jury?  (Please circle.)

      Yes                                 No

60.   Have you, or has any member of your immediate family, ever been a defendant in a criminal case or been incarcerated?  (Please circle.)

      Yes                                 No

61.   Have you, or has any of your close friends or relatives, ever had any contact with law enforcement officials that has caused you to form strong opinions, either positive or negative, regarding law enforcement?  (Please circle.)

      Yes                                 No

62.   <u>If the answer to the previous question was yes</u>, please explain:

_____

_____

63.   Have you, or has any close friend or relative, ever worked for any law enforcement agency, such as the New York City Police Department, the Department of Corrections, the Federal Bureau of Investigation (also known as the "FBI"), the Drug Enforcement Administration (also known as the "DEA"), the Securities and Exchange Commission, the Bureau of Alcohol, Tobacco, Firearms and Explosives (also known as the "ATF"), the United States Marshals Service, the District Attorney, the United States Attorney, the Department of Justice, Probation or Parole, the Bureau of Prisons, or any other such agency?  (Please circle.)

      Yes                                 No

64.   Do you know or do you have an association with any member of the staff of the United States Attorney's Office for the Southern District of New York?  (Please circle.)

      Yes                                 No

65.   Do you have any bias or prejudice for or against the United States Attorney's Office or any other law enforcement agency?  (Please circle.)

      Yes                                 No

Juror Number: _____

66.  Have you, or has any member of your family, either as an individual or in the course of business, ever been involved in any legal action or dispute with the United States or any of the offices, departments, agencies, or employees of the United States, or had any interest in any such legal action or dispute or its outcome?  (Please circle.)

   Yes         No

67.  Do you know or do you have an association with any member of the staff of the Federal Defenders of New York?  (Please circle.)

   Yes         No

68.  Do you have any bias or prejudice for or against the Federal Defenders of New York? (Please circle.)

   Yes         No

69.  Do you, or do any of your relatives or close friends, work for a criminal defense attorney or private investigator?  (Please circle.)

   Yes         No

70.  Do you have any bias or prejudice for or against criminal defense attorneys?  (Please circle.)

   Yes         No

**(The rest of this page is intentionally left blank.  Please turn to the next page.)**

**Juror Number:  _____**

## BASIC LEGAL PRINCIPLES

71.   Under the law, the facts are for the jury to determine and the law is for the Judge to
      determine. You are required to accept the law as the Judge explains it to you even if you
      do not like the law or disagree with it, and you must determine the facts according to
      those instructions.  Do you accept this principle, and will you be able to follow the
      Judge's instructions if selected to serve on this jury?  (Please circle.)

              Yes                                            No

72.   <u>If the answer to the previous question was no</u>, please explain:

      _____

      _____

73.   The law provides that a defendant in a criminal case is presumed innocent at all stages of
      the trial and is not required to put on any defense at all.  The Government is required to
      prove the defendant guilty beyond a reasonable doubt on each charge.  Do you accept
      these principles, and will you be able to apply them if selected to serve on this jury?
      (Please circle.)

              Yes                                            No

74.   <u>If the answer to the previous question was no</u>, please explain:

      _____

      _____

75.   The law provides that a defendant in a criminal case has an absolute right not to testify,
      and that a juror cannot hold it against the defendant if he chooses not to testify.  Do you
      accept this principle, and will you be able to apply it if selected to serve on this jury?
      (Please circle.)

              Yes                                            No

76.   <u>If the answer to the previous question was no</u>, please explain:

      _____

      _____

77.   A juror is required by law to make his or her decision based solely on the evidence or
      lack of evidence presented in Court, and not on the basis of conjecture, suspicion, bias,
      sympathy, or prejudice.  Do you accept this principle, and will you be able to apply it if
      selected to serve on this jury?  (Please circle.)

              Yes                                            No

78.   <u>If the answer to the previous question was no</u>, please explain:

      _____

      _____

79. Under the law, the question of punishment is for the Court alone to decide, and thus the issue of punishment must not enter into your deliberations as to whether the defendant is guilty or not guilty as charged. Do you accept this principle, and will you be able to apply it if selected to serve on this jury? (Please circle.)

        Yes                                   No

80. <u>If the answer to the previous question was no</u>, please explain:

_____

_____

81. You may hear testimony in this case that law enforcement officers recovered certain evidence from searches. The Court will instruct you that those searches were legal and that the evidence obtained from those searches is admissible in this case. Do you have any feelings or opinions about searches conducted by law enforcement officers, or the use of evidence obtained from searches, that would affect your ability to be fair and impartial in this case? (Please circle.)

        Yes                                   No

82. You also may hear testimony in this case from expert witnesses. Have you had any experiences with expert witnesses, or do you have any general feelings about the use of expert witnesses, that would affect your ability to be fair and impartial in this case? (Please circle.)

        Yes                                   No

83. Do you have any religious, philosophical, or other beliefs that would make you unable to render a verdict in a criminal case? (Please circle.)

        Yes                                   No

84. <u>If the answer to the previous question was yes</u>, please explain:

_____

_____

85. **From now and until your jury service is complete**, you must avoid any discussion of this case, whether in the media, on social media, on the Internet, or elsewhere. That is, you are <u>forbidden</u> from consuming any news media or social media or any discussion of this case (or of anyone participating in the case) outside of the courtroom whatsoever. You also must not discuss this case with anyone. This includes your family, friends, spouse, domestic partner, colleagues, and co-workers. These instructions apply from now and until you are either dismissed from jury selection or chosen as a juror and the trial is complete. When you return for the next step in jury selection, the Judge will ask you if you have followed this instruction. Do you have any reservations or concerns about your ability or willingness to follow this instruction? (Please circle.)

        Yes                                   No

**Juror Number: _____**

86. <u>If the answer to the previous question was yes</u>, please explain:

    _____

    _____

87. Apart from any prior question, is there *any* reason that you could *not* be a conscientious, fair, and impartial juror in this case and render a true and just verdict without fear, favor, sympathy, or prejudice, according to the law as the Judge will explain it to you? (Please circle.)

          Yes                               No

88. <u>If the answer to the previous question was yes</u>, please explain:

    _____

    _____

89. Do you wish for any particular answer(s) to remain confidential and to not go beyond the Judge, counsel, and the Defendant, because the answer would embarrass you or otherwise seriously compromise your privacy?  (Please circle.)

          Yes                               No

90. <u>If the answer to the previous question was yes</u>, please list which question number(s) and, if necessary, provide a brief explanation of why you wish your answer to remain confidential:

    _____

    _____

    _____

    _____

**If you need additional space to finish any of your answers, please use the pages that follow.**

**You MUST sign the following Declaration to complete the questionnaire.**

## <u>DECLARATION</u>

I, _____ (***print name***) declare under penalty of perjury that the answers set forth in this Jury Questionnaire (including any answers set forth on the following pages) are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.

                                               Signed this 13th day of January, 2022

                                 _____

                                          (*signature*)

Juror Number: _____

**You may use the following pages to finish any answers that you could not fit in the spaces provided above.  If you write anything below, please indicate the number of the relevant question.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Juror Number:** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____