**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 12, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **RE:**   **United States v. Michael Avenatti,
            19 Cr. 374 (JMF)**

Dear Judge Furman:

      We write regarding the status conference in the above-captioned case, scheduled for tomorrow, January 13, 2022, at 9:30am. We respectfully request leave for Mr. Avenatti to participate in the conference over the phone. Mr. Avenatti has not yet arrived to New York City for trial and is still in California. Counsel will be present in person.

                                                           Respectfully Submitted,

                                                              /s/
                                                      Robert M. Baum
                                                      Tamara L. Giwa
                                                      Andrew J. Dalack
                                                      Assistant Federal Defenders

Cc:    Government Counsel                       Counsel for Michael Avenatti