UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                             :
:
-v-                                                                  :   19-CR-374 (JMF)
:
MICHAEL AVENATTI,                                                    :   ORDER
:
Defendant.                                                           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will provide the list of prospective jurors to the parties. The list and the copies of the completed jury questionnaires shall be used only in connection with this case and, unless and until the Court orders otherwise, may not be shared with anyone other than members of the prosecution and defense teams.

      SO ORDERED.

Dated: January 13, 2022
       New York, New York
                                    JESSE M. FURMAN
                                    United States District Judge