UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                                   :

UNITED STATES OF AMERICA          :

                                                      :          19-CR-374 (JMF)

      - v -                                     :

                                                      :          ORDER

MICHAEL AVENATTI,                 :

                                                      :

                      Defendant.    :

                                                      :
---------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that the final pretrial conference, which will be held on January 18, 2022, at 11:15 a.m. **and** trial, which will begin January 24, 2022, at 9:30 a.m., will be held in **Courtroom 26B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY.

       SO ORDERED.

Dated: January 13, 2022
       New York, New York                              _____
                                                              JESSE M. FURMAN
                                                       United States District Judge