# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 14, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Michael Avenatti**
      **19 Cr. 374 (JMF)**

Dear Judge Furman:

Last night, the Government filed (under seal) a letter response in opposition to our (also sealed) letter motion requesting that the Court authorize subpoenas for various records pertaining to the mental and physical health of an anticipated Government witness. See generally Dkt. No. 224. The defense respectfully requests leave to reply to that response by 3:00 p.m. on Monday, January 17, 2022.

Respectfully Submitted,

_____/s/_____
Robert M. Baum, Esq.
Andrew J. Dalack, Esq.
Tamara L. Giwa, Esq.
Assistant Federal Defenders

Cc:   Government Counsel

Counsel for Michael Avenatti