**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 14, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   United States v. Michael Avenatti
      19 Cr. 374 (JMF)

Dear Judge Furman:

  Currently pending before the Court are several motions and responses concerning the scope of Ms. Clifford's cross examination and the defense's acquisition of various records pertaining to the mental and physical health of another anticipated Government witness. Per the Court's directive (Dkt. No. 224), all of those documents are currently under seal. The defense writes to note its objection to the full sealing of those papers, and respectfully submits that the letters should be promptly filed on the public docket (with appropriate redactions).

  The Court has previously issued an Opinion and Order addressing in detail the presumption of public access to judicial documents under the First Amendment and the common law, and the Second Circuit's stringent three-part test for determining whether documents may be placed under seal. See Dkt. No. 134 at 11-13. Indeed, and as the Second Circuit has held, the presumption is for <u>immediate</u> public access to judicial documents. Id. at 28.

  In this case, the above-mentioned papers are unquestionably judicial documents because they are relevant to the performance of the Court's authority to compel the production of specific items and/or the presence of witnesses through a subpoena. They also contain legal arguments that do not present a basis for sealing.

Accordingly, the defense respectfully requests that the Court authorize the unsealing of the documents pertaining to docket number 224, allowing for the Government to make any arguments as to redactions by Monday, January 17, 2022.

Respectfully Submitted,

/s/
Robert M. Baum, Esq.
Andrew J. Dalack, Esq.
Tamara L. Giwa, Esq.
Assistant Federal Defenders

Cc:    Government Counsel                                Counsel for Michael Avenatti