UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | Criminal No. 19-cr. 374 (JMF) |
| ) | |
| MICHAEL JOHN AVENATTI,   ) | |
| ) | |
| Defendant.        ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Nina Marino of Kaplan Marino, PC does hereby move this Court for an Order for admission to practice *Pro Hac Vice* as counsel for ANALYSIS GROUP c/o JOHN DRUM in connection with a Fed. R. Crim. P. 17(c) third party subpoena issued by the defendant in the above-captioned action.

I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

I am currently awaiting my Certificate of Good Standing from the California Supreme Court and seek leave to proceed *Pro Hac Vice* on a temporary basis. I will provide my Certificate of Good Standing to this Court upon receipt.

//

2

Dated: January 13, 2022              Respectfully Submitted,

_____
NINA MARINO

KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046
Tel: (310) 557-0007; Fax: (310) 861-1776
Email: marino@kaplanmarino.com

2