**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

UNITED STATES OF AMERICA )

v. )                           Criminal No. 19-cr. 374 (JMF)

MICHAEL JOHN AVENATTI, )

                    Defendant. )
_____)

## AFFIDAVIT OF NINA MARINO

I, Nina Marino, hereby submit this Affidavit to the Court, pursuant to Local Rule 1.3(c),

and state:

1.    I am an attorney with the law firm of Kaplan Marino, 1546 N. Fairfax Avenue,

      Los Angeles, California 90046, telephone number (310) 557-0007;

2.    I have been retained to represent ANALYSIS GROUP c/o JOHN DRUM in

      connection with a Fed. R. Crim. P. 17 (c) third party subpoena issued by the

      defendant in the above-captioned action;

3.    I am a member in good standing of the Bar of the State of California and admitted

      to practice in the State of California as well as in the following courts:

      a)    Northern District of California – November 19, 1990.  Active.

      b)    Central District of California – January 23, 1990. Active.

      c)    Southern District of California – October 16, 1990. Active.

      d)    Eastern District of California – 1990. Active

      e)    Ninth Circuit Court of Appeals – November 23, 1990.  Active.

      f)    United States Supreme Court - 1996. Active

4.     I have never been convicted of a felony, I have never been subject to any disciplinary action, and there are no disciplinary actions pending against me as a member of any bar in which I am admitted.

5.     I have read and am familiar with the Local Rules of the United States District Court for the Southern District of New York, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the New York State Rules of Professional Conduct; and,

6.     I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 13th DAY OF JANUARY 2022.

_____
Nina Marino