

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter pursuant to the Court's Amended Scheduling Order (Dkt. No. 160 at 2) to provide (1) a list of jurors that the parties agree should be excused for cause based on the juror questionnaires and (2) a list of jurors that only the Government requests be excused for cause based on the juror questionnaires.

    The parties agree that the following 41 jurors (identified by juror number) should be excused for cause based on the juror questionnaires:

| | | |
|---|---|---|
| 2 | 81 | 126 |
| 5 | 85 | 127 |
| 9 | 88 | 130 |
| 32 | 96 | 133 |
| 33 | 103 | 136 |
| 37 | 104 | 137 |
| 39 | 108 | 141 |
| 51 | 113 | 143 |
| 56 | 114 | 146 |
| 66 | 117 | 148 |
| 68 | 119 | 153 |
| 69 | 121 | 156 |
| 71 | 122 | 157 |
| 74 | 125 | |

Honorable Jesse M. Furman
United States District Judge
January 17, 2022
Page 2

The Government also requests that the following two jurors be excused for cause based on the juror questionnaires:

| Juror Number | Reasons Juror Should Be Excused |
|---|---|
| 59 | Answers to questions 34, 35, 36, 41, 42, 43, 49, 50, 65, 68, 71, 72, 78, 79, 80, and 81 |
| 152 | Answers to questions 61, 62, 85, 87, and 88 |

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/
Matthew D. Podolsky
Andrew A. Rohrbach
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-1947/2345/2616

cc:    Robert M. Baum, Esq. (by ECF)
       Andrew J. Dalack, Esq. (by ECF)
       Tamara L. Giwa, Esq. (by ECF)