# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 7, 2022

Mr. Clark Brewster
2617 E 21st St.
Tulsa, OK 74114

RE: <u>United States v. Michael Avenatti</u>
19 Cr. 374 (JMF)

Dear Mr. Brewster,

Federal Defenders of New York, Inc., represents the above captioned individual in federal court in the Southern District of New York. Attached please find a trial appearance subpoena for your testimony on January 24, 2022, at 40 Foley Square in front of Judge Jesse M. Furman at 9:00 a.m. and for the duration of the trial. In addition to your trial testimony, we are requesting items be **produced in advance** of the January 24, 2022, trial date. Please see the enclosed subpoena rider with the requested items.

The requested items should be returned to Federal Defenders of New York, Inc., Attn: Ms. Anna Finkel, 52 Duane St., 10th Fl., New York, NY, 10007 or by email to anna_finkel@fd.org. You will not be required to be in court on January 24, 2022, but you will need to be available for the duration of the trial. Please contact me at (212) 417-8714 or Mr. Robert Baum, Esq. at (212) 417-8760 to discuss scheduling matters and your travel arrangements to testify at trial.

Sincerely,

/s/
Anna Finkel
Chief Investigator
(212) 417-8714

Enclosure

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Avenatti | ) | Case No. 19 Cr. 374 (JMF) |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Clark Brewster

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 40 Foley Square, Judge Jesse M. Furman | Courtroom No.: courtroom 1105 |
|---|---|
| | Date and Time: 01/24/2022 9:00 AM and for the duration of trial |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE RIDER

(SEAL)

Date:  01/07/2022

RUBY J. KRAJICK

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Michael Avenatti
_____ , who requests this subpoena, are:

Federal Defenders of New York, Inc.
Mr. Robert M. Baum, Esq.
52 Duane St., 10th Fl.
New York, NY 10007
(212) 417-8760
Robert_Baum@fd.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   19 Cr. 374 (JMF)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Clark Brewster– Rider

Provide the following records:

\*\* Produce in advance of trial **certified copies** of the following items:

Provide any and all communications between Clark Brewster and the United States Attorney's Office for the Southern District of New York relating to Michael Avenatti or Stephanie Clifford (aka Stormy Daniels). This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

Provide any and all communications between Clark Brewster and the Federal Bureau of Investigation relating to Michael Avenatti or Stormy Daniels. This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

Provide any and all communications between Clark Brewster and Luke Janklow relating to Michael Avenatti or Stormy Daniels. This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

Provide any and all communications between Clark Brewster and St. Martin's Press relating to Michael Avenatti or Stormy Daniels. This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.\*\*

\*\*The defendant is indigent and invokes Rule 17(b) F.R.CRIM. P, and as such is not responsible for records-related fees.\*\*