UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
 :
UNITED STATES OF AMERICA : 19 Cr. 374 (JMF)
 :
   - v - : ORDER
 :
MICHAEL AVENATTI, :
 :
              Defendant. :
 :
-------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

Following up on several issues discussed during the final pretrial conference held on the record earlier today, the Court orders as follows:

- Based on a review of a sample of the jurors to whom Defendant objected, the Court concludes that the efficiencies gained by proceeding as it proposed — namely, beginning on Thursday with the sixty-nine jurors as to whom neither party objected and continuing with the jurors as to whom a party objects only if necessary — outweigh any conceivable prejudice to the Government.  Attached to this Order is a list of the sixty-nine jurors as to whom there is no objection, all of whom will be summoned for oral *voir dire* Thursday.

- For the reasons stated during the conference, the Court concludes that there is no need to further randomize the already-randomized list of jurors.  Accordingly, the Court will conduct oral *voir dire* in number order within each grouping — that is, first, from lowest number to highest number in the grouping of sixty-nine jurors as to whom there is no objection; and, if necessary, from lowest number to highest number in the grouping of forty-eight jurors as to which there is an objection from one side.

- In light of Defendant's objection, the Court will not inquire during *voir dire* about prospective jurors' vaccination status.

SO ORDERED.

Dated: January 18, 2022
       New York, New York                                  _____
                                                            JESSE M. FURMAN
                                                            United States District Judge

**JURORS AS TO WHOM NO PARTY OBJECTS**
**(To Be Summoned for Oral Voir Dire on Thursday, January 20, 2022)**

| | | |
|---:|---:|---:|
| 1 | 54 | 106 |
| 6 | 60 | 109 |
| 7 | 61 | 110 |
| 10 | 62 | 112 |
| 11 | 67 | 115 |
| 12 | 70 | 116 |
| 15 | 75 | 118 |
| 16 | 76 | 120 |
| 18 | 79 | 123 |
| 19 | 80 | 124 |
| 21 | 83 | 128 |
| 23 | 87 | 129 |
| 24 | 89 | 132 |
| 26 | 90 | 134 |
| 28 | 91 | 135 |
| 34 | 92 | 138 |
| 35 | 93 | 139 |
| 40 | 98 | 145 |
| 42 | 99 | 149 |
| 45 | 100 | 150 |
| 50 | 101 | 154 |
| 52 | 102 | 155 |
| 53 | 105 | 158 |