UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>)<br>MICHAEL JOHN AVENATTI, )<br>)<br>)<br>Defendant. )<br>) | Criminal No. 19-cr. 374 (JMF)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Nina Marino, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of California; and that her contact information is as follows:

>   Nina Marino
>   KAPLAN MARINO, PC
>   1546 N. Fairfax Avenue
>   Los Angeles, CA  90046
>   Tel: (310) 557-0007; Fax: (310) 861-1776
>   Email:  marino@kaplanmarino.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for ANALYSIS GROUP c/o JOHN DRUM in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                            Hon. Jesse M. Furman,
                            United States District Judge