

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

      The Government writes respectfully in response to the Court's draft juror questionnaire (Dkt. No. 258).  The Government respectfully suggests the inclusion of two names on the list of individuals in question number 24: Shamel Medrano and Jeremy Rosenman.  In light of the Court's ruling on the motion to preclude the defendant's expert (Dkt. No. 238), the Government also suggests the removal of Donald Vilfer's name from that list.  The Government has no other suggestions or objections to the Court's proposal.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    s/
      Matthew D. Podolsky
      Andrew A. Rohrbach
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-1947/2345/2616

cc:    Robert M. Baum, Esq. (by ECF)
      Andrew J. Dalack, Esq. (by ECF)
      Tamara L. Giwa, Esq. (by ECF)