**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 19, 2022

**Via ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**   *United States v. Michael Avenatti,* **19 Cr. 374 (JMF)**

Dear Judge Furman:

      We write in response to the Court's request for suggestions or objections to the draft juror questionnaire (Dkt. 258). The defense respectfully makes the three following requests:

1. The defense requests that the Court omit reference to the Federal Defenders of New York in question # 23;
2. The defense requests the inclusion of Juliet Vicari in question # 23; and
3. The defense requests that the Court ask question # 51 from the written questionnaire: You may hear evidence in this case that the defendant, Michael Avenatti, was a practicing trial attorney who filed lawsuits against people and companies. Would that affect your ability to be a fair and impartial juror in this case?

      Respectfully submitted,

      /s/
      Robert M. Baum
      Andrew J. Dalack
      Tamara L. Giwa
      Counsel for Mr. Avenatti
      Federal Defenders of New York
      (917) 890-9729

Cc:    Counsel of record (via ECF)