UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
　　　-v-                                                         :   19-CR-374 (JMF)
:
MICHAEL AVENATTI,                                                 :   ORDER
:
　　　　　　　Defendant.                                           :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　Oral *voir dire* in this case, which begins tomorrow, will take place in the Jury Assembly Room (Room 160) in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY.  In the interest of public health, and to comply with social distancing protocols, members of the public may not observe the proceedings from the Jury Assembly Room.  Instead, members of the public can observe a video transmission of the proceedings in **Courtroom 15A** or **20B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY.  If any member of the press wishes to observe the proceedings from the Jury Assembly Room, they should promptly contact the District Executive's Office at (212) 805-0513.

　　　Trial will begin on Monday, January 24, 2022, in **Courtroom 26B** of the Daniel Patrick Moynihan United States Courthouse.  In the interest of public health, and in order to comply with social distancing protocols, seating in the public area of the courtroom during trial will be severely limited.  To accommodate members of the public, the Court will continue to use **Courtrooms 15A** and **20B** as overflow courtrooms throughout the trial.

　　　Any member of the press with a question about the trial should contact the District Executive's Office at (212) 805-0513.  As noted at the pretrial conference held last week, the Court has authorized a live feed of the trial to be streamed to the press room.

　　　SO ORDERED.

Dated: January 19, 2022
　　　 New York, New York
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge