UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
: 
UNITED STATES OF AMERICA            :  19-CR-374-1 (JMF)
:
-v-                                 :
:  MOTION FOR
MICHAEL AVENATTI,                   :  ADMISSION
:  PRO HAC VICE
Defendant.                          :
:
-----------------------------------------------------------------X

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Clark O. Brewster, hereby move this Court for an Order allowing the admission of movant as attorney *pro hac vice* in the above refenced matter as counsel for Interested Parties, Clark O. Brewster and Stephanie Clifford, for the purpose of filing motions to quash the subpoenas issued by Defendant Avenatti, as more fully outlined in my affidavit supporting this motion.

I am in good standing of the bars in the State of Oklahoma and the State of Texas and I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any State or Federal Court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

Clark O. Brewster, OBA # 1114
Brewster & DeAngelis, PLLC
2617 East 21st Street
Tulsa, OK 74114
CBrewster@brewsterlaw.com
Phone: (918) 742-2021
Fax:   (918) 742-2197

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically transmitted the foregoing document using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

_/s/ Clark O. Brewster_
Clark O. Brewster