# Exhibit B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,    ) CERTIFIED TRANSCRIPT
                 Plaintiff,  )
     vs.                     )
                             )   SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,       )
                 Defendant.  ) TRIAL DAY 8, Vol. 1
-----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

July 23, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
1    APPEARANCES OF COUNSEL:

2    For the Plaintiff:

3    NICOLA T. HANNA
     United States Attorney
4    BRANDON D. FOX
     Assistant United States Attorney
5    Chief, Criminal Division
     ALEXANDER WYMAN
6    Assistant United States Attorney
     Major Frauds Section
7    1100 United States Courthouse
     312 North Spring Street
8    Los Angeles, CA  90012
     (213) 894-6683
9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
16   (949) 481-4900

17

18

19

20

21

22

23

24

25
```

```
                           I-N-D-E-X


PLAINTIFF'S
WITNESSES:              DIRECT   CROSS    REDIRECT    RECROSS

JOSEPH VARANI             10      20
CARLOS COLORADO           32      48         73          74
ELSA GUERRERO             76      89

PLAINTIFF'S
EXHIBITS:                                 MARKED     RECEIVED

Exhibit 11 (Limited purpose)                             15
Exhibits 115 and 116 (Limited purpose)                   16
Exhibit 7                                                38
Exhibit 21                                               42
Exhibit 70                                               82


DEFENSE
WITNESSES:              DIRECT   CROSS    REDIRECT    RECROSS

(None)

DEFENSE
EXHIBITS:                                 MARKED     RECEIVED

Exhibit 1005                                98
Exhibit 1006                               107
```

```
09:04   1    witness, please.
09:04   2              MR. WYMAN:  Yes.  The United States calls Joe
09:04   3    Varani.
09:04   4              JOSEPH VARANI, GOVERNMENT'S WITNESS, SWORN
09:04   5              THE CLERK:  Please speak right into the microphone
09:04   6    and state and spell your first and last name.
09:04   7              THE WITNESS:  Joseph Varani, J-o-s-e-p-h,
09:04   8    V-a-r-a-n-i.
09:05   9              THE COURT:  Mr. Wyman.
09:05  10              MR. WYMAN:  Thank you, Your Honor.
09:05  11                           DIRECT EXAMINATION
09:05  12    BY MR. WYMAN:
09:05  13    Q    Good morning, Mr. Varani.
09:05  14    A    Good morning.
09:05  15    Q    Where do you work?
09:05  16    A    I work in Washington, D.C., for the Cyber Crime Lab,
09:05  17    which is part of the computer crime and intellectual
09:05  18    property section of the Department of Justice.
09:05  19    Q    And what is your title at the DOJ Cyber Crime Lab?
09:05  20    A    I am a senior digital investigative analyst.
09:05  21    Q    And how long have you been a senior digital
09:05  22    investigative analyst?
09:05  23    A    For 11 years now.
09:05  24    Q    And what are your primary duties and responsibilities
09:05  25    in that role?
```

```
09:07   1    Q    Were the forensic images that were provided to you
09:07   2    labeled so that you could identify which digital devices you
09:07   3    had been provided with?
09:07   4    A    Yes, they were.
09:07   5    Q    Based on the information provided to you by Special
09:07   6    Agent Tashchyan, what kind of devices were these images of?
09:07   7    A    These were images of computer servers and a laptop.
09:07   8    Q    And based on that information, what is your
09:07   9    understanding of where those devices came from?
09:07  10    A    My understanding is that the computer servers came from
09:07  11    a digital data center, and the laptop was seized from
09:07  12    Mr. Avenatti in New York.
09:07  13    Q    Did you understand from that information that the
09:07  14    servers were affiliated with the law firm Eagan Avenatti?
09:07  15    A    Yes.
09:07  16    Q    Once you received the forensic images from the IRS CI,
09:07  17    can you please describe the process that you undertook to
09:08  18    extract data from those images.
09:08  19    A    I first used our forensic tools to import all of the
09:08  20    data and process that data.  And what it does is it locates
09:08  21    all of the files that are inside the alchemies of the images
09:08  22    that we received.  It also indexes the contents of those
09:08  23    files as well so that I am able to perform keyword searches
09:08  24    on the contents of the files.
09:08  25    Q    And did you conduct those keyword searches?
```

```
09:11   1              THE COURT:  It will be received for the limited
09:11   2   purpose that it was found on the server or the computer.
09:11   3   It's not for the truth of the content, just that it was
09:11   4   there.
09:11   5              MR. WYMAN:  Thank you, Your Honor.
09:11   6              (Exhibit 11 received in evidence
09:11   7               for limited purpose)
09:11   8              MR. WYMAN:  If we could please publish the first
09:11   9   page.  Now, if we could focus on the second paragraph at the
09:11  10   beginning.
09:11  11              THE COURT:  I don't think it's appropriate to have
09:11  12   a substantive discussion on this document until it's been
09:11  13   authenticated and received in full.  If you have got general
09:11  14   questions about the document, fine.
09:11  15              MR. WYMAN:  Very well.  We will come back to it
09:12  16   with another witness, Your Honor.
09:12  17   BY MR. WYMAN:
09:12  18   Q    Would you please turn now to Exhibits 115 and 116 which
09:12  19   should be in the other binder, Volume 2.
09:12  20   A    (Witness complies.)  Okay.
09:12  21   Q    Do you recognize these two documents?
09:12  22   A    Yes, I do.
09:12  23   Q    How do you recognize them?
09:13  24   A    These were documents that I saw on the MacBook Pro
09:13  25   laptop.
```

```
09:19   1    BY MR. AVENATTI:
09:19   2    Q    Mr. Varani, good morning.
09:19   3    A    Good morning.
09:19   4    Q    Welcome to California.
09:19   5    A    Thank you.
09:20   6    Q    You work out of Washington, D.C.; is that right?
09:20   7    A    Yes.
09:20   8    Q    And you work for the Department of Justice; is that
09:20   9    right?
09:20  10    A    Yes.
09:20  11    Q    And you traveled all the way from Washington, D.C., to
09:20  12    California at the request of the prosecutors to testify in
09:20  13    this case; is that right?
09:20  14    A    Yes, I did.
09:20  15    Q    And you have been -- unfortunately you've had to be
09:20  16    cooling your heels out in the hallway waiting for your
09:20  17    testimony, right?
09:20  18    A    Yes.
09:20  19              MR. WYMAN:  Objection.  Relevance.
09:20  20              THE COURT:  Sustained.
09:20  21    BY MR. AVENATTI:
09:20  22    Q    Sir, how many days have you been here waiting to
09:20  23    testify?
09:20  24              MR. WYMAN:  Objection.
09:20  25              THE COURT:  Let's get down to the essence of your
```

```
09:26   1    me in reports and other documents.
09:26   2    Q    By Mr. Tashchyan?
09:26   3    A    Yes.
09:26   4    Q    Because you were not physically there when any data was
09:26   5    taken from any device?
09:26   6    A    Correct.
09:26   7    Q    You are relying on what others have told you?
09:26   8              MR. WYMAN:  Objection.  Asked and answered.
09:26   9              THE COURT:  Sustained.
09:26  10    BY MR. AVENATTI:
09:26  11    Q    And how many forensic images were given to you by
09:26  12    Mr. Tashchyan or anyone else in connection with the
09:26  13    investigation and prosecution of this case?
09:26  14    A    There were dozens all together.
09:27  15    Q    And can you describe for the jury -- strike that.  I
09:27  16    think you mentioned on direct that you were given keyword
09:27  17    search terms to look for in the data from the images you
09:27  18    were given; is that right?
09:27  19    A    Yes.
09:27  20    Q    And who gave you those keyword search terms?
09:27  21    A    The Assistant U.S. Attorney that was working on the
09:27  22    case at the time.
09:27  23    Q    Was that Mr. Andre?
09:27  24    A    Yes.
09:27  25    Q    And did you have correspondence back and forth with him
```