# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 19-cr. 374 (JMF) |
| MICHAEL JOHN AVENATTI, | ) |
| Defendant. | ) |

**NOTICE RE: CERTIFICATE OF GOOD STANDING**

Attached hereto as Exhibit A is Counsel Nina Marino's Certificate of Good Standing from the California Supreme Court in support of counsel's motion for admission *pro hac vice* (Dkt. No. 269).

Dated:  January 20, 2022                    Respectfully Submitted,


Signature:  _____/s/_____
                    NINA MARINO

KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046
Tel: (310) 557-0007; Fax: (310) 861-1776
Email:  marino@kaplanmarino.com