UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
              -v-                                                       :        19-CR-374 (JMF)
:
MICHAEL AVENATTI,                                                       :        ORDER
:
              Defendant.                                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As noted in the Court's Order of January 19, 2022, *see* ECF No. 277, seating in the public area of the courtroom during trial will be limited due to COVID-19 safety protocols. To accommodate additional members of the press and public, a live video and audio feed of the proceedings will be available in **Courtroom 15A** or **20B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY. In the event that capacity in the overflow courtrooms is reached, no additional persons will be admitted.

       A limited number of seats will be reserved in the main courtroom for the Government (including counsel for any witnesses), the defense, and pool reporters. Additionally, as noted in the Court's Order of January 19, 2022, the Court has authorized a live feed of the proceedings to be streamed to the in-house press room. The reserved courtroom seats will be managed by the District Executive's Office. The defense team and the Government should contact Joseph Pecorino in the District Executive's Office (at Joseph_Pecorino@nysd.uscourts.gov) for further information and to provide the names of those who should be admitted to the courtroom for a reserved seat. Members of the press may contact Mr. Pecorino with any questions as well.

       Pursuant to the Court's COVID-19 protocols, anyone who appears at the courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse. All visitors must also have their temperature taken when they arrive at the courthouse. Only persons who meet the entry requirements established by the questionnaire and whose temperatures are with the acceptable range will be allowed to enter the courthouse. All visitors must wear an N95, KN95, or KF94 mask. If a person does not have an approved mask, a court security officer will provide one. Anyone who fails to comply with the COVID-19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. For more information, please see https://www.nysd.uscourts.gov/covid-19-coronavirus.

       SO ORDERED.

Dated: January 23, 2022
      New York, New York                               _____
                                                                           JESSE M. FURMAN
                                                                          United States District Judge