January 30, 2022

**BY ECF VIA FEDERAL DEFENDERS**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Michael Avenatti**
      **19 Cr. 374 (JMF)**

Dear Judge Furman:

    Defendant respectfully requests leave to file a response to the five pending motions regarding defense witnesses (see Dkts. 322 and 323) by 7:00 p.m. tonight. The two-hour extension is necessary to afford defendant sufficient time to meaningfully respond to each of the five motions.

                                                                  Respectfully Submitted,

                                                                  /s/

                                                       Michael J. Avenatti
                                                      Defendant