# EXHIBIT A

> **Unknown**
> They should be able to just remove him.
> **Status:** Sent
> **Platform:** Mobile
> 7/19/2018 6:13:01 PM(UTC-4)

Source Extraction:
Legacy (2)

> ▮▮▮▮▮s.whatsapp.net Stormy Daniels
> They couldn't so closed it.
> **Status:** Read
> **Platform:** Mobile
> 7/19/2018 6:39:07 PM(UTC-4)

Source Extraction:
Legacy (2)



**DEFENDANT'S EXHIBIT ST12**