**M A R S H A C K   H A Y S** LLP
**ATTORNEYS AT LAW** | LITIGATION | REORGANIZATION | BANKRUPTCY

Richard A. Marshack

D. Edward Hays

Chad V. Haes

David A. Wood

Judith E. Marshack

Laila Masud

Tinho Mang

Bradford N. Barnhardt

―――――

*Of Counsel*

Kristine A. Thagard

Matthew W. Grimshaw

Sender: D. Edward Hays
ehays@marshackhays.com

Reference No. 1015-142

31 January 2022

*VIA E-MAIL AND ECF*
Furman_NYSDChambers@nysd.uscourts.gov

The Honorable Jesse E. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:   *United States v. Michael Avenatti*
           19 Cr. 374 (JMF)

Dear Judge Furman:

     This firm is general counsel to Richard A. Marshack in his capacity as Chapter 7 bankruptcy trustee for Mr. Avenatti's former law firm, Eagan Avenatti LLP, which case is pending in the United States Bankruptcy Court for the Central District of California, Case No. 8:19-13560.

     On January 10, 2022, Mr. Marshack's office received the cover letter and subpoena attached as Exhibit "1." The subpoena was not personally served on Mr. Marshack who was not present at the office when the documents were delivered.

<u>The Bankruptcy Court has denied Mr. Marshack's Motion to Comply with the Subpoena</u>

     On January 24, 2022, Mr. Marshack filed the emergency motion seeking authorization from the Bankruptcy Court to comply with the subpoena attached as Exhibit

The Honorable Jesse E. Furman
31 January 2022
Page 2

"2." Pursuant to Mr. Marshack's request, the Bankruptcy Court set a hearing on the emergency motion on January 26, 2022. Notice of the emergency hearing was provided to Mr. Avenatti's public defender who had served the subpoena. A true and correct copy of e-mail correspondence between Mr. Marshack's special counsel, Matthew Murphey, and Mr. Dalack is attached as Exhibit "3." Although Mr. Dalack did not attend the hearing, Mr. Avenatti's bankruptcy counsel Ryan O'Dea did appear.

At the conclusion of the emergency hearing, the Bankruptcy Court denied the emergency motion with prejudice holding that the failure to seek leave of the Bankruptcy Court prior serving the subpoena failed to comply with United States Supreme Court's *Barton* Doctrine. "Under *Barton [v. Barbour*, 104 U.S. 126 (1886)], plaintiffs must obtain authorization from the bankruptcy court before 'initiat[ing] an action in another forum' against certain officers appointed by the bankruptcy court for actions the officers have taken in their official capacities." *In re Yellowstone Mountain Club, LLC*, 841 F.3d 1090, 1094 (9th Cir. 2016), quoting *In re Crown Vantage, Inc.*, 421 F.3d 963, 970 (9th Cir. 2005) (brackets in original). *Barton* issues are jurisdictional. *Barton*, 104 U.S. at 131; *Satterfield v. Malloy*, 700 F.3d 1231, 1234 (10th Cir. 2012). The Barton Doctrine (as it has become known) has been extended to bankruptcy trustees. *In re Crown Vantage*, 421 F.3d at 970.

A federal judicial district other than that in which a bankruptcy proceeding is pending is considered "another forum" for purposes of Barton analyses. *In re Yellowstone Mountain Club, LLC*, 841 F.3d at 1094. Subpoenas that threaten a bankruptcy trustee with contempt of court for failure to comply have been held subject to Barton analysis and compliance. *In re Circuit City Stores, Inc.*, 557 B.R. 443, 448 (E.D. Va. 2016) (finding issue of compliance with a third-party subpoena directed to a court-appointed liquidating trustee "a core proceeding" for a bankruptcy court's jurisdiction pursuant to 28 U.S.C. section 157(b)(2)(A), (L) and (O).) In Circuit City, the bankruptcy court found that it had jurisdiction to decide the issue and prohibited the subpoenaing party from enforcing the subpoena.

After the hearing, e-mail notice of the Bankruptcy Court's ruling was sent to Mr. Dalack. See, Exhibit "4." No response was received. Furthermore, no further response was received from Mr. Avenatti's bankruptcy counsel, Mr. O'Dea. A copy of the Court's Minute Order denying the motion with prejudice is attached as Exhibit "5."

It was not until this morning, that Mr. Marshack became aware of the fact that late last night (Sunday, January 31, 2022), that Mr. Avenatti had filed a motion to compel. The motion to compel was not served on Mr. Marshack. Instead, counsel became aware of it after receiving a telephone call from Mr. Sobelman.

The Honorable Jesse E. Furman
31 January 2022
Page 3

Because the Bankruptcy Court has denied Mr. Marshack's motion to comply with the subpoena which was never personally served on Mr. Marshack and Mr. Avenatti has failed to comply with the Barton Doctrine, good cause exists to quash the subpoena.

<u>Mr. Marshack is not a percipient witness with respect to issues before the Court</u>

Mr. Marshack is a bankruptcy trustee that was appointed as the estate's representative in September 2019. Given that the central issues in Mr. Avenatti's current trial relate to events prior to this time, Mr. Marshack could not be a percipient witness with information relevant to the case. Requiring Mr. Marshack to travel to New York under such circumstances would be burdensome, oppressive, or harassing.

As the estate's representative, documents and electronic data belonging to Eagan Avenatti, LLP are under Mr. Marshack's control. Mr. Marshack, however, has not reviewed any documents relating to the case currently before the Court. And, from third party accounts, it would appear that the funds at issue in the current case did not flow with the Eagan Avenatti firm's bank accounts but instead through accounts held in the name of Avenatti & Associates.

Also, from news reports regarding orders issues by this Court, Mr. Avenatti has had copies of the Eagan Avenatti law firm's servers for several months. So, to the extent Mr. Avenatti sought documents located on the servers, he has had the same access to them as Mr. Marshack. For the Court's edification, Mr. Marshack does not have the ability to personally search the Eagan Avenatti servers. Instead, he has retained an electronic document manager (Force 10, LLP) which would run any requested query and provide the results back to Mr. Marshack. Pursuant to an order entered by the Bankruptcy Court, Force 10 is entitled to compensation for running any requested searches. The effect of such costs is another reason why prior compliance with the Barton Doctrine is required before a subpoena may be served on a bankruptcy trustee. Not only is Mr. Marshack theoretically threatened with contempt from a court outside of the Bankruptcy Court, Mr. Avenatti is currently pursuing exactly such a request.

<u>Mr. Marshack currently has Covid</u>

Last week, Mr. Marshack tested positive for Covid-19 and is currently isolating at home. Even if this Court denied this motion to quash and required him to testify, he is currently unable to travel and would not expect to test negative and be able to travel for at least several more days.

Mr. Marshack is cognizant of the gravity of the charges against Mr. Avenatti and does not file this motion seeking to evade any obligation to provide relevant information which he does not believe he possesses. That is why he sought leave of the Bankruptcy

The Honorable Jesse E. Furman
31 January 2022
Page 4


Court to respond to and comply with the subpoenas served by both the public defender
and prosecutor in this case. The Bankruptcy Court though denied the motion. Mr.
Avenatti's failure to follow proper procedure by not personally serving the subpoena, not
first obtaining leave of the Bankruptcy Court, and by not responding to the e-mail
communications sent before and after the emergency hearing held by the Bankruptcy
Court justify granting this motion to quash and denying Mr. Avenatti's motion which
seeks to hold Mr. Marshack in contempt.

     I can be reached on my mobile number which is 949-413-7223. Thank you.

     Very truly yours,

     */s/ D. Edward Hays*

     D. EDWARD HAYS
     Counsel for Third Party Witness and Bankruptcy
     Trustee, Richard A. Marshack

cc:    ECF

**EXHIBIT "1"**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

January 7, 2022

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

Mr. Richard A. Marshack, Esq.
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

RE: **United States v. Michael Avenatti**
**19 Cr. 374 (JMF)**

Dear Mr. Marshack,

Federal Defenders of New York, Inc., represents the above captioned individual in federal court in the Southern District of New York. Attached please find a trial appearance subpoena for your testimony on January 24, 2022, at 40 Foley Square in front of Judge Jesse M. Furman at 9:00 a.m. and for the duration of the trial. In addition to your trial testimony, we are requesting items be **produced in advance** of the January 24, 2022, trial date. Please see the enclosed subpoena rider with the requested items.

The requested items should be returned to Federal Defenders of New York, Inc., Attn: Ms. Anna Finkel, 52 Duane St., 10th Fl., New York, NY, 10007 or by email to anna_finkel@fd.org. You will not be required to be in court on January 24, 2022, but you will need to be available for the duration of the trial. Please contact me at (212) 417-8714 or Mr. Robert Baum, Esq. at (212) 417-8760 to discuss scheduling matters and your travel arrangements to testify at trial.

Sincerely,

*/s/*
Anna Finkel
Chief Investigator
(212) 417-8714

Enclosure

**EXHIBIT "1"**
**PAGE 5**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Michael Avenatti | ) | Case No.   19 Cr. 374 (JMF) |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Richard A. Marshack, Esq.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance:   40 Foley Square, Judge Jesse M. Furman | Courtroom No.:   courtroom 1105 |
| --- | --- |
| | Date and Time:   01/24/2022 9:00 AM and for the duration of trial |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE RIDER

*(SEAL)*

RUBY J. KRAJICK

*CLERK OF COURT*

Date:   _____01/07/2022_____

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Michael Avenatti
_____ , who requests this subpoena, are:

Federal Defenders of New York, Inc.
Mr. Robert M. Baum, Esq.
52 Duane St., 10th Fl.
New York, NY 10007
(212) 417-8760
Robert_Baum@fd.org

**EXHIBIT "1"**
**PAGE 6**

Richard A. Marshack – Rider

Provide the following records:

** Produce in advance of trial **certified copies of the following items:**

provide any and all communications between Stephanie Clifford (aka Stormy Daniels) and Michael Avenatti between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all communications between Stephanie Clifford and Judy Regnier between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all communications involving Judy Regnier relating to Ms. Clifford's book between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all communications between Judy Regnier and Michael Avenatti relating to Stephanie Clifford between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all communications involving Michael Avenatti relating to work performed for Stephanie Clifford, including on her book deal, between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all documents reflecting work performed for Stephanie Clifford, including on her book deal, between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all accounting, billing, and financial records relating to Stephanie Clifford.  This should include all invoices, bills, and accounting entries reflecting monies expended for Ms. Clifford, as well as all time spent working on Ms. Clifford's behalf.

• provide any and all Quickbooks and Tabs data relating to Ms. Clifforrd.

**EXHIBIT "1"**
**PAGE 7**

• provide any and all communications and documents relating to the financial condition of Michael Avenatti, Eagan Avenatti, LLP, and/or Avenatti and Associates, APC during the time period January 1, 2018 to March 30, 2019. This should include all documents and communications relating to assets, debts, cash flow, income, liabilities, loans, and prospects for future income.**

**The defendant is indigent and invokes Rule 17(b) F.R.CRIM. P, and as such is not responsible for records-related fees.**

**EXHIBIT "1"**
**PAGE 8**

**EXHIBIT "2"**

1  D. EDWARD HAYS, SBN 162507
   ehays@marshackhays.com
2  DAVID A. WOOD, SBN 272406
   dwood@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
7
   MURPHEY & MURPHEY PC
8  MATTHEW D. MURPHEY, Bar No. 194111
   E-mail: matt@themurpheylawyers.com
9  MEGHAN CANTY MURPHEY, Bar No. 259487
   E-mail:  meghan@themurpheylawyers.com
10 120 Vantis Dr., Suite 300
   Aliso Viejo, CA  92656
11 Telephone:    949.464.4540
   Facsimile:    562.375.6674
12
   Special Litigation Counsel for
13 Chapter 7 Trustee,
   RICHARD A. MARSHACK
14

15              UNITED STATES BANKRUPTCY COURT

16        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

17 | In re | Case No. 8:19-bk-13560-SC |
18 | EAGAN AVENATTI, LLP | Chapter 7 |
19 |          Debtor. | CHAPTER 7 TRUSTEE'S EMERGENCY |
20 | | MOTION FOR ORDER: AUTHORIZING TRUSTEE TO USE PROPERTY OF THE |
21 | | ESTATE PURSUANT TO 11 U.S.C. § 363 MEMORANDUM OF POINTS AND |
22 | | AUTHORITIES; DECLARATIONS OF RICHARD A. MARSHACK AND |
23 | | MATTHEW D. MURPHEY IN SUPPORT |
24 | | [Application for Order Setting Hearing on |
25 | | Shortened Notice pursuant to 9075-1(a) filed concurrently] |
26 | | |
27 | | Date:   To Be Set by the Court
       Time:  To Be Set by the Court |
28

                                    1
EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

**EXHIBIT "2"
PAGE 9**

1    Richard A. Marshack, in his capacity as Chapter 7 trustee ("Trustee") of the Bankruptcy

2   Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), respectfully submits this emergency motion

3   ("Motion") for entry of an order authorizing Trustee to use property of the Estate. In support of this

4   Motion, Trustee respectfully represents as follows:

5   **1.    Summary of Argument**

6    As this Court is aware, Mr. Michael Avenatti ("Mr. Avenatti") is a defendant in several

7   federal criminal matters filed by the United States of America. On December 20, 2021, Trustee was

8   been served with two subpoenas[1] from the Southern District of New York United States Attorney's

9   ("SDNY USA Office") office. At this time, Trustee does not believe that contesting the December

10  20th Subpoena is in the best interests of this Estate at this time, and wishes to comply if ordered by

11  this Court to do so. Indeed, the SDNY USA Office has offered to pay Force 10 Partners LLC

12  ("Force 10" (the Estate's electronic document manager) directly for the time and expense to provide

13  a response to the December 20th Subpoena. Also, on January 10, 2022, a third subpoena was

14  delivered to the Trustee's office on behalf of Mr. Avenatti's federal public defenders ("Avenatti

15  Subpoena"). Collectively, the December 20th Subpoena and Avenatti Subpoena will be referred to

16  as the "Subpoenas."

17   Through this Motion, the Trustee seeks this Court's authority to use property of the Estate

18  pursuant to 11 U.S.C. § 363, authorizing Force 10 to receive payment from the SDNY USA Office

19  for the time and expense related to the search for responsive documents, and to produce all

20  responsive documents to the Subpoenas. Trustee requests that the Court grant the Motion.

21  **2.    Background Information**

22   On September 13, 2019 ("Petition Date"), Debtor filed a voluntary petition under Chapter 7

23  of Title 11 of the United States Code and the Trustee was appointed. A true and correct copy of this

24  Court's webPACER Docket for Case No. 8:19-bk-13560-SC as of January 1, 2019, is attached to the

25

26

27  [1] The United States Attorney for the Southern District of New York issued two subpoenas to Trustee. The latest one was issued (which contained an agreed upon narrowing of the items sought) was issued on

28  December 20, 2021, with a response date of January 24, 2021 ("December 20th Subpoena"), which Trustee understands is the operative subpoena. A true and correct copy of the December 20th Subpoena is attached to the Declaration of Richard A. Marshack ("Marshack Declaration") as Exhibit "1."

2

**EXHIBIT "2"**

**PAGE 10**

1   Marshack Declaration as Exhibit "2." On the same date, schedules and statements of financial affairs

2   were fled ("Schedules and SOFA"). *Id.*, pg. 17.

3        Pre-petition, Brian Weiss was appointed as a receiver ("Receiver") by the United States

4   District Court in the *In re Eagan Avenatti, LLP* case which was assigned as Case No. 8:18-cv-01644-

5   VAP-KES ("District Court Action") pursuant to a stipulation and order entered on February 13,

6   2019. The Receiver signed the petition, Schedules and SOFA on behalf of Debtor. Prior to the

7   Receiver's appointment, one of the principals of the Debtor was Mr. Michael Avenatti ("Mr.

8   Avenatti").

9        On August 27, 2020, as Dk. No. 194, this Court entered an order granting the Trustee's

10  application to employ Force 10 as the Estate's electronic document manager.

11  **3.    Criminal Proceedings and the Criminal Subpoenas**

12       On March 22, 2019, the United States Attorney for the Central District of California filed a

13  criminal complaint against Mr. Avenatti. The criminal complaint charged Mr. Avenatti with wire

14  fraud for wrongfully diverting to his personal use millions of dollars belonging to Debtor's clients,

15  willfully causing the Debtor to not pay approximately $2.4 million in payroll taxes to the IRS,

16  including $1,279,001 in trust fund taxes that had been withheld from the Debtor's employees'

17  paychecks, causing the Debtor to not file tax returns for the 2013 through 2017 tax years, as well as

18  bankruptcy crimes, bank fraud, and other crimes.

19       On April 4, 2019, a grand jury indicted Mr. Avenatti on 36 counts of, *inter alia*, wire fraud,

20  tax evasion, tax fraud, bank fraud, aggravated identity theft, bankruptcy crimes, perjury, and the theft

21  of millions of dollars from the Debtor's former clients (*United States v. Avenatti*, United States

22  District Court for the Central District of California, Criminal Case No. SACR19-00061-JVS)

23  ("CACD Criminal Case"). Trial proceeded in the CACD Criminal Case for a number of weeks but

24  on August 24, 2021, the judge declared a mistrial. The current trial date for the CACD Criminal

25  Case has been re-set for May 10, 2022.

26       Mr. Avenatti has been separately charged with other crimes in New York. Specifically, there

27  is a pending criminal action against Mr. Avenatti in the United States District Court, Southern

28  District of New York, entitled *United States v. Michael Avenatti*, Case No. 1:19-cr-00373 (PGG)

EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

**EXHIBIT "2"**

**PAGE 11**

1  ("Criminal Case No. 1"). Trustee is informed that judgment was entered in Criminal Case No. 1 on

2  July 15, 2021. *See* Marshack Decl., ¶11. Additionally, there is a second criminal case pending

3  against Mr. Avenatti in New York entitled *United States v. Michael Avenatti*, Case No. 1:19-cr-

4  00374 (DAB) ("Criminal Case No. 2") (together with Criminal Case No. 1, the "NY Criminal

5  Cases"). Trustee is informed that Criminal Case No. 2 is set for trial on January 24, 2022. *See*

6  Marshack Decl., ¶12.

7        On December 20, 2021, through his counsel, Trustee received the December 20th Subpoena

8  related to Criminal Case No. 2. *See* Marshack Decl., Ex. 1, pgs. 13-15. Trustee is informed and

9  believes that Force 10 has already completed the search requested. *Id.*, ¶19. Additionally, the

10  Estate's special litigation counsel has reviewed the results of the search and has recommended to the

11  Trustee to turnover such documents. *Id.*, ¶21.

12        Thereafter, on January 10, 2022, Trustee received another subpoena ("Avenatti Subpoena")

13  from the Federal Defenders of New York, Inc. ("Federal Defenders") dated January 7, 2022, on

14  behalf of Mr. Avenatti. A true and correct copy of the Avenatti Subpoena is attached to the

15  Marshack Declaration as Exhibit "3." The Avenatti Subpoena contains requests that differ

16  substantially from the December 20th Subpoena.

17  **4.    Trustee's diligence to ensure that production is ethically and legally**

18       **appropriate**

19        The Debtor is a former law firm and the Subpoenas may seek documents that may be

20  protected by the attorney-client and other privileges. *See* Marshack Decl., Ex. 1, pgs. 13-15; Ex. 3,

21  pgs. 58-61. To address this issue, the SDNY USA Office provided Trustee with written waivers by

22  two former clients of the Debtor, Stephanie Clifford a/k/a "Stormy Daniels" and Gary Franklin, Sr.,

23  in Criminal Cases No. 1 and 2, respectively ("Attorney Client Waivers"). True and correct copies of

24  the Attorney Client Waivers are attached as Exhibits "4" and "5" to the Marshack Declaration.

25  / / /

26  / / /

27  / / /

28  / / /

4

EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

**EXHIBIT "2"**

**PAGE 12**

**5.      Legal Authority**

    **A.      The *Barton* Doctrine Likely Requires leave of court prior to the issuance of the Subpoenas (or, at a minimum, the enforcement of the Subpoenas).**

"Under *Barton* [*v. Barbour*, 104 U.S. 126 (1886)], plaintiffs must obtain authorization from the bankruptcy court before 'initiat[ing] an action in another forum' against certain officers appointed by the bankruptcy court for actions the officers have taken in their official capacities." *In re Yellowstone Mountain Club, LLC*, 841 F.3d 1090, 1094 (9th Cir. 2016), quoting *In re Crown Vantage, Inc.*, 421 F.3d 963, 970 (9th Cir. 2005) (brackets in original). *Barton* issues are jurisdictional. *Barton*, 104 U.S. at 131; *Satterfield v. Malloy*, 700 F.3d 1231, 1234 (10th Cir. 2012). The *Barton* Doctrine (as it has become known) has been extended to bankruptcy trustees. *In re Crown Vantage*, 421 F.3d at 970. A federal judicial district other than that in which a bankruptcy proceeding is pending is considered "another forum" for purposes of *Barton* analyses. *In re Yellowstone Mountain Club, LLC*, 841 F.3d at 1094.

    Subpoenas that threaten a bankruptcy trustee with contempt of court for failure to comply have been held subject to *Barton* analysis and compliance. *In re Circuit City Stores, Inc.*, 557 B.R. 443, 448 (E.D. Va. 2016) (finding issue of compliance with a third-party subpoena directed to a court-appointed liquidating trustee "a core proceeding" for a bankruptcy court's jurisdiction pursuant to 28 U.S.C. section 157(b)(2)(A), (L) and (O).)  Additionally, the propriety of whether the Trustee may burden the Estate with the costs attendant to complying with the December 20th Subpoena is a question that must be evaluated and authorized by this Court irrespective of what district (or prosecution agency) issued them.[2]

---

[2] Arguably, in the absence of this Court's prior approval, the Subpoenas may be invalid, or in the least, compliance is likely excused.  Case law in the Ninth Circuit and its sibling circuits is plain that "a party must first obtain leave of the bankruptcy court before it initiates an action in another court against a bankruptcy trustee or other officer appointed by a bankruptcy court for acts done in the officer's official capacity." *Satterfield*, 700 F.3d at 1234, citing *In re Yellowstone Mountain Club, LLC*, 841 F.3d at 1094, and collecting other authorities.  *But Cf., In re Media Group, LLC*, 2006 WL 6810963 (9th Cir. B.A.P. 2006) (unpublished decision discussing sanctions liability of lawyer who issued state court subpoena to a bankruptcy trustee.  *In re Media Group* has neither been followed nor cited with approval by another court and appears to be an outlier, yet the apparent split in authority remains.)  Additionally, there may be an issue as to whether the

5

**EXHIBIT "2"**

**PAGE 13**

**B.      An Order of Court Directing the Trustee to Respond to The Subpoenas and Produce Responsive Documents While Asserting Applicable Privileges Disposes of the Question of Whether Production by the Trustee Was Voluntary**

To the Estate, the most expedient and financially advantageous means of dealing with the jurisdictional and privilege challenges presented by the facts here is for the Court to order Trustee to produce the documents described broadly in the Subpoenas, and authorize Trustee to use property of the Estate (i.e. producing the responsive documents). As it is not in the Estate's best interest to challenge the Subpoenas, but is in its best interest to maintain any privileges for use in current and potential litigation in which the Estate is or may find itself, a Court order to comply and produce non-privileged documents obviates the most glaring challenges the Trustee faces. Compliance with a Court order is mandatory, not discretionary.

Complying with Court orders to produce documents does not result in waiver of applicable privileges. *Transamerica Computer Co., Inc. v. International Business Machines Corp.*, 573 F.2d 646, 651 (9th Cir. 1978) (". . . a disclosure of confidential material constitutes a waiver of the attorney-client privilege only if it is voluntary and not compelled, . . ."). Despite the questionable jurisdictional basis of the Subpoenas, if the Court orders the Trustee to produce documents, the Trustee's act would be predicated on this Court's order, not on the Subpoenas themselves. Any applicable privileges the Estate has will consequently be preserved for documents produced to the SDNY USA Office and to Mr. Avenatti.

---

Subpoenas could have been directed to the Trustee in light of the mandatory requirements of Fed. R. Crim. P. 17(c)(3) ("Subpoena for Personal or Confidential Information About a Victim. After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.")  No order has been issued by the Southern District of New York (at least that is identified in the public docket) authorizing the December 20th Subpoena served on the Trustee.  The Trustee here has no interest in resolving these academic issues.  Nevertheless, the questionable jurisdiction underlying the Subpoenas gives rise to the quandary in which the Trustee finds himself:  Voluntary production in the face of jurisdictionally infirm December 20th Subpoena may well be a prohibited act in the absence of this Court's prior approval, but more importantly, could also be a waiver of potentially applicable privileges that belong to the Estate, discussed *infra*.

6

**EXHIBIT "2"
PAGE 14**

1
     **C.**    **Use of Property of the Estate**

2
     Under 11 U.S.C. § 363(b), a Trustee is empowered to use assets of the estate other than in the

3
ordinary course of business "after notice and a hearing." In order to gain approval of such use the

4
Trustee must provide some "business justification" for the use, sale, or lease of Estate property. *See*

5
*In re Lionel Corp.*, 722 F.2d 1063, 1071 (2nd Cir. 1983) (*see also In re Walter*, 83 B.R. 14 (B.A.P.

6
9th Cir. 1988).

7
     Here, the client files and documents requested by the Subpoenas may be considered property

8
of the Estate under the broad definition of estate property in 11 U.S.C. § 541(a), and the disclosure

9
of such documents may be considered a "use" of Estate property. Trustee submits that there is

10
sufficient business justification in complying with the December 20th Subpoena. Marshack Decl.,

11
¶16-17. In light of the Attorney Client Waivers, Trustee and his special counsel do not believe there

12
is a legal or ethical reason why Trustee should not comply with the document request contained in

13
the Subpoenas. *See* Marshack Decl., ¶16. Although as explained above under the *Barton* doctrine,

14
the proponents likely should have obtained this Court's approval before issuing the Subpoenas,

15
Trustee believes that litigating and disputing the validity of the Subpoenas has no benefit to the

16
Estate. Marshack Decl., ¶17. However, in an abundance of caution, he files this Motion in order to

17
gain approval of such use of property of the Estate. *Id.*, ¶18. As cited above, the issuance of an order

18
of the Court directing Trustee to produce documents responsive to the Subpoenas will avoid any

19
potential issues related to the attorney-client privileged nature of the documents.

20
     Finally, in order to ensure full compliance with the Subpoenas, Trustee and Force 10 request

21
this Court's approval of the payment by the SDNY USA Office (or Mr. Avenatti) to Force 10 to run

22
the various server "searches" for the requested documents. *See* Marshack Decl., ¶20. The

23
authorization of the payment by the proponents of the Subpoenas to Force 10 will curtail

24
administrative expenses. *See* Marshack Decl., ¶20. Special counsel has reviewed the search

25
production results and has recommended to Trustee to turnover the documents in response to the

26
Subpoenas pending this Court's approval. *See* Marshack Decl., ¶21.

27
/ / /

28
/ / /

EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

**EXHIBIT "2"**

**PAGE 15**

**6.       Conclusion**

Based on the foregoing, Trustee submits that good cause exists for granting the Motion, and respectfully requests that the Court enter an order that provides: (1) the Motion is granted; (2) Trustee is ordered to take any steps necessary to produce documents responsive to the categories identified in the Criminal Subpoenas; and (3) authorizing the payment by the SDNY USA Office and/or Mr. Avenatti or the Federal Defenders to Force 10 for the performing the related server searches for documents responsive to the Subpoenas.

Dated: January 24, 2022              MARSHACK HAYS LLP


                                     By: /s/ D. Edward Hays
                                        D. EDWARD HAYS
                                        TINHO MANG
                                        General Counsel for Richard A. Marshack,
                                        Chapter 7 Trustee for the Bankruptcy Estate of
                                        EAGAN AVENATTI, LLP


Dated: January _____, 2022           MURPHEY & MURPHEY PC


                                     By:
                                        MATTHEW D. MURPHEY
                                        MEGHAN CANTY MURPHEY
                                        Special Litigation Counsel for Richard A.
                                        Marshack, Chapter 7 Trustee

EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

**EXHIBIT "2"
PAGE 16**

## Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK, say and declare as follows:

1.    I am the duly appointed, qualified, and acting chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor").

2.    Unless otherwise stated, the facts set forth in this declaration are personally known to me and if called as a witness, I could and would competently testify thereto.

3.    I make this Declaration in support my Emergency Motion for order authorizing use of Property of the Estate pursuant to 11 U.S.C. § 363 ("Motion"). All terms not defined herein are used as they are defined in the Motion.

4.    A true and correct copy of the December 20th Subpoena is attached as Exhibit "1."

5.    A true and correct copy of the Avenatti Subpoena is attached as Exhibit "3."

6.    On September 13, 2019 ("Petition Date"), Debtor filed a voluntary petition under Chapter 7 of Title 11 the United States Code and I was appointed as the Chapter 7 trustee.

7.    On the same date, the Debtor filed its schedules and statement of financial affairs ("Schedules and SOFA").

8.    On December 11, 2019, as Dk. No. 49, my counsel filed the First Emergency Motion to respond to the initial issuance of criminal subpoenas from the SDNY USA Office.

9.    On December 19, 2019, as Dk. No. 58, the Court entered an order granting the First Emergency Motion ("First Emergency Motion Order").

10.    I am informed and believe that on March 22, 2019, the United States Attorney for the Central District of California filed a criminal complaint against Mr. Avenatti.

11.    I am informed and believe that Criminal Case No. 1 terminated in a judgment entered on July 15, 2021.

12.    I am informed and believe that Criminal Case No. 2 is set for trial on January 24, 2022.

13.    On December 20, 2021, my special counsel received the December 20th Subpoena, which I am informed is the operative subpoena.

/ / /

EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

**EXHIBIT "2"**

**PAGE 17**

1    14.    I am informed and believe that the SDNY USA Office provided my special counsel

2  with written waivers by two former clients of the Debtor, Stephanie Clifford a/k/a "Stormy

3  Daniels" and Gary Franklin, Sr., in Criminal Cases No. 1 and 2, respectively ("Attorney Client

4  Waivers"). True and correct copies of the Attorney Client Waivers are attached as Exhibits "4" and

5  "5."

6    15.    My special counsel has advised me that he has no cause to question the authenticity

7  of the Attorney Client Waivers.

8    16.    In light of the Attorney Client Waivers, I have been advised by my special counsel

9  that he does not believe there is a legal or ethical reason why the Estate should not comply with the

10  document request contained in the December 20th Subpoena.

11    17.    Although as explained above under the *Barton* doctrine, the SDNY USA Office and

12  Federal Defenders likely should have obtained this Court's approval before issuing the Subpoenas. I

13  have been advised by my special counsel that the Estate should comply with the Subpoenas.

14    18.    However, in an abundance of caution, I file this instant Motion in order to gain

15  approval of such use of property of the Estate.

16    19.    In order to ensure full compliance with the Subpoenas, Force 10 was obligated to run

17  various server "searches" for the requested documents.

18    20.    I am informed and believe that the SDNY USA Office has agreed to pay Force 10 for

19  its time and efforts in running the searches for responsive documents to the December 20th

20  Subpoena.

21    21.    I have been advised that my special counsel, Mr. Matthew Murphey, has reviewed the

22  results of Force 10's completed searches and has recommended to me that I may produce documents

23  responsive to the Subpoenas once directed to by this Court.

24    I declare under penalty of perjury that the foregoing is true and correct. Executed on January

25  24 , 2022.

26

27                                                    RICHARD A. MARSHACK

28

EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

**EXHIBIT "2"**

**PAGE 18**

## Declaration of Matthew D. Murphey

I, Matthew D. Murphey, say and declare as follows:

1.      I am an attorney admitted to the bar of the United States District Court for the Central District of California.  I am a partner in Burke, Williams & Sorensen and have been retained by Richard A. Marshack, the duly appointed Trustee for the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor").

2.      Unless otherwise stated, the facts set forth in this declaration are personally known to me and if called as a witness, I could and would competently testify thereto.

3.      I make this Declaration in support the Trustee's Emergency Motion for order authorizing use of Property of the Estate pursuant to 11 U.S.C. § 363 ("Motion"). All terms not defined herein are used as they are defined in the Motion.

4.      Prior to entering private practice in California in 1998 I held various positions as a prosecutor with the Criminal Division of the San Diego Office of the City Attorney, The United States Trust Territory of the Pacific Islands (Federated States of Micronesia) and the Office of the United States Attorney for the Eastern District of Washington.  I have since represented clients in state courts of appeal and federal district courts in criminal cases.  I have worked on cases involving simple possession of controlled substances to complex prosecutions for interstate transportation of narcotics, as well as civil cases involving subpoenas served by and on government agencies in both state and federal cases.  I have familiarized myself with the public dockets in both cases pending against Michael Avenatti in the Southern District of New York.

5.      I was contacted by Mr. Robert Sobelman ("Mr. Sobelman"), the Assistant United States Attorney for the Southern District of New York on about December 13, 2021, requesting a conference call.

6.       Mr. Sobelman and I spoke on December 14, 2021, wherein he indicated that he would issue the December 20th Subpoena, and that the SDNY USA Office would pay for Force 10's efforts in performing the server searches.

7.      I indicated to Mr. Sobelman that the Trustee would likely require obtaining this Court's approval and would file this instant Motion.

EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

**EXHIBIT "2"**

**PAGE 19**

8.      On December 20, 2021, Mr. Sobelman served me with the December 20th Subpoena.

9.      I have reviewed the results of Force 10's search and have recommended to the Trustee that these documents are responsive to the December 20th Subpoena and that they should be turned over once this Court approves this instant Motion.

10.     The SDNY USA Office informed me that the instant Motion should be filed under seal, similar to the First Emergency Motion (as defined in the Motion). However, the Court denied Trustee's motion for permission to file this Motion under seal.

11.     I was never contacted by the Federal Defenders of New York, Inc. ("Federal Defenders") but I understand that a subpoena was received by the Trustee's office on January 10, 2022, which was dated January 7, 2022 ("Avenatti Subpoena"). The Avenatti Subpoena demands documents which materially differ from the documents requested by the December 20th Subpoena. I have reviewed the proposed production in response to the Avenatti Subpoena and have advised the Trustee that the results of this second search are responsive to the Avenatti Subpoena.

12.     During a hearing before this Court held on January 12, 2022, Michael Avenatti individually addressed this Court.  During his comments, Mr. Avenatti insinuated that I or someone in my firm "shared" the Federal Defenders' subpoena directed to the Trustee with the United States Attorney's Office, Southern District of New York.  Mr. Avenatti identified no evidence to support his allegation, and his allegation is false.  Prior to the filing of this Motion, neither I nor anyone in my firm shared any subpoenas with any lawyer, investigator or other individual employed by or related to the United States Attorney's Office, Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January __24__, 2022.

MATTHEW D. MURPHEY

12
EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE
4866-1209-3962v.2-1015-131

# EXHIBIT "1"

Court Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:   Richard Marshack, Esq., Trustee for Eagan Avenatti LLP
      c/o Matthew D. Murphey, Esq.
      Murphey & Murphey, A.P.C.
      120 Vantis Drive, Suite 300
      Aliso Viejo, California 92656
      matt@themurpheylawyers.com

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 500 Pearl Street, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   January 24, 2022          Appearance Time:   9:00 a.m.
Appearance Place:   TBD
to testify and give evidence in the following matter:
*United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

and not to depart the Court without leave thereof, or of the United States Attorney.

### PLEASE SEE ATTACHED RIDER

N.B.:   Personal appearance may not be required if the requested documents are: (1) produced on or before the appearance date to Special Agent DeLeassa Penland, United States Attorney's Office, 1 St. Andrew's Plaza, New York, NY 10007. Tel: (212) 637-2522, email: deleassa.penland@usdoj.gov; and (2) accompanied by an executed copy of the attached Declaration of Custodian of Records.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         December 20, 2021

*Damian Williams*
DAMIAN WILLIAMS
*United States Attorney for the*
*Southern District of New York*

*Robert B. Sobelman*
Robert B. Sobelman

Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:   212-637-2616

## RIDER

(Court Subpoena to Richard Marshack, Esq., Trustee for Eagan Avenatti LLP,
dated December 20, 2021)
Ref. No. 19 Cr. 374 (JMF)

**Materials to be Produced:**

1. Any data contained in Quickbooks or TABS databases related to Stephanie Clifford, a/k/a "Stormy Daniels."

N.B.:   Personal appearance may not be required if the requested documents are: (1) produced on or before the appearance date to Special Agent DeLeassa Penland, United States Attorney's Office, 1 St. Andrew's Plaza, New York, NY 10007. Tel: (212) 637-2522, email: deleassa.penland@usdoj.gov; and (2) accompanied by an executed copy of the attached Declaration of Custodian of Records.

**EXHIBIT "2"**

**PAGE 23**

<u>Declaration of Custodian of Records</u>

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____.
                 (name of declarant)

    I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a Court Subpoena, dated December 20, 2021, and signed by Assistant United States Attorney Robert B. Sobelman, requesting specified records of the business named below.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the Subpoena:

    (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
            (date)

_____
(signature of declarant)

_____
(name and title of declarant)

_____
(name of business)

_____
(business address)

<u>Definitions of terms used above</u>:
As defined in Fed. R. Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term, "business" as used in Fed. R. Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**EXHIBIT "2"**

**PAGE 24**

# EXHIBIT "2"

**Repeat-cacb, DEFER, NOCLOSE**

### U.S. Bankruptcy Court
### Central District of California (Santa Ana)
### Bankruptcy Petition #: 8:19-bk-13560-SC

|  |  |
|---|---|
| *Date filed:* | 09/13/2019 |
| *341 meeting:* | 10/22/2019 |
| *Deadline for filing claims:* | 02/10/2020 |
| *Deadline for filing claims (govt.):* | 03/11/2020 |
| *Deadline for objecting to discharge:* | 12/23/2019 |
| *Deadline for financial mgmt. course:* | 12/23/2019 |

*Assigned to:* Scott C Clarkson
Chapter 7
Voluntary
Asset

*Debtor*
**Eagan Avenatti, LLP**
20341 SW Birch, Suite 220
Newport Beach, CA 92660
ORANGE-CA
Tax ID / EIN: 32-0210824
*aka* **The Trial Group, LLP**
*aka* **Trial Group**
*aka* **EOA Law**
*aka* **TRG, LLP**
*aka* **Eagan O'Malley & Avenatti, LLP**
*aka* **EA LLP**

represented by **Jack A. Reitman**
Landau Law LLP
2338 Manning Ave.
Los Angeles, CA 90064
310-557-0050
Email: jareitman@landaufirm.com

**John P. Reitman**
Landau Law LLP
2338 Manning Ave.
Los Angeles, CA 90064
310-557-0050
Fax : 310-557-0056
Email: jreitman@landaufirm.com
*TERMINATED: 10/23/2019*

*Trustee*
**Richard A Marshack (TR)**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777

represented by **D Edward Hays**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: ehays@marshackhays.com

**Tinho Mang**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: tmang@marshackhays.com

**Judith E Marshack**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: jmarshack@marshackhays.com

**EXHIBIT "2"**
**PAGE 26**

**Meghan C Murphey**
Murphey & Murphey, APC
120 Vantis Dr Ste 300
Aliso Viejo, CA 92656-2677
(949) 464-4540
Fax : (562) 375-6674
Email: meghan@themurpheylawyers.com

**Jack A. Reitman**
(See above for address)

**John P. Reitman**
(See above for address)

**David Wood**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: dwood@marshackhays.com

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

*Intervenor*                                    represented by **Erick Kuylman**
**Hrayr Shahinian**                                      Warren Terzian LLP
700 S. Flower St., Suite 1000                            700 S Flower St Ste 100
Los Angeles, CA 90017                                    Los Angeles, CA 90017
213-410-2620                                             208-869-2492
                                                         Fax : 213-410-2621
                                                         Email: erick.kuylman@warrenterzian.com

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2019 | 1 (76 pgs) | Chapter 7 Voluntary Petition for Non-Individuals . Fee Amount $335 Filed by Eagan Avenatti, LLP (Reitman, John) (Entered: 09/13/2019) |
| 09/13/2019 |  | Receipt of Voluntary Petition (Chapter 7)(8:19-bk-13560) [misc,volp7] ( 335.00) Filing Fee. Receipt number 49741167. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/13/2019) |
| 09/13/2019 |  | Judge Catherine E. Bauer added to case, per low number rule (19-11961-CB & 17-11961-CB). (Corona, Heidi) (Entered: 09/13/2019) |
| 09/13/2019 | 2 (17 pgs) | Addendum to voluntary petition *Debtor's Disclaimers and Addendum to Filed Schedules and Statement of Financial Affairs* Filed by Debtor Eagan Avenatti, LLP. (Reitman, Jack) (Entered: 09/13/2019) |

**EXHIBIT "2"**

**PAGE 27**

1/24/22, 10:39 AM                                CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| 09/13/2019 | **3**<br>(169 pgs) | Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits* Filed by Trustee Richard A Marshack (TR) (Reitman, Jack) (Entered: 09/13/2019) |
| 09/13/2019 | **4**<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 10/22/2019 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Cert. of Financial Management due by 12/23/2019. Last day to oppose discharge or dischargeability is 12/23/2019. (Law, Tamika) Financial Management deadline terminated. Modified on 9/13/2019 (Law, Tamika). (Entered: 09/13/2019) |
| 09/13/2019 | 5 | Hearing Set (RE: related document(s)3 Emergency motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 9/17/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 09/13/2019) |
| 09/15/2019 | **6**<br>(6 pgs) | BNC Certificate of Notice (RE: related document(s)4 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 110. Notice Date 09/15/2019. (Admin.) (Entered: 09/15/2019) |
| 09/16/2019 | **7**<br>(5 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Notice and Service of Emergency Motion for Preliminary Injunction* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)3 Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits*). (Reitman, Jack) Warning: Item subsequently amended by docket entry no: 9 Modified on 9/16/2019 (Le, James). (Entered: 09/16/2019) |
| 09/16/2019 | **8**<br>(114 pgs) | Adversary case 8:19-ap-01186. Complaint by Richard A Marshack against Michael Avenatti, Lisa Storie-Avenatti, Avenatti & Associates APC. (Charge To Estate) FEE AMOUNT $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers; Preference; Declaratory Relief; Turnover; Preliminary and Permanent Injunction; Breach of Fiduciary Duty; Disallowance of Proofs of Claim; Equitable Subordination* Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)),(12 (Recovery of money/property - 547 preference)),(11 (Recovery of money/property - 542 turnover of property)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))), (72 (Injunctive relief - other))(Reitman, Jack) Modified on 9/17/2019 (Le, James). (Entered: 09/16/2019) |
| 09/16/2019 | 9 | Notice to Filer of Correction Made/No Action Required: **Other - Chapter missing from caption page. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)7 Declaration filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 09/16/2019) |
| 09/16/2019 | **10**<br>(5 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Notice and Service of Emergency Motion for Preliminary Injunction* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)3 Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits*). (Reitman, Jack) (Entered: 09/16/2019) |
| 09/17/2019 | 11 | Hearing Held - Withdrawn (RE: related document(s)3 Emergency motion |

**EXHIBIT "2"**

**PAGE 28**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 09/18/2019) |
| 09/24/2019 | 12<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Bastian, James. (Bastian, James) (Entered: 09/24/2019) |
| 09/26/2019 | | Receipt of Motion Filing Fee - $181.00 by 12. Receipt Number 80074064. (admin) (Entered: 09/26/2019) |
| 09/26/2019 | 13<br>(82 pgs; 2 docs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2011-00483570 consolidated with 30-2013-00627604, California Superior Court for the County of Orange . Fee Amount $181, Filed by Creditor Stoll, Nussbaum & Polakov (Attachments: # 1 Part 2) (Le, James) (Entered: 09/27/2019) |
| 09/26/2019 | 14 | Hearing Set (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 11/5/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 09/27/2019) |
| 09/30/2019 | 15<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 09/30/2019) |
| 09/30/2019 | 16<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Wood, David. (Wood, David) (Entered: 09/30/2019) |
| 10/02/2019 | 17<br>(24 pgs) | Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 10/02/2019) |
| 10/02/2019 | 18<br>(11 pgs) | Notice *of Application by Chapter 7 Trustee to Employ Marshack Hays as General Counsel with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)17 Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 10/02/2019) |
| 10/18/2019 | 19<br>(22 pgs) | Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 10/18/2019) |
| 10/18/2019 | 20<br>(13 pgs) | Notice *of Application by Chapter 7 Trustee to Employ Force 10 Partners LLC as Financial Analyst with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)19 Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 10/18/2019) |
| 10/21/2019 | 21<br>(40 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Richard A Marshack (TR) (RE: related document(s)17 Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service*). (Wood, David) (Entered: 10/21/2019) |
| 10/22/2019 | 22<br>(90 pgs) | Opposition to (related document(s): 13 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN |

EXHIBIT "2"
PAGE 29

1/24/22, 10:39 AM                                  CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov) *Trustee's Opposition to Stoll Nussbaum & Polakov, PC's Motion for Relief from Stay; Declaration of John P. Reitman, Exhibits* Filed by Trustee Richard A Marshack (TR) (Reitman, Jack) (Entered: 10/22/2019) |
| 10/22/2019 | [23](#) (3 pgs) | Opposition to (related document(s): [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov, [22](#) Opposition filed by Trustee Richard A Marshack (TR)) *[Joinder to Trustee's Opposition to Stoll Nussbaum & Polakov, PC's Motion for Relief from Stay]* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 10/22/2019) |
| 10/23/2019 | [24](#) (2 pgs) | Order approving Chapter 7 Trustee's application to employ Marshack Hays LLP as General Counsel (BNC-PDF) (Related Doc # [17](#)) Signed on 10/23/2019. (Le, James) (Entered: 10/23/2019) |
| 10/25/2019 | [25](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[24](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 10/25/2019. (Admin.) (Entered: 10/25/2019) |
| 10/29/2019 | [26](#) (41 pgs) | Reply to (related document(s): [22](#) Opposition filed by Trustee Richard A Marshack (TR)) Filed by Creditor Stoll, Nussbaum & Polakov [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov, (Steinberg, Elizabeth) (Entered: 10/30/2019) |
| 10/29/2019 | [27](#) (3 pgs) | Opposition to joinder of Michael Avenatti to Trustee's opposition to Stoll, Nussbaum and Polakov PC's motion for relief from stay (related document(s): [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov) Filed by Creditor Stoll, Nussbaum & Polakov (Steinberg, Elizabeth) (Entered: 10/30/2019) |
| 10/30/2019 | [28](#) (27 pgs) | Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack, Judith) (Entered: 10/30/2019) |
| 10/30/2019 | [29](#) (14 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[28](#) Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Marshack, Judith) (Entered: 10/30/2019) |
| 11/01/2019 | [30](#) (9 pgs) | Opposition to (related document(s): [19](#) Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 11/01/2019) |

**EXHIBIT "2"**

**PAGE 30**

1/24/22, 10:39 AM                                    CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| 11/01/2019 | 31<br>(33 pgs) | Request for judicial notice *in Support of Opposition to Chapter 7 Trustee's Motion to Employ Force 10 Partners LLC as Financial Advisor* Filed by Interested Party Avenatti Michael (RE: related document(s)30 Opposition). (O'Dea, Ryan) (Entered: 11/01/2019) |
|---|---|---|
| 11/05/2019 | 32 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 11/12/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/06/2019) |
| 11/06/2019 | 33<br>(35 pgs) | Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 11/06/2019) |
| 11/06/2019 | 34<br>(11 pgs) | Notice of motion/application *Notice of Application by Richard A. Marshack, Chapter 7 Trustee to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 11/06/2019) |
| 11/06/2019 | 35 | Hearing Set (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 12/3/2019 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/06/2019) |
| 11/07/2019 | 36<br>(2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Richard A Marshack (TR). Proofs of Claims due by 2/10/2020. Government Proof of Claim due by 3/11/2020. (Marshack (TR), Richard) (Entered: 11/07/2019) |
| 11/07/2019 | 37 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) *Attended only by Brian Weiss - Receiver* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)4 Meeting of Creditors 341(a) meeting to be held on 10/22/2019 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Cert. of Financial Management due by 12/23/2019. Last day to oppose discharge or dischargeability is 12/23/2019. (Law, Tamika) Financial Management deadline terminated. Modified on 9/13/2019.). (Marshack (TR), Richard) (Entered: 11/07/2019) |
| 11/09/2019 | 38<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)36 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Richard A Marshack (TR)) No. of Notices: 113. Notice Date 11/09/2019. (Admin.) (Entered: 11/09/2019) |
| 11/12/2019 | 39<br>(4 pgs) | Stipulation By Avenatti Michael and *Richard A. Marshack, in his Capacity as Chapter 7 Trustee Extending Time to FIle Opposition and Request Hearing Re: Application to Employ Frank, Sims & Stolper LLP as Special Counsel* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 11/12/2019) |

1/24/22, 10:39 AM                         CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| 11/12/2019 | **40**<br>(4 pgs) | Withdrawal re: *Notice of Withdrawal of Docket No. 19 re: Application by Chapter 7 Trustee to Employ Force 10 Partners LLC as Financial Advisor with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)19 Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service*). (Hays, D) (Entered: 11/12/2019) |
| 11/12/2019 | 41 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 12/3/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/13/2019) |
| 11/22/2019 | 42 | Hearing Advanced(RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 12/3/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/22/2019) |
| 11/27/2019 | **43**<br>(41 pgs) | Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service.* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 11/27/2019) |
| 11/27/2019 | **44**<br>(11 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)43 Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service.* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 11/27/2019) |
| 12/03/2019 | 45 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 1/28/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/03/2019) |
| 12/03/2019 | 46 | Hearing Continued (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 1/21/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/03/2019) |
| 12/10/2019 | **47**<br>(28 pgs) | Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 12/10/2019) |
| 12/10/2019 | **48**<br>(12 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)47 Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 12/10/2019) |
| 12/11/2019 | **49**<br>(8 pgs) | Emergency motion *Notice of Emergency Motion and Emergency Motion for Entry of Order Pursuant to 11 U.S.C. Section 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(c) of the Local Bankruptcy Rules Authorizing the Trustee to File Under Seal a Motion for* |

**EXHIBIT "2"**

**PAGE 32**

| | | |
|---|---|---|
| | | *Order Authorizing the Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support; with proof of service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 12/11/2019) |
| 12/12/2019 | 50 (2 pgs) | Order granting Chapter 7 Trustee's emergency motion authorizing the Chapter 7 Trustee to file under seal a motion for authority to use property of the estate pursuant to 11 U.S.C. section 363 (Related Doc # 49 ) Signed on 12/12/2019 (Le, James) (Entered: 12/12/2019) |
| 12/12/2019 | 51 (1 pg) | UNDER SEALED DOCUMENTS - Chapter 7 Trustee's Motion for Order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. §363 Memorandum of Points and Authorities; Declarations of Richard A. Marshack and Matthew D. Murphey in Support. [Hearing to be set]. Filed by MARSHACK HAYS LLP and BURKE, WILLIAMS & SORENSEN, LLP, [Proposed] Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee. (Filed under seal pursuant to Order #50, entered on 12/12/2019). (Corona, Heidi) (Entered: 12/12/2019) |
| 12/13/2019 | 52 (4 pgs) | Notice of Hearing *Notice of Emergency Hearing on Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 (Re: Dk. No. 51); Hrg. 12-18-19 at 10:00 a.m., Ctrm: 5D* Filed by Trustee Richard A Marshack (TR). (Hays, D) (Entered: 12/13/2019) |
| 12/13/2019 | 53 | Hearing Set (RE: related document(s)51 Chapter 7 Trustee's Motion for Order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. §363) The Hearing date is set for 12/18/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/16/2019) |
| 12/17/2019 | 54 (58 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)43 Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service.*). (Marshack (TR), Richard) (Entered: 12/17/2019) |
| 12/17/2019 | 55 (15 pgs) | Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL , *Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Murphey, Meghan) (Entered: 12/17/2019) |
| 12/17/2019 | 56 (11 pgs) | Notice of motion/application *by Chapter 7 Trustee for Order Authorizing the Employment of Burke, Williams & Sorensen, LLP as Special Litigation Counsel, Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)55 Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL , *Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Murphey, Meghan) (Entered: 12/17/2019) |
| 12/18/2019 | 57 | Hearing Held RE: Chapter 7 Trustee's motion for order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. Section 363 |

**EXHIBIT "2"**

**PAGE 33**

1/24/22, 10:39 AM                                    CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | (Related document 51) - GRANTED; ORDER BY ATTORNEY. (Steinberg, Elizabeth) (Entered: 12/19/2019) |
| 12/19/2019 | 58 (3 pgs) | Order Granting Chapter 7 Trustee's Motion Authorizing The Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363. (BNC-PDF) (Related Doc # 51 ) Signed on 12/19/2019 (Steinberg, Elizabeth) (Entered: 12/19/2019) |
| 12/20/2019 | 59 (1 pg) | Order Granting Trustee's Motion To Abandon Estate's Interest, If Any, In Personal Property. (BNC-PDF) (Related Doc # 43 ) Signed on 12/20/2019 (Steinberg, Elizabeth) (Entered: 12/20/2019) |
| 12/21/2019 | 60 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)58 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 12/21/2019. (Admin.) (Entered: 12/21/2019) |
| 12/22/2019 | 61 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)59 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 1. Notice Date 12/22/2019. (Admin.) (Entered: 12/22/2019) |
| 12/23/2019 | 62 (59 pgs; 2 docs) | Adversary case 8:19-ap-01235. Complaint by Stoll, Nussbaum & Polakov, APC. against Eagan Avenatti, LLP . Fee Amount $350 (Attachments: # 1 Adv. Cover Sheet) Nature of Suit: (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Law, Tamika) (Entered: 12/23/2019) |
| 12/26/2019 | 63 (14 pgs) | Application to Employ Bicher & Associates as Field Agent *Declaration of Lori J. Ensley in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 12/26/2019) |
| 12/27/2019 | 64 (4 pgs) | Notice of Appearance and Request for Notice Filed by Creditor Philip Landsman . (Mccall, Audrey) (Entered: 12/27/2019) |
| 12/31/2019 | 65 (45 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)47 Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service*). (Wood, David) (Entered: 12/31/2019) |
| 01/04/2020 | 66 (3 pgs) | Voluntary Dismissal of Motion *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)28 Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service*). (Marshack (TR), Richard) (Entered: 01/04/2020) |
| 01/06/2020 | 67 (4 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)55 Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL , *Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service*). (Murphey, Meghan) (Entered: 01/06/2020) |
| 01/06/2020 | 68 (35 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *AMENDED Declaration That No Party Requested a Hearing on Motion* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)55 Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL , *Including* |

**EXHIBIT "2"**
**PAGE 34**

1/24/22, 10:39 AM                                    CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | *Statement of Disinterestedness of Meghan C. Murphey with Proof of Service*). (Murphey, Meghan) (Entered: 01/06/2020) |
| 01/07/2020 | 69<br>(95 pgs) | Response to (related document(s): 33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Damon Rogers, Alexis Gardner, The X-Law Group, P.C. (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/07/2020 | 70<br>(103 pgs) | Notice *of Errata Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C. (RE: related document(s)*69 Response to (related document(s): 33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Damon Rogers, Alexis Gardner, The X-Law Group, P.C.). (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/07/2020 | 71<br>(98 pgs) | Response to (related document(s): 33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C. (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/08/2020 | 72<br>(4 pgs) | Notice *[Joinder to Creditors The X-Law Group, P.C., Damon Rogers, and Alexis Gardner's Response to Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel]* Filed by Interested Party Avenatti Michael (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR), 71 Response to (related document(s): 33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C.). (O'Dea, Ryan) (Entered: 01/08/2020)* |
| 01/13/2020 | 73<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Rieder, Monica. (Rieder, Monica) (Entered: 01/13/2020) |
| 01/14/2020 | 74<br>(19 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)63 Application to Employ Bicher & Associates as Field Agent *Declaration of Lori J. Ensley in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 01/14/2020) |
| 01/14/2020 | 75<br>(11 pgs) | Reply to (related document(s): 33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried &* |

**EXHIBIT "2"**

**PAGE 35**

1/24/22, 10:39 AM                                 CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | *Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support* filed by Trustee Richard A Marshack (TR)) Trustee's Reply In Support of Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 01/14/2020) |
| 01/21/2020 | 77 | Hearing Held - Motion granted: Order by attorney (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 01/22/2020) |
| 01/21/2020 | 193 (1 pg) | Notice of Change of Address Filed by Creditor Suzy Quinn . (Le, James) (Entered: 08/24/2020) |
| 01/22/2020 | 76 (7 pgs) | Notice of lodgment *of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 01/22/2020) |
| 01/22/2020 | 78 (2 pgs) | Order approving Chapter 7 Trustee's application to employ Burke, Williams & Sorensen, LLP as Special Litigation Counsel (BNC-PDF) (Related Doc # 55) Signed on 1/22/2020. (Le, James) (Entered: 01/22/2020) |
| 01/22/2020 | 79 (2 pgs) | Order approving Chapter 7 Trustee's application to employ Conway Mackenzie, Inc. as Financial Analyst (BNC-PDF) (Related Doc # 47) Signed on 1/22/2020. (Le, James) (Entered: 01/22/2020) |
| 01/23/2020 | 80 (2 pgs) | Order granting Trustee's motion under LBR 2016-2 for authorization to employ paraprofessional - Bicher & Associates (BNC-PDF) (Related Doc # 63) Signed on 1/23/2020. (Le, James) (Entered: 01/23/2020) |
| 01/23/2020 | 81 (6 pgs) | Notice of lodgment *of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 01/23/2020) |
| 01/23/2020 | 82 (3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm*. (Reitman, John) (Entered: 01/23/2020) |
| 01/24/2020 | 83 (3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm*. (Reitman, Jack) (Entered: 01/24/2020) |
| 01/24/2020 | 84 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)78 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 01/24/2020. (Admin.) (Entered: 01/24/2020) |

**EXHIBIT "2"**

**PAGE 36**

1/24/22, 10:39 AM                                         CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| 01/24/2020 | **85**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)79 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 01/24/2020. (Admin.) (Entered: 01/24/2020) |
| 01/25/2020 | **86**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)80 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 01/25/2020. (Admin.) (Entered: 01/25/2020) |
| 01/27/2020 | **87**<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm*. (Rieder, Monica) (Entered: 01/27/2020) |
| 01/28/2020 | **88**<br>(9 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Name Change of Landau Gottfried & Berger LLP to Landau Law LLP* Filed by Trustee Richard A Marshack (TR). (Reitman, Jack) (Entered: 01/28/2020) |
| 01/28/2020 | **89**<br>(6 pgs) | Notice of lodgment *Notice of Lodgment of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, Jack) (Entered: 01/28/2020) |
| 01/28/2020 | 90 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 3/24/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 01/29/2020) |
| 02/04/2020 | **91**<br>(21 pgs) | Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020 (Le, James). (Entered: 02/04/2020) |
| 02/04/2020 | **92**<br>(13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | **93**<br>(16 pgs) | Motion *Trustee's Motion for Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | **94**<br>(11 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)93 Motion *Trustee's Motion or Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | 95 | Hearing Set (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 |

| | | at 2:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/05/2020) |
|---|---|---|
| 02/04/2020 | 96 | Hearing Set (RE: related document(s)93 Generic Motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/05/2020) |
| 02/05/2020 | 97 | Notice to Filer of Error and/or Deficient Document **Richard A. Marshack's holographic signature. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER SIGNATURES.** (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 02/05/2020) |
| 02/05/2020 | 98 (6 pgs) | Notice *of Errata re: Signature Page to the Application by Chapter 7 Trustee to Employ Kellner Law Group PC as Special Collections Counsel, with Proof of Service Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91* Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service Filed by Trustee Richard A. Marshack (TR)* (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020.). (Hays, D) (Entered: 02/05/2020) |
| 02/14/2020 | 99 (11 pgs) | Notice *of Change of Time Only with Proof of Service Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91* Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service Filed by Trustee Richard A Marshack (TR)* (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020., 93 Motion *Trustee's Motion for Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service Filed by Trustee Richard A Marshack (TR)).* (Wood, David) (Entered: 02/14/2020) |
| 02/14/2020 | 100 | Hearing Advanced (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR), 93 Generic Motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/14/2020) |
| 02/19/2020 | 101 (4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service Filed by Trustee Richard A Marshack (TR).* (Wood, David) (Entered: 02/19/2020) |
| 02/25/2020 | 103 | Hearing Continued (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 3/3/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/26/2020) |
| 02/25/2020 | 104 | Hearing Held: Motion granted: Order by attorney (RE: related document(s)93 Generic Motion filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 02/26/2020) |
| 02/26/2020 | 102 (2 pgs) | Order approving Chapter 7 Trustee's application to employ special litigation counsel (BNC-PDF) (Related Doc # 33) Signed on 2/26/2020. (Le, James) (Entered: 02/26/2020) |
| 02/28/2020 | 105 | BNC Certificate of Notice - PDF Document. (RE: related document(s)102 |

EXHIBIT "2"
PAGE 38

1/24/22, 10:39 AM                           CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | (4 pgs) | Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 02/28/2020. (Admin.) (Entered: 02/28/2020) |
| 03/02/2020 | 106 (6 pgs) | Declaration re: *Supplemental Declaration of Richard L. Kellner in Support with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service*). (Hays, D) (Entered: 03/02/2020) |
| 03/03/2020 | 108 | Hearing Held - Motion granted: Order by attorney (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 03/04/2020) |
| 03/04/2020 | 107 (2 pgs) | Order granting Trustee's motion to approve subordination agreement with Jason Frank Law, PLC BNC-PDF) (Related Doc # 93 ) Signed on 3/4/2020 (Le, James) (Entered: 03/04/2020) |
| 03/04/2020 | 109 (2 pgs) | Order approving Chapter 7 Trustee's application to employ Kellner Law Group PC as Special Collections Counsel (BNC-PDF) (Related Doc # 91) Signed on 3/4/2020. (Le, James) (Entered: 03/04/2020) |
| 03/06/2020 | 110 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)107 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 03/06/2020. (Admin.) (Entered: 03/06/2020) |
| 03/06/2020 | 111 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)109 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 03/06/2020. (Admin.) (Entered: 03/06/2020) |
| 03/18/2020 | 112 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Naylor, Karen. (Naylor, Karen) (Entered: 03/18/2020) |
| 03/20/2020 | 113 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *by creditor Edward M. Ricci, P.A. and Edward M. Ricci, in individual* Filed by Reeder, David. (Reeder, David) (Entered: 03/20/2020) |
| 03/23/2020 | 114 (5 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee to Continue Hearing on the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum) filed by Stoll, Nussbaum & Polakov* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 03/23/2020) |
| 03/23/2020 | 115 (2 pgs) | Order approving stipulation to continue hearing on motion for relief from the automatic stay under 11 U.S.C. section 362 (Action in Non-Bankruptcy Forum) Hearing continued to June 2, 2020 at 10:00 AM (BNC-PDF) (Related Doc # 114 ) Signed on 3/23/2020 (Le, James) (Entered: 03/23/2020) |
| 03/23/2020 | 116 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 6/2/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 03/23/2020) |
| 03/24/2020 | 117 | Hearing Continued : OFF CALENDAR - ORDER CONTINUING |

EXHIBIT "2"
PAGE 39

| | | |
|---|---|---|
| | | HEARING TO JUNE 2, 2020 AT 10:00 AM ENTERED ON 3/23/20. (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) (Le, James) (Entered: 03/25/2020) |
| 03/25/2020 | 118 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)115 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 03/25/2020. (Admin.) (Entered: 03/25/2020) |
| 03/31/2020 | 119 (179 pgs) | Motion for 2004 Examination *Notice of Motion and Motion for Issuance of an Order Under Bankruptcy Rule 2004 Compelling the Production of Documents by and the Examination of (1) The X-Law Group, Pc, and (2) Filippo Marchino; Memorandum of Points and Authorities and Declarations of Monica Rieder and John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 03/31/2020) |
| 03/31/2020 | 120 | Hearing Set (RE: related document(s)119 Motion for Examination filed by Trustee Richard A Marshack (TR) The Hearing date is set for 4/28/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 03/31/2020) |
| 04/01/2020 | 121 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Sanders, Nanette. (Sanders, Nanette) (Entered: 04/01/2020) |
| 04/14/2020 | 122 (26 pgs) | Adversary case 8:20-ap-01049. Complaint by Richard A. Marshack against Aledmi, LLC, Alan Chaffee, Edwin Spaunhurst, Michael White, Lisa Hallmon. (Charge To Estate) Fee Amount: $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/15/2020 (Le, James). (Entered: 04/14/2020) |
| 04/14/2020 | 123 (30 pgs) | Adversary case 8:20-ap-01050. Complaint by Richard A. Marshack against Alki Bakery, Inc.. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |
| 04/14/2020 | 124 (27 pgs) | Adversary case 8:20-ap-01051. Complaint by Richard A. Marshack against Robert Faieta dba Competition Motorsports. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |
| 04/14/2020 | 125 (32 pgs) | Adversary case 8:20-ap-01052. Complaint by Richard A. Marshack against Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |

**EXHIBIT "2"**

**PAGE 40**

| 1/24/22, 10:39 AM | | CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE) |
|---|---|---|
| 04/15/2020 | [126](#)<br>(4 pgs) | Notice *NOTICE OF VOLUNTARY DISMISSAL OF MOTION FOR ISSUANCE OF AN ORDER UNDER BANKRUPTCY RULE 2004 COMPELLING THE PRODUCTION OF DOCUMENTS BY AND THE EXAMINATION OF (1) THE X-LAW GROUP, PC, AND (2) FILIPPO MARCHINO WITHOUT PREJUDICE* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[119](#) Motion for 2004 Examination *Notice of Motion and Motion for Issuance of an Order Under Bankruptcy Rule 2004 Compelling the Production of Documents by and the Examination of (1) The X-Law Group, Pc, and (2) Filippo Marchino; Memorandum of Points and Authorities and Declarations of Monica Rieder and John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, Jack) (Entered: 04/15/2020) |
| 04/21/2020 | [127](#)<br>(29 pgs) | Adversary case 8:20-ap-01058. Complaint by Richard A Marshack against Dillanos Coffee Roasters, Inc.. (Charge To Estate)Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)),(13 (Recovery of money/property - 548 fraudulent transfer),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | [128](#)<br>(25 pgs) | Adversary case 8:20-ap-01059. Complaint by Richard A. Marshack against Eisenhower Carlson PLLC. (Charge To Estate)Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | [129](#)<br>(29 pgs) | Adversary case 8:20-ap-01060. Complaint by Richard A. Marshack against Gallo Builders, Inc.. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | [130](#)<br>(24 pgs) | Adversary case 8:20-ap-01061. Complaint by Richard A. Marshack against Daimler Trucks North America LLC. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/28/2020 | 131 | Hearing Held: OFF CALENDAR - NOTICE OF VOLUNTARY DISMISSAL OF MOTION FILED 4/15/20. (RE: related document(s)[119](#) Motion for Examination filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 04/29/2020) |
| 05/01/2020 | [132](#)<br>(31 pgs) | Adversary case 8:20-ap-01068. Complaint by Richard A. Marshack against Silver Star Sounds & Communications, Inc. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer),(14 (Recovery of |

EXHIBIT "2"

PAGE 41

| | | |
|---|---|---|
| | | money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/01/2020 | [133](#) (29 pgs) | Adversary case 8:20-ap-01069. Complaint by Richard A. Marshack against Trackside Performance, LLC. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfer* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/01/2020 | [134](#) (42 pgs) | Adversary case 8:20-ap-01071. Complaint by Richard A. Marshack against Vincent Builders, Inc.. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/06/2020 | [135](#) (5 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm* Filed by Creditor Edward M. Ricci, P.A.. (Reeder, David) (Entered: 05/06/2020) |
| 05/15/2020 | [136](#) (115 pgs) | Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [137](#) (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[136](#) Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [138](#) (17 pgs) | Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [139](#) (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[138](#) Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | 140 | Hearing Set (RE: related document(s)[136](#) Motion to Allow Claims filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 6/9/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 05/18/2020) |
| 05/15/2020 | 141 | Hearing Set (RE: related document(s)[138](#) Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 6/9/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 05/18/2020) |
| 05/19/2020 | [142](#) (18 pgs) | Adversary case 8:20-ap-01086. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP against The X-Law Group, PC, |

1/24/22, 10:39 AM                                    CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

|  |  |  |
|---|---|---|
|  |  | a professional corporation, Filippo Marchino, an individual, Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, a limited liability company, Sandy Le, individually and on behalf of Tina Ngan Le, decedent. (Charge To Estate) Fee Amount: $350.00. *Complaint for Preliminary Injunction, Declaratory Judgment, and Further Relief* Nature of Suit: (72 (Injunctive relief - other)),(91 (Declaratory judgment)) (Reitman, John) Modified on 5/19/2020 (Le, James). (Entered: 05/19/2020) |
| 05/20/2020 | [143](3 pgs) | Request for special notice *with Proof of Service* Filed by Interested Party Eisenhower Carlson PLLC. (Casselberry, Steven) (Entered: 05/20/2020) |
| 05/28/2020 | [144](5 pgs) | Objection (related document(s): [136](136) Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* filed by Trustee Richard A Marshack (TR)) *[Objection to Chapter 7 Trustee's Motion for Allowance of Administrative Expense Claim of Brian Weiss, Former Receiver]* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 05/28/2020) |
| 05/28/2020 | [145](6 pgs) | Objection (related document(s): [138](138) Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 05/28/2020) |
| 05/29/2020 | [146](6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee -- Second Stipulation to Continue Hearing on the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum) filed by Stoll, Nussbaum & Polakov* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 05/29/2020) |
| 06/01/2020 | [147](2 pgs) | Order approving stipulation to continue hearing on Stoll, Nussbam & Polakov's motion for relief from the automatc stay under 11 U.S.C. section 362 (Action in Non-Bankruptcy Forum) Hearing continued to August 4, 2020 at 10:00 AM (BNC-PDF) (Related Doc # [146](146) ) Signed on 6/1/2020 (Le, James) (Entered: 06/01/2020) |
| 06/01/2020 | 148 | Hearing Continued (RE: related document(s)[13](13) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 8/4/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/01/2020) |
| 06/02/2020 | [149](26 pgs) | Reply to (related document(s): [145](145) Objection filed by Interested Party Avenatti Michael) *Reply in Support of Trustee's Application to Employ Force 10 Partners, LLC as Estate's Electronic Records Manager with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/02/2020) |
| 06/02/2020 | [150](59 pgs) | Reply to (related document(s): [144](144) Objection filed by Interested Party Avenatti Michael) *Reply in Support of Trustee's Motion for Allowance of Administrative Priority Expense with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/02/2020) |
| 06/02/2020 | [151](151) | Motion *Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci,* |

1/24/22, 10:39 AM                                CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | (14 pgs) | *Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
|---|---|---|
| 06/02/2020 | [152](#) (45 pgs; 5 docs) | Declaration re: *Declaration of Edward M. Ricci in support of Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)[151](#) Motion *Motion of Creditors Edward m. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* ). (Attachments: # [1](#) Exhibit Exhibits 1-4 # [2](#) Exhibit Exhibit 5 # [3](#) Exhibit Exhibit 6 # [4](#) Exhibit Exhibit 7) (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
| 06/02/2020 | [153](#) (6 pgs) | Notice of Hearing *Notice of Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)[151](#) Motion *Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A.). (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
| 06/02/2020 | 155 | Hearing Set (RE: related document(s)[151](#) Generic Motion filed by Creditor Edward M. Ricci, P.A.) The Hearing date is set for 6/23/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/03/2020) |
| 06/02/2020 | 156 | Hearing Continued: OFF CALENDAR - ORDER CONTINUING HEARING TO AUGUST 4, 2020 AT 10:00 AM ENTERED ON 6/1/2020. (RE: related document(s)[13](#) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) (Le, James) (Entered: 06/03/2020) |
| 06/03/2020 | 154 | Notice to Filer of Correction Made/No Action Required: **Other - Do not use all caps in the docket entry text. The court will correct the docket entries. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)[151](#) Generic Motion filed by Creditor Edward M. Ricci, P.A., [152](#) Declaration filed by Creditor Edward M. Ricci, P.A., [153](#) Notice of Hearing filed by Creditor Edward M. Ricci, P.A.) (Le, James) (Entered: 06/03/2020) |
| 06/03/2020 | [157](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[147](#) Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/03/2020. (Admin.) (Entered: 06/03/2020) |
| 06/09/2020 | [158](#) (5 pgs) | Reply to (related document(s): [151](#) Motion *MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* filed by Creditor Edward M. Ricci, P.A.) *Trustee's Response to Motion of Creditors Edward M. Ricci, P.A. and Edward M. Ricci, Esq., an Individual, for an Order Deeming Proof of Claim No. 38 to Have Been Timely Filed with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/09/2020) |

**EXHIBIT "2"**

**PAGE 44**

1/24/22, 10:39 AM                              CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| 06/09/2020 | 159 | Hearing Held: Motion granted - Order by Attorney (RE: related document(s)136 Motion to Allow Claims filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 06/10/2020) |
|---|---|---|
| 06/09/2020 | 160 | Hearing Held - Motion denied: Order by Attorney (RE: related document(s)138 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 06/10/2020) |
| 06/16/2020 | 161 (9 pgs; 2 docs) | Reply to (related document(s): 151 Motion *MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* filed by Creditor Edward M. Ricci, P.A.) *REPLY OF MOVING PARTIES TO RESPONSE OF TRUSTEE TO MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* Filed by Creditor Edward M. Ricci, P.A. (Attachments: # 1 Exhibit Exhibit 1) (Reeder, David) (Entered: 06/16/2020) |
| 06/18/2020 | 162 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramlo, Kurt. (Ramlo, Kurt) (Entered: 06/18/2020) |
| 06/18/2020 | 163 (7 pgs) | Notice of lodgment *of Order Denying Application by Chapter 7 Trustee to use Estate Property Under Section 363(B) to Retain Force 10 Partners LLC as Electronic Document Manager; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)138 Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/18/2020) |
| 06/18/2020 | 164 (7 pgs) | Notice of lodgment *of Order Granting Motion for Allowance of Administrative Expense Claim for Debtor's Prepetition Receiver, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)136 Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/18/2020) |
| 06/19/2020 | 165 (7 pgs) | Notice *Notice of Proof of Claim for Creditor Gregory Barela* Filed by Trustee Richard A Marshack (TR). (Reitman, Jack) WARNING: DOCUMENT SUBSEQUENTLY AMENDED BY DOCKET ENTRY NUMBER 166 Modified on 6/19/2020 (Steinberg, Elizabeth). (Entered: 06/19/2020) |
| 06/19/2020 | 166 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING USING THE CLAIM MODULE.** (RE: related document(s)165 Notice filed by Trustee Richard A Marshack (TR)) (Steinberg, Elizabeth) (Entered: 06/19/2020) |
| 06/22/2020 | 167 (2 pgs) | Order granting Chapter 7 Trustee's motion for allowance of administrative expense claim for Debtor's prepetition receiver (Claim No. 20) (BNC-PDF) (Related Doc # 136) Signed on 6/22/2020. (Le, James) (Entered: 06/22/2020) |
| 06/22/2020 | 168 (2 pgs) | Order denying Chapter 7 Trustee's application to use Estate Property under section 363(B) to retain Force 10 Partners LLC as Electronic Document |

**EXHIBIT "2"**

**PAGE 45**

1/24/22, 10:39 AM                          CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | Manager (BNC-PDF) (Related Doc # 138) Signed on 6/22/2020. (Le, James) (Entered: 06/22/2020) |
|---|---|---|
| 06/23/2020 | 171 | Hearing Held: Motion granted - Order by attorney (RE: related document(s)151 Generic Motion filed by Creditor Edward M. Ricci, P.A.) (Le, James) (Entered: 06/24/2020) |
| 06/24/2020 | 169 (24 pgs) | Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/24/2020) |
| 06/24/2020 | 170 (14 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)169 Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/24/2020) |
| 06/24/2020 | 172 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)167 Order on Motion to Allow Claims (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/24/2020 | 173 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)168 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/24/2020 | 174 | Hearing Set (RE: related document(s)169 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 7/21/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/25/2020) |
| 06/25/2020 | 175 (7 pgs) | Notice of lodgment *Notice Of Lodgment Of Order In Bankruptcy Case Re: Motion Of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., An Individual, For An Order Deeming Proof Of Claim No. 38 To Have Been Timely* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)151 Motion *Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020.). (Reeder, David) (Entered: 06/25/2020) |
| 07/02/2020 | 176 (2 pgs) | Order granting Creditor's motion to deem proof of claim #38 to have been timely filed (BNC-PDF) (Related Doc # 151 ) Signed on 7/2/2020 (Le, James) (Entered: 07/02/2020) |
| 07/04/2020 | 177 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)176 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 07/04/2020. (Admin.) (Entered: 07/04/2020) |
| 07/07/2020 | 178 (6 pgs) | Objection (related document(s): 169 Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* filed by Trustee Richard A Marshack (TR)) *with Proof of Service* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 07/07/2020) |
| 07/07/2020 | 179 (16 pgs) | Stipulation By Richard A Marshack (TR) and *Geoffrey E. Johnson, Debtor's former client for order authorizing Trustee to Turnover Client Files to Debtor's Former Client Geoffrey E. Johnson with Proof of Service* |

**EXHIBIT "2"**

**PAGE 46**

1/24/22, 10:39 AM                                 CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 07/07/2020) |
| 07/13/2020 | 180 (1 pg) | Order approving stipulation authorizing Trustee's to turn over client files to Debtor's former client, Geoffrey E. Johnson (BNC-PDF) (Related Doc # 179 ) Signed on 7/13/2020 (Le, James) (Entered: 07/13/2020) |
| 07/15/2020 | 181 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)180 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 07/15/2020. (Admin.) (Entered: 07/15/2020) |
| 07/21/2020 | 182 | Hearing Continued: Continued hearing date to be determined in September (RE: related document(s)169 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 07/22/2020) |
| 07/30/2020 | 183 (6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Robert J. Stoll, Jr. and Richard A. Marshack to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum) Filed by Stoll, Nussbaum & Polakov* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 07/30/2020) |
| 07/31/2020 | 184 | In accordance with the Administrative Order 20-07 dated 7/15/20, this case is hereby reassigned from Judge Catherine E. Bauer to Judge Scott C Clarkson. (Le, James) (Entered: 07/31/2020) |
| 07/31/2020 | 185 (2 pgs) | Order Approving Third Stipulation To Continue Hearing On The Motion For Relief From The Automatic Stay Under 11 U.S.C. Section 362 (Action In Non-Bankruptcy Forum) Filed By Stoll, Nussbaum & Polakov. IT IS ORDERED: Th Hearing On The Motion For Relief From The Automatic Stay Is Continued To September 24, 2020 At 10:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # 183 ) Signed on 7/31/2020 (Bolte, Nickie) (Entered: 07/31/2020) |
| 08/02/2020 | 186 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)185 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 08/02/2020. (Admin.) (Entered: 08/02/2020) |
| 08/04/2020 | 187 (32 pgs) | Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 08/04/2020) |
| 08/04/2020 | 188 | Hearing Set (RE: related document(s)187 Trustee's Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 9/23/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 08/04/2020) |
| 08/07/2020 | 189 (1 pg) | Order Setting Hearing On Application By Chapter 7 Trustee To Retain ForceTen Partners, LLC As Electronic Document Manger, Filed June 24, 2020, (Docket Number 169) For Hearing On August 19, 2020 At 11:00 A.M. In Courtroom 5C - Virtual. (BNC-PDF) Signed on 8/7/2020 (RE: |

**EXHIBIT "2"**

**PAGE 47**

1/24/22, 10:39 AM                     CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | related document(s)169 Application to Employ filed by Trustee Richard A Marshack (TR)). (Bolte, Nickie) (Entered: 08/07/2020) |
| 08/07/2020 | 190 | Hearing Set (RE: related document(s)169 Application By Chapter 7 Trustee To Retain Force TenPartners LLC As Electronic Document Manger filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 8/19/2020 at 11:00 AM at Crtrm 5C - Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 08/07/2020) |
| 08/09/2020 | 191 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)189 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/09/2020. (Admin.) (Entered: 08/09/2020) |
| 08/19/2020 | 192 | Hearing Held On Motion (RE: related document(s)169 : Application By Chapter 7 Trustee To Retain Force Ten Partners LLC As Electronic Document Manager filed by Trustee Richard A Marshack (TR)) - MOTION GRANTED - (Bolte, Nickie) (Entered: 08/21/2020) |
| 08/27/2020 | 194 (7 pgs) | Order Granting Application By Chapter 7 Trustee To Retain Force 10 Partners LLC As Electronic Document Manager (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 169) Signed on 8/27/2020. (Bolte, Nickie) (Entered: 08/27/2020) |
| 08/29/2020 | 195 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)194 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 08/29/2020. (Admin.) (Entered: 08/29/2020) |
| 09/09/2020 | 196 (7 pgs) | Opposition to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) - *Warning: See docket entry no.: 197 for corrections - Modified on 9/10/2020 (Bolte, Nickie). (Entered: 09/09/2020)* |
| 09/10/2020 | 197 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT, WHICH IS: 8:19-bk-13560-SC.** (RE: related document(s)196 Opposition filed by Interested Party Avenatti Michael) (Bolte, Nickie) (Entered: 09/10/2020) |
| 09/11/2020 | 198 (4 pgs) | Errata *[Notice of Errata Re Opposition to Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC]* Filed by Interested Party Avenatti Michael (RE: related document(s)196 Opposition, 197 Notice to Filer of Error and/or Deficient Document). (O'Dea, Ryan) (Entered: 09/11/2020) |
| 09/16/2020 | 199 (6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Robert J. Stoll, Jr. and Richard A. Marshack to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum)* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 09/16/2020) |
| 09/16/2020 | 200 | Order Approving Fourth Stipulation To Continue Hearing On The Motion |

Case 8:19-bk-13560-SC    Doc 353    Filed 01/24/22    Entered 01/24/22 19:31:05    Desc
Main Document      Page 41 of 73

| | | |
|---|---|---|
| | (2 pgs) | For Relief From The Automatic Stay Under 11 U.S.C. Section 362 (Action In Non-Bankruptcy Forum) Filed By Stoll, Nussbaum & Polakov To December 17, 2020 At 10:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # 199 ) Signed on 9/16/2020 (Bolte, Nickie) (Entered: 09/16/2020) |
| 09/16/2020 | 201 (19 pgs) | Reply to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R filed by Trustee Richard A Marshack (TR) Reply in Support of Trustee's Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Nussbaum & Polakov, APC Filed by Trustee Richard A Marshack (TR)* (Reitman, John) (Entered: 09/16/2020) |
| 09/16/2020 | 202 (492 pgs) | Declaration re: *Supplemental Declaration of John P. Reitman in Support of Reply in Support of Trustee's Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Nussbaum & Polakov, APC* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)201 Reply). (Reitman, John) (Entered: 09/16/2020) |
| 09/16/2020 | 203 (4 pgs) | Reply to (related document(s): 201 Reply filed by Trustee Richard A Marshack (TR)) *Joinder in Chapter 7 Trustee's Reply in Support of Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Naussbaum & Polakov, APC [Docket No. 201]* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 09/16/2020) |
| 09/19/2020 | 204 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)200 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 09/19/2020. (Admin.) (Entered: 09/19/2020) |
| 09/23/2020 | 205 (18 pgs) | Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Murphey, Meghan) (Entered: 09/23/2020) |
| 09/23/2020 | 206 (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)205 Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Murphey, Meghan) (Entered: 09/23/2020) |
| 09/23/2020 | 207 | Hearing Continued On Motion (RE: related document(s)187 Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR)) HEARING ON MOTION CONTINUED TO OCTOBER 21, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. REPLY DUE OCTOBER 14, 2020. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/28/2020) |
| 09/24/2020 | 208 | Hearing Continued On Motion (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM RE: Case Name: Eagan Avenatti LLP v. Stoll, Nussbaum & Polakov, et al.; Docket No: 30-2011-00483570 Consolidated With 30-2013-00627604; Pending In: California Superior Court For The County Of Orange - filed by Creditor Stoll, Nussbaum & Polakov. HEARING ON MOTION CONTINUED TO DECEMBER 17, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING FOURTH |

EXHIBIT "2"
PAGE 49

| | | STIPULATION TO CONTINUE HEARING ON MOTION ENTERED FOR RELIEF FROM THE AUTOMATIC STAY 9-16-2020 - (DOCKET NO. 200) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/29/2020) |
|---|---|---|
| 10/08/2020 | 209<br>(8 pgs) | Transcript regarding Hearing Held 09/23/20 RE: CONT'D STATUS CONFERENCE HEARING RE: SECOND AMENDED COMPLAINT FOR AVOIDANCE AND RECOVERY OF VOIDABLE TRANSFERS. Remote electronic access to the transcript is restricted until 01/6/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 10/15/2020. Redaction Request Due By 10/29/2020. Redacted Transcript Submission Due By 11/9/2020. Transcript access will be restricted through 01/6/2021. (Steinhauer, Holly) (Entered: 10/08/2020) |
| 10/14/2020 | 210<br>(5 pgs) | Reply to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R filed by Trustee Richard A Marshack (TR)) Sur-Reply in Opposition to Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC with Proof of Service Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 10/14/2020)* |
| 10/15/2020 | 211<br>(37 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)205 Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service*). (Murphey, Meghan) (Entered: 10/15/2020) |
| 10/16/2020 | 212<br>(9 pgs; 3 docs) | Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Certificate of Service) (Kuylman, Erick) (Entered: 10/16/2020) |
| 10/16/2020 | 213<br>(23 pgs; 5 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Intervenor Hrayr's Shahinian's client file in case no. 2:14-cv-08313-JAK-JPR . Fee Amount $181, Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit Exhibit to Warren Declaration # 4 Certificate of Service) (Kuylman, Erick)- Warning: See docket entry no.: 218 for corrections - Modified on 10/19/2020 (Bolte, Nickie). (Entered: 10/16/2020) |
| 10/16/2020 | | Receipt of Motion for Relief from Stay - Personal Property(8:19-bk-13560-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 51905476. Fee amount 181.00. (re: Doc# 213) (U.S. Treasury) (Entered: 10/16/2020) |
| 10/16/2020 | 214<br>(3 pgs) | Notice of Hearing *re Motion to Intervene* Filed by Intervenor Hrayr Shahinian (RE: related document(s)212 Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of |

**EXHIBIT "2"**

**PAGE 50**

1/24/22, 10:39 AM                                    CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | Points and Authorities # 2 Certificate of Service)). (Kuylman, Erick) (Entered: 10/16/2020) |
| 10/16/2020 | 215 (3 pgs) | *Notice of Hearing re Motion to Compel Intervenor Shahinian's Case File* Filed by Intervenor Hrayr Shahinian (RE: related document(s)213 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Intervenor Hrayr's Shahinian's client file in case no. 2:14-cv-08313-JAK-JPR . Fee Amount $181, Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit Exhibit to Warren Declaration # 4 Certificate of Service)). (Kuylman, Erick) (Entered: 10/16/2020) |
| 10/16/2020 | 216 | Hearing Set (RE: related document(s)212 Dr. Hrayr Shaninian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/19/2020) |
| 10/16/2020 | 217 | Hearing Set (RE: related document(s)213 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson - MOTION REFILED ON 10/19/2020 - DOCKET NO. 219 - SEE DOCKET NO. 220 FOR HEARING SET ON REFILED MOTION (Bolte, Nickie) Modified on 10/20/2020 (Bolte, Nickie). (Entered: 10/19/2020) |
| 10/19/2020 | 218 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENT, WHICH IS: Bankruptcy Events BK - Motions/Applications X - Motion (Generic) (motion).** (RE: related document(s)213 Motion for Relief from Stay - Personal Property filed by Intervenor Hrayr Shahinian) (Bolte, Nickie) (Entered: 10/19/2020) |
| 10/19/2020 | 219 (23 pgs; 5 docs) | *Motion to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memo of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit 1 to Warren Declaration # 4 Certificate of Service) (Kuylman, Erick) (Entered: 10/19/2020) |
| 10/19/2020 | 220 | Hearing Set (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/20/2020) |
| 10/20/2020 | 221 (21 pgs) | Adversary case 8:20-ap-01146. Complaint by RICHARD A. MARSHACK against Andrew S. Davis. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | 222 | Adversary case 8:20-ap-01147. Complaint by Richard A. Marshack |

EXHIBIT "2"
PAGE 51

| | | |
|---|---|---|
| | (23 pgs) | against Cascade Capital Group, LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [223](#) (22 pgs) | Adversary case 8:20-ap-01148. Complaint by Richard A. Marshack against Protech Security & Electronics, Inc.. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [224](#) (21 pgs) | Adversary case 8:20-ap-01149. Complaint by Richard A. Marshack against Simeon Osborn. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [225](#) (24 pgs) | Adversary case 8:20-ap-01150. Complaint by Richard A. Marshack against Honda Aircraft Company LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/21/2020 | 230 | Hearing Held On Motion (RE: related document(s)[187](#) Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR)) - MOTION GRANTED - (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/22/2020 | [226](#) (1 pg) | Request for CD of Court Proceedings *September 23, 2020*. Fee Amount $31, Filed by Creditor Stoll, Nussbaum & Polakov. (Naylor, Karen) (Entered: 10/22/2020) |
| 10/22/2020 | [227](#) (1 pg) | Request for CD of Court Proceedings *October 21, 2020*. Fee Amount $31, Filed by Creditor Stoll, Nussbaum & Polakov. (Naylor, Karen) (Entered: 10/22/2020) |
| 10/22/2020 | | Receipt of Request for CD of Court Proceedings (fee)(8:19-bk-13560-SC) [misc,cdrf] ( 31.00) Filing Fee. Receipt number 51933905. Fee amount 31.00. (re: Doc# [226](#)) (U.S. Treasury) (Entered: 10/22/2020) |
| 10/22/2020 | | Receipt of Request for CD of Court Proceedings (fee)(8:19-bk-13560-SC) [misc,cdrf] ( 31.00) Filing Fee. Receipt number 51933905. Fee amount 31.00. (re: Doc# [227](#)) (U.S. Treasury) (Entered: 10/22/2020) |
| 10/26/2020 | [228](#) (8 pgs) | Notice of lodgment *Notice of Lodgment of Order in Bankruptcy Case Re: Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Reitman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[187](#) *Motion to Approve Compromise Under Rule 9019 Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of* |

1/24/22, 10:39 AM                                CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | *Points and Authorities and Declarations of John P. Retiman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 10/26/2020) |
| 10/26/2020 | [229](#)<br>(2 pgs) | Order Approving Chapter 7 Trustee's Application To Employ Murphey & Murphey, APC As Special Litigation Counsel Effective As Of August 1, 2020. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [205](#)) Signed on 10/26/2020. (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/28/2020 | [231](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[229](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 10/28/2020. (Admin.) (Entered: 10/28/2020) |
| 10/30/2020 | [232](#)<br>(21 pgs) | Adversary case 8:20-ap-01152. Complaint by Richard A. Marshack against Christine Avenatti Carlin. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/30/2020) |
| 10/30/2020 | [233](#)<br>(21 pgs) | Adversary case 8:20-ap-01153. Complaint by Richard A. Marshack against HPPW, LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/30/2020) |
| 11/02/2020 | [234](#)<br>(4 pgs) | Notice *Trustee's Notice of Non-Opposition to Dr. Hrayr Shahinian's Motion to Intervene* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[212](#) Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Certificate of Service)). (Reitman, Jack) (Entered: 11/02/2020) |
| 11/02/2020 | [235](#)<br>(2 pgs) | Order Granting Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC (BNC-PDF) (Related Doc # [187](#)) Signed on 11/2/2020. (Mccall, Audrey) (Entered: 11/02/2020) |
| 11/04/2020 | [236](#)<br>(19 pgs) | Opposition to (related document(s): [219](#) Motion *to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* filed by Intervenor Hrayr Shahinian) *Trustee's Opposition to Dr. Hrayr Shahinian's Notice of Motion and Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | [237](#)<br>(127 pgs) | Declaration re: *Declaration of John P. Reitman In Support of Trustee's Opposition to Dr. Hrayr Shahinian's Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[236](#) Opposition). (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | [238](#)<br>(150 pgs) | Declaration re: *Declaration of Brian Weiss In Support of Trustee's Opposition to Dr. Hrayr Shahinian's Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-* |

| | | |
|---|---|---|
| | | *08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)236 Opposition). (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | 239 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)235 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 11/04/2020. (Admin.) (Entered: 11/04/2020) |
| 11/11/2020 | 240 (7 pgs; 2 docs) | Reply to (related document(s): 219 Motion *to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* filed by Intervenor Hrayr Shahinian) Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Certificate of Service) (Kuylman, Erick) - Warning: See docket entry no.: 242 for corrections - Modified on 11/12/2020 (Bolte, Nickie). (Entered: 11/11/2020) |
| 11/12/2020 | 241 (39 pgs) | Transcript regarding Hearing Held 10/21/20 RE: MOTION TO AMEND COMPLAINT. Remote electronic access to the transcript is restricted until 02/10/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 11/19/2020. Redaction Request Due By 12/3/2020. Redacted Transcript Submission Due By 12/14/2020. Transcript access will be restricted through 02/10/2021. (Steinhauer, Holly) (Entered: 11/12/2020) |
| 11/12/2020 | 242 | Notice to Filer of Error and/or Deficient Document **Electronic signature does not correspond to the attorney login. THE FILER IS INSTRUCTED TO COMPLY WITH SECTION 3 OF THE COURT MANUAL AND EITHER REFILE THE DOCUMENT WITH THE CORRECT LOGIN OR FILE A SUBSTITUTION OF ATTORNEY.** (RE: related document(s)240 Reply filed by Intervenor Hrayr Shahinian) (Bolte, Nickie) (Entered: 11/12/2020) |
| 11/12/2020 | 243 (9 pgs; 3 docs) | Errata *to Reply in Support of Intervenor's Motion to Compel Case File* Filed by Intervenor Hrayr Shahinian (RE: related document(s)240 Reply, 242 Notice to Filer of Error and/or Deficient Document). (Attachments: # 1 Corrected Reply in Support of Intervenor's Motion to Compel # 2 Certificate of Service - Errata to Reply) (Kuylman, Erick) (Entered: 11/12/2020) |
| 11/16/2020 | 244 (7 pgs) | Motion to Continue Hearing On (related documents 219 Generic Motion) *Chapter 7 Trustee's Motion to Continue Hearing on Intervenor's Motion to Compel Client File; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 11/16/2020) |
| 11/18/2020 | 246 | Hearing Continued (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No.2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO DECEMBER 16, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE (Bolte, Nickie) (Entered: 11/23/2020) |
| 11/18/2020 | 247 | Hearing Continued On Motion (RE: related document(s)219 : Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In |

**EXHIBIT "2"**

**PAGE 54**

1/24/22, 10:39 AM                          CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian). - HEARING ON MOTION CONTINUED TO DECEMBER 16, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 11/23/2020) |
|---|---|---|
| 11/20/2020 | 245 (4 pgs) | Stipulation By Simeon Osborn and *Richard A. Marshack, Chapter 7 Trustee to Extend Time to Respond to Complaint* Filed by Debtor Simeon Osborn (Malo, Aaron) (Entered: 11/20/2020) |
| 12/03/2020 | 248 (17 pgs) | Status report *Chapter 7 Trustee's Status Report re: Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Hays, D) (Entered: 12/03/2020) |
| 12/04/2020 | 249 (14 pgs) | Application to Employ Bicher & Associates as Agent for Trustee *Declaration of Lori J. Ensley; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 12/04/2020) |
| 12/07/2020 | 250 (4 pgs) | Withdrawal re: --*Notice of Withdrawal of Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum)* Filed by Creditor Stoll, Nussbaum & Polakov (RE: related document(s)13 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi). (Naylor, Karen) (Entered: 12/07/2020) |
| 12/10/2020 | 251 (9 pgs) | Stipulation By Richard A Marshack (TR) and *Iron Mountain for Order to Turn Over Debtor's Books and Record and to Allow PostPetition Administrative Expense Claim for Storage and Moving Fees with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 12/10/2020) |
| 12/10/2020 | 252 (2 pgs) | Order Approving Stipulation For Order To Turn Over Debtor's Books And Records And To Allow Postpetition Administrative Expense Claim For Storage And Moving Fees. IT IS ORDERED: That The Stipulation Is Approved In Full; And IT IS FURTHER ORDERED THAT: Upon Timely And Full Turnover Of The Books/Records Iron Mountain Shall Be Allowed An Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(1) In The Amount Of $17,879.49, And The Trustee Is Authorized To Pay Such Expense As Soon As Sufficient Funds Are Available. (BNC-PDF) (Related Doc # 251 ) Signed on 12/10/2020 (Bolte, Nickie) (Entered: 12/10/2020) |
| 12/12/2020 | 253 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)252 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 12/12/2020. (Admin.) (Entered: 12/12/2020) |
| 12/16/2020 | 254 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 6, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS |

**EXHIBIT "2"**

**PAGE 55**

1/24/22, 10:39 AM                               CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 12/18/2020) |
|---|---|---|
| 12/16/2020 | 255 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 6, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 12/18/2020) |
| 12/17/2020 | 256 | Hearing Held On Motion (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM - RE: Case Name: Eagan Avenatti LLP v. Stoll, Nussbaum & Polakov, et al. - Docket No: 30-2011-00483570 Consolidated With 30-2013-00627604 - Pending In: California Superior Court For The County Of Orange filed by Creditor Stoll, Nussbaum & Polakov) - OFF CALENDAR - NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY FILED 12-7-2020 - (DOCKET NO. 250) (Bolte, Nickie) (Entered: 12/18/2020) |
| 12/22/2020 | 257 (19 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)249 Application to Employ Bicher & Associates as Agent for Trustee *Declaration of Lori J. Ensley; with Proof of Service*). (Marshack (TR), Richard) (Entered: 12/22/2020) |
| 12/22/2020 | 258 (2 pgs) | Order Granting Application to Employ Bicher & Associates as a Paraprofessional (BNC-PDF) (Related Doc # 249) Signed on 12/22/2020. (Mccall, Audrey) (Entered: 12/22/2020) |
| 12/23/2020 | 259 (12 pgs) | Status report *Chapter 7 Trustee's Further Status Report re Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 255 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 12/23/2020) |
| 12/24/2020 | 260 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)258 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 12/24/2020. (Admin.) (Entered: 12/24/2020) |
| 01/06/2021 | 261 (18 pgs) | Status report *Further Status Report with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Hays, D) (Entered: 01/06/2021) |
| 01/06/2021 | 262 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 20, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT IS DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/12/2021) |
| 01/06/2021 | 263 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED |

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

|  |  |  |
|---|---|---|
|  |  | TO JANUARY 20, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/12/2021) |
| 01/20/2021 | 264 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO FEBRUARY 18, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/25/2021) |
| 01/20/2021 | 265 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO FEBRUARY 18, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/25/2021) |
| 02/04/2021 | 266<br>(7 pgs) | Status report *Chapter 7 Trustee's Further Status Report re: Efforts to Locate and Turn Over Former Client Files, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 265 Hearing (Bk Motion) Continued). (Hays, D) (Entered: 02/04/2021) |
| 02/15/2021 | 267<br>(83 pgs) | Transcript regarding Hearing Held 01/20/21 RE: SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS. Remote electronic access to the transcript is restricted until 05/17/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 2/22/2021. Redaction Request Due By 03/8/2021. Redacted Transcript Submission Due By 03/18/2021. Transcript access will be restricted through 05/17/2021. (Steinhauer, Holly) (Entered: 02/15/2021) |
| 02/18/2021 | 271 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO APRIL 28, 2021 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/01/2021) |
| 02/18/2021 | 272 | Hearing Continued ON Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO APRIL 28, 2021 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/01/2021) |
|  |  |  |

**EXHIBIT "2"**

**PAGE 57**

1/24/22, 10:39 AM                              CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| Date | Doc | Description |
|---|---|---|
| 02/20/2021 | [268](#) (4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 02/20/2021) |
| 02/24/2021 | [269](#) (88 pgs) | Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 02/24/2021) |
| 02/24/2021 | [270](#) (13 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[269](#) Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 02/24/2021) |
| 03/17/2021 | [273](#) (107 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[269](#) Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service*). (Wood, David) (Entered: 03/17/2021) |
| 03/18/2021 | [274](#) (2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Dillanos Coffee Roasters, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Releases Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [269](#)) Signed on 3/18/2021. (Bolte, Nickie) (Entered: 03/18/2021) |
| 03/20/2021 | [275](#) (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[274](#) Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 03/20/2021. (Admin.) (Entered: 03/20/2021) |
| 03/23/2021 | [276](#) (66 pgs) | Transcript regarding Hearing Held 02/17/21 RE: RULE 16 PRE-TRIAL CONFERENCE. Remote electronic access to the transcript is restricted until 06/21/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 3/30/2021. Redaction Request Due By 04/13/2021. Redacted Transcript Submission Due By 04/23/2021. Transcript access will be restricted through 06/21/2021. (Steinhauer, Holly) (Entered: 03/23/2021) |
| 04/12/2021 | [277](#) (10 pgs) | Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 04/12/2021) |
| 04/12/2021 | [278](#) (12 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[277](#) Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) |

**EXHIBIT "2"**

**PAGE 58**

1/24/22, 10:39 AM

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 04/12/2021) |
| 04/14/2021 | 279<br>(6 pgs) | Status report *Chapter 7 Trustee's Further Status Report re: Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 272 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 04/14/2021) |
| 04/21/2021 | 280<br>(77 pgs) | Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 04/21/2021) |
| 04/21/2021 | 281<br>(15 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)280 Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 04/21/2021) |
| 04/28/2021 | 285 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO JULY 14, 2021 AT 11:00 A.M. IN COURTROOM 5C - VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/07/2021) |
| 04/28/2021 | 286 | Hearing Continued (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO JULY 14, 2021 AT 11:00 A.M. IN COURTROOM 5C - VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/07/2021) |
| 04/30/2021 | 282<br>(28 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)277 Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 04/30/2021) |
| 04/30/2021 | 283<br>(1 pg) | Order Granting Application By Chapter 7 Trustee To Employ Hahn Fife & Company, LLC As Accountant Effective March 25, 2021. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 277) Signed on 4/30/2021. (Bolte, Nickie) (Entered: 04/30/2021) |
| 05/02/2021 | 284<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)283 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 05/02/2021. (Admin.) (Entered: 05/02/2021) |
| 06/01/2021 | 287<br>(51 pgs) | Transcript regarding Hearing Held 05/05/21 RE: MOTION TO DISMISS. Remote electronic access to the transcript is restricted until 08/30/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction |

**EXHIBIT "2"**

**PAGE 59**

| | | |
|---|---|---|
| | | Deadline Due By 6/8/2021. Redaction Request Due By 06/22/2021. Redacted Transcript Submission Due By 07/2/2021. Transcript access will be restricted through 08/30/2021. (Steinhauer, Holly) (Entered: 06/01/2021) |
| 06/04/2021 | 288 (98 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)280 Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service*). (Wood, David) (Entered: 06/04/2021) |
| 06/07/2021 | 289 (71 pgs) | Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 06/07/2021) |
| 06/07/2021 | 290 (13 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)289 Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 06/07/2021) |
| 06/08/2021 | 291 (2 pgs) | Order Granting Motion To Approve Compromise Between Trustee and Alki Bakery, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Releases Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 280) Signed on 6/8/2021. (Bolte, Nickie) (Entered: 06/08/2021) |
| 06/08/2021 | 292 (14 pgs) | Declaration re: *Supplemental Declaration of Richard L. Kellner Re:Application to Employ Kellner Law Group PC as Special Collections Counsel* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service*). (Hays, D) (Entered: 06/08/2021) |
| 06/10/2021 | 293 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)291 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 06/10/2021. (Admin.) (Entered: 06/10/2021) |
| 06/25/2021 | 294 (90 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)289 Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service*). (Wood, David) (Entered: 06/25/2021) |
| 06/25/2021 | 295 (2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Vincent Builders, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Release Of Claims Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 289) Signed on 6/25/2021. (Bolte, Nickie) (Entered: 06/25/2021) |
| 06/27/2021 | 296 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)295 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 06/27/2021. (Admin.) (Entered: 06/27/2021) |

**EXHIBIT "2"**

**PAGE 60**

1/24/22, 10:39 AM                                CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| 07/06/2021 | **297**<br>(6 pgs) | Stipulation By Richard A Marshack (TR) and *Dr. Hrayr Shahinian to continue status conference and hearing on pending motions filed by Dr. Hrayr Shahinian with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Mang, Tinho) (Entered: 07/06/2021) |
| 07/07/2021 | **298**<br>(25 pgs) | Transcript regarding Hearing Held 06/16/21 RE: CONTD RULE 16 STATUS CONFERENCE HEARING RE: SECOND AMENDED COMPLAINT FOR: (1) DECLARATORY JUDGMENT; (2) QUANTUM MERUIT; (3) VIOLATION OF THE AUTOMATIC STAY, AND OTHER COURT ORDERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FRAUDULENT TRANSFER. Remote electronic access to the transcript is restricted until 10/5/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 7/14/2021. Redaction Request Due By 07/28/2021. Redacted Transcript Submission Due By 8/9/2021. Transcript access will be restricted through 10/5/2021. (Steinhauer, Holly) (Entered: 07/07/2021) |
| 07/07/2021 | **299**<br>(2 pgs) | Order Approving Stipulation To Continue Status Conference And Hearing On Pending Motions Filed By Dr. Hrayr Shahinian. IT IS ORDERED: The Hearing And Status Conference On The Motions Currently Set For July 14, 2021 Shall Be Continued For A further 60 Days To September 15, 2021 At 11:00 A.M. In Courtroom 5C-Virtual, Located At 411 West Fourth Street, Santa Ana, CA 92701. Movant Shall Arrange To Pick Up The Files In The Trustee's Possession No Later Than July 16, 2021 To Avoid Further Storage Costs To The Estate. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # **297** ) Signed on 7/7/2021 (Bolte, Nickie) (Entered: 07/07/2021) |
| 07/08/2021 | **300**<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, Jack) (Entered: 07/08/2021) |
| 07/09/2021 | **301**<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)**299** ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 07/09/2021. (Admin.) (Entered: 07/09/2021) |
| 07/12/2021 | **302**<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, John) (Entered: 07/12/2021) |
| 07/14/2021 | 303 | Hearing Continued On Motion (RE: related document(s)**212** Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO SEPTEMBER 15, 2021 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON PENDING MOTIONS FILED BY DR. HRAYR SHAHINIAN ENTERED 7-7-2021 - (DOCKET NO.**299** The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 07/15/2021) |
| 07/14/2021 | 304 | Hearing Continued On Motion (RE: related document(s)**219** Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON THE MOTION CONTINUED TO SEPTEMBER 15, 2021 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON PENDING MOTIONS FILED BY DR. HRAYR SHAHINIAN ENTERED 7-7-2021 - |

**EXHIBIT "2"**

**PAGE 61**

1/24/22, 10:39 AM                                          CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | (DOCKET NO. 299. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 07/15/2021) |
|---|---|---|
| 08/05/2021 | 305 (48 pgs) | Transcript regarding Hearing Held 07/29/21 RE: HEARING RE: MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37 HEARING RE: MOTION FOR ORDER COMPELLING JAMS TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37. Remote electronic access to the transcript is restricted until 11/3/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 8/12/2021. Redaction Request Due By 8/26/2021. Redacted Transcript Submission Due By 09/7/2021. Transcript access will be restricted through 11/3/2021. (Steinhauer, Holly) (Entered: 08/05/2021) |
| 08/12/2021 | 306 (10 pgs) | Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 08/12/2021) |
| 08/31/2021 | 307 (15 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)306 Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee *with Proof of Service*). (Marshack (TR), Richard) (Entered: 08/31/2021) |
| 09/01/2021 | 308 (1 pg) | Order Granting Trustee's Motion For Approval Of Cash Disbursements [LBR 2016-2]. IT IS ORDERED: The Trustee Is Authorized To Disburse Funds From The Estate For The Expenses Set Forth In Exhibit B To The Motion. (BNC-PDF) (Related Doc # 306 ) Signed on 9/1/2021 (Bolte, Nickie) (Entered: 09/01/2021) |
| 09/03/2021 | 309 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)308 Order on Motion For Approval of Cash Disbursements by the Trustee Under LBR 2016-2 (BNC-PDF)) No. of Notices: 1. Notice Date 09/03/2021. (Admin.) (Entered: 09/03/2021) |
| 09/08/2021 | 310 (30 pgs) | Adversary case 8:21-ap-01080. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti LLP against Keurig Dr. Pepper, Inc., f/k/a Green Mountain Coffee Roasters, Inc., a Delaware Corporation. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfer* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | 311 (26 pgs) | Adversary case 8:21-ap-01081. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP against Michael Q. Eagan, The Law Offices of Michael Q. Eagan. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | 312 | Adversary case 8:21-ap-01082. Complaint by Richard A. Marshack, Chapter 7 |

| | | |
|---|---|---|
| | (23 pgs) | Trustee for Eagan Avenatti, LLP against Osborn Machler, PLLC, A Washington professional limited liability company. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | 313 (7 pgs) | Status report *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 304 Hearing (Bk Motion) Continued). (Mang, Tinho) - Warning: See docket entry no.: 314 for corrections - Modified on 9/9/2021 (Bolte, Nickie). (Entered: 09/08/2021) |
| 09/09/2021 | 314 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF HEARING WITH THE CORRECT HEARING INFORMATION.** (RE: related document(s)313 Status report filed by Trustee Richard A Marshack (TR)) (Bolte, Nickie) (Entered: 09/09/2021) |
| 09/09/2021 | 315 (75 pgs) | Motion to approve compromise *Between Trustee and Silver Star Sound & Communications, Inc.; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) - Warning: See docket entry no.: 318 for corrections - Modified on 9/10/2021 (Bolte, Nickie). (Entered: 09/09/2021) |
| 09/09/2021 | 316 (18 pgs) | Notice *of Motion to Approve Compromise, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)315 Motion to approve compromise *Between Trustee and Silver Star Sound & Communications, Inc.; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 09/09/2021) |
| 09/09/2021 | 317 (7 pgs) | Status report *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 304 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 09/09/2021) |
| 09/10/2021 | 318 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable/too small PDF was attached to the docket entry. PDF THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)315 Motion to approve compromise filed by Trustee Richard A Marshack (TR)) (Bolte, Nickie) (Entered: 09/10/2021) |
| 09/10/2021 | 319 (75 pgs) | Motion to approve compromise *Between Trustee and Silver Star Sound & Communications, Inc.; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service (Related to: 315 Motion to approve compromise; 316 Notice of motion; and 318 Notice to filer of error)* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 09/10/2021) |
| 09/11/2021 | 320 (13 pgs) | Motion to Extend Time *Chapter 7 Trustee's Notice of Motion and Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546; Memorandum of Points and Authorities; Declaration of John P. Reitman in Support* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 09/11/2021) |
| 09/11/2021 | 321 (13 pgs) | Notice of motion/application *Chapter 7 Trustee's Notice of Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)320 Motion to Extend Time |

**EXHIBIT "2"**

**PAGE 63**

| | | |
|---|---|---|
| | | *Chapter 7 Trustee's Notice of Motion and Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546; Memorandum of Points and Authorities; Declaration of John P. Reitman in Support* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 09/11/2021) |
| 09/14/2021 | 322 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Richards, Ronald. (Richards, Ronald) (Entered: 09/14/2021) |
| 09/14/2021 | 323 (6 pgs) | Stipulation By Richard A Marshack (TR) and *Dr. Hrayr Shahinian for Voluntary Dismissal of Pending Motions Filed by Dr. Hrayr Shahinian with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Mang, Tinho) (Entered: 09/14/2021) |
| 09/15/2021 | 324 (2 pgs) | Order Approving Stipulation For Voluntary Dismissal Of Pending Motions Filed By Dr. Hrayr Shahinian. IT IS ORDERED: The Motions Filed As Docket Nos. 212 , 213 , And 219 Are Dismissed Without Prejudice. No Party Shall Be Deemed The Prevailing Party And All Parties Shall Bear Their Own Costs And Fees. To The Extent That Any Documents Are Inadvertently Produced To Movant Which Are Not Movant's Client Files, Such Files Shall Immediately Be Returned To The Trustee In Order To Preserve The Attorney-Client Privilege And Confidentiality Of Such Documents. (BNC-PDF) (Related Doc # 323 ) Signed on 9/15/2021 (Bolte, Nickie) (Entered: 09/15/2021) |
| 09/15/2021 | 326 | Hearing Held On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - OFF CALENDAR - STIPULATION DISMISSING THE MOTION APPROVED - (Bolte, Nickie) (Entered: 09/22/2021) |
| 09/15/2021 | 327 | Hearing Held On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - OFF CALENDAR - STIPULATION DISMISSING THE MOTION APPROVED - (Bolte, Nickie) (Entered: 09/22/2021) |
| 09/17/2021 | 325 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)324 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 09/17/2021. (Admin.) (Entered: 09/17/2021) |
| 10/01/2021 | 328 (38 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Richard A Marshack (TR) (RE: related document(s)320 Motion to Extend *Chapter 7 Trustee's Notice of Motion and Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546; Memorandum of Points and Authorities; Declaration of John P. Reitman in Support*). (Reitman, John) (Entered: 10/01/2021) |
| 10/01/2021 | 329 (2 pgs) | Order Granting Chapter 7 Trustee's Motion For Order Extending Time To File Avoidance Actions Under 11 U.S.C. Section 546. IT IS ORDERED: The Motion Shall Be And Hereby Is GRANTED. Time To File Avoidance Actions Pursuant To 11 U.S.C. Section 546 Is Extended For A Period Of Six Months, To And Including Monday, March 14, 2022 (Without Prejudice To The Trustee Seeking A Further Extension For Cause). (BNC-PDF) (Related Doc # 320 ) Signed on 10/1/2021 (Bolte, Nickie) (Entered: 10/01/2021) |
| 10/03/2021 | 330 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)329 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/03/2021. (Admin.) (Entered: 10/03/2021) |
| | | |

**EXHIBIT "2"**

**PAGE 64**

| | | |
|---|---|---|
| 10/06/2021 | [331](99 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)319 Motion to approve compromise *Between Trustee and Silver Star Sound & Communications, Inc.; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service (Related to: 315 Motion to approve compromise; [31].* (Wood, David) (Entered: 10/06/2021) |
| 10/07/2021 | [332](2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Silver Star Sound & Communications, Inc. IT IS ORDERED: The Motion Is Granted. The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Release Of Claims Specified In The Agreement. The Trustee Is Authorized Upon Receipt Of The Settlement Payment, To Pay Compensation To Special Counsel A Contingency Fee Of $10,095.00, 30% Of The Action's Net Recovery, If And When All Of The Settlement Proceeds Are Received (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 319 ) Signed on 10/7/2021 (Bolte, Nickie) (Entered: 10/07/2021) |
| 10/09/2021 | [333](7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)332 Order on Motion to Approve Compromise (BNC-PDF)) No. of Notices: 1. Notice Date 10/09/2021. (Admin.) (Entered: 10/09/2021) |
| 11/05/2021 | [334](5 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm.* (Ramlo, Kurt) (Entered: 11/05/2021) |
| 12/21/2021 | [335](55 pgs) | Motion *by Chapter 7 Trustee to Approve Amendment to Subordination Agreement re: Judgment Lien Held by Jason Frank Law and Terms of Employment of Richard L. Kellner as Special Litigation Counsel with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 12/21/2021) |
| 12/21/2021 | [336](19 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)335 Motion *by Chapter 7 Trustee to Approve Amendment to Subordination Agreement re: Judgment Lien Held by Jason Frank Law and Terms of Employment of Richard L. Kellner as Special Litigation Counsel with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 12/21/2021) |
| 01/10/2022 | [337](9 pgs) | Emergency motion *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 01/10/2022) |
| 01/10/2022 | [338](7 pgs) | Application shortening time *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 01/10/2022) |
| 01/11/2022 | [339](4 pgs) | Order Granting Application And Setting Hearing On Shortened Notice. The Hearing On The Notice of Emergency Motion and Emergency Motion for Entry of Order Pursuant to 11 U.S.C. Section 107(B), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(C) of the Local Bankruptcy Rules Authorizing Trustee to File Under Seal a Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 will take place on January 12, 2022 at 11:00 A.M. In Courtroom 5C - Virtual (Accessibility Information Located In The Courts Tentative Rulings) located at 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) Signed on 1/11/2022 (RE: related document(s)338 Application shortening time filed by Trustee Richard A Marshack (TR)). (Bolte, Nickie) (Entered: 01/11/2022) |
| 01/11/2022 | 340 | Hearing Set (RE: related document(s)337 Emergency Motion for Entry of Order Pursuant to 11 U.S.C. Section 107(B), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(C) of the Local Bankruptcy Rules |

**EXHIBIT "2"**

**PAGE 65**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | Authorizing Trustee to File Under Seal a Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 filed by Trustee Richard A Marshack (TR) The Hearing date is set for 1/12/2022 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/11/2022) |
| 01/11/2022 | 341 (10 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)337 Emergency motion *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Mang, Tinho) (Entered: 01/11/2022) |
| 01/11/2022 | 342 (10 pgs) | Declaration re: *notice of hearing re: emergency motion with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)337 Emergency motion *with Proof of Service*, 338 Application shortening time *with Proof of Service*). (Mang, Tinho) (Entered: 01/11/2022) |
| 01/12/2022 | 347 | Hearing Held On Motion (RE: related document(s)337 Emergency Motion For Entry Of Order Pursuant To 11 U.S.C. Section 107(B), Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Rule 5003-2(C) Of The Local Bankruptcy Rules Authorizing Trustee To File Under Seal A Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 filed by Trustee Richard A Marshack (TR)) - MOTION DENIED WITHOUT PREJUDICE - (Bolte, Nickie) (Entered: 01/20/2022) |
| 01/13/2022 | 343 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)339 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 01/13/2022. (Admin.) (Entered: 01/13/2022) |
| 01/18/2022 | 344 (4 pgs) | Order To Show Cause Why Trustee's Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 (Docket 51 ) Should Not Be Unsealed. IT IS ORDERED: This Court Hereby Issues This Order To Appear On March 2, 2022, At 11:00 A.M. In Courtroom 5C-Virtual, Located At 411 West Fourth Street, Santa Ana, CA 92701, And Show Cause Why The Trustee's Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 [Docket 51 ] Should Not Be Unsealed At This Time, Either Through The Process Of This Court's Reconsideration Of The Previous Motion To Seal (Docket 49 ) And The Order Thereon (Docket 50 ), Or Alternatively, Due To The Lack Of Necessity For The Motion To Remain Sealed At This Time. The Court Is Authorized To, And Accordingly Does, Issue This Order To Show Cause Pursuant To 11 U.S.C. Sections 107(a), 107(c), 105, And The Inherent Powers Of This Court. Any Response To This Order Shall Be Filed By Not Later Than 14 Days Prior To The March 2 Hearing. (SEE ORDER FOR FURTHER RULING) (Notice Of Entered Order And Service List Attached) (BNC-PDF) (Related Doc # 51 ) Signed on 1/18/2022 (Bolte, Nickie) (Entered: 01/18/2022) |
| 01/18/2022 | 345 | Hearing Set On Order To Show Cause (RE: related document 344 Order To Show Cause Why Trustee's Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 (Docket 51) Should Not Be Unsealed) Show Cause hearing to be held on 3/2/2022 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/18/2022) |
| 01/19/2022 | 346 (83 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)335 Motion *by Chapter 7 Trustee to Approve Amendment to Subordination Agreement re: Judgment Lien Held by Jason Frank Law and Terms of Employment of Richard L. Kellner as Special Litigation Counsel with Proof of Service*). (Mang, Tinho) (Entered: 01/19/2022) |

**EXHIBIT "2"**

**PAGE 66**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| 01/20/2022 | 348 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)344 Order to Show Cause (BNC-PDF)) No. of Notices: 1. Notice Date 01/20/2022. (Admin.) (Entered: 01/20/2022) |
| 01/21/2022 | 349 (2 pgs) | Order Granting Motion to Approve Amendment to Subordination Agreement RE: Judgment Lien held by Jason Frank Law and terms of employment of Richard L. Kellner as Special Litigation Counsel (See Order for Further Rulings) (BNC-PDF) (Related Doc # 335 ) Signed on 1/21/2022 (Mccall, Audrey) (Entered: 01/21/2022) |
| 01/21/2022 | 350 (8 pgs) | Notice of lodgment *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)337 Emergency motion *with Proof of Service*). (Hays, D) (Entered: 01/21/2022) |
| 01/21/2022 | 351 (2 pgs) | Order Denying Emergency Motion for Entry of Order pursuant to 11 U.S.C. Section 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(c) of the Local Bankruptcy Rules authorizing the Trustee to file Under Seal a Motion for Order Authorizing the Trustee to use property of the estate pursuant to 11 U.S.C. Section 363 (Related Doc # 337 ) Signed on 1/21/2022 (Mccall, Audrey) (Entered: 01/21/2022) |
| 01/23/2022 | 352 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)349 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 01/23/2022. (Admin.) (Entered: 01/23/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/24/2022 10:38:52 | | |
| **PACER Login:** | attydeh162507 | **Client Code:** 1015-131 |
| **Description:** | Docket Report | **Search Criteria:** 8:19-bk-13560-SC Fil or Ent: filed From: 1/1/2019 To: 1/24/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** 3.00 |

**EXHIBIT "2"**

**PAGE 67**

# EXHIBIT "3"

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

January 7, 2022

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

Mr. Richard A. Marshack, Esq.
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

RE: <u>United States v. Michael Avenatti</u>
19 Cr. 374 (JMF)

Dear Mr. Marshack,

Federal Defenders of New York, Inc., represents the above captioned individual in federal court in the Southern District of New York.  Attached please find a trial appearance subpoena for your testimony on January 24, 2022, at 40 Foley Square in front of Judge Jesse M. Furman at 9:00 a.m. and for the duration of the trial.  In addition to your trial testimony, we are requesting items be **produced in advance** of the January 24, 2022, trial date.  Please see the enclosed subpoena rider with the requested items.

The requested items should be returned to Federal Defenders of New York, Inc., Attn: Ms. Anna Finkel, 52 Duane St., 10th Fl., New York, NY, 10007 or by email to anna_finkel@fd.org.  You will not be required to be in court on January 24, 2022, but you will need to be available for the duration of the trial.  Please contact me at (212) 417-8714 or Mr. Robert Baum, Esq. at (212) 417-8760 to discuss scheduling matters and your travel arrangements to testify at trial.

Sincerely,

*/s/*
Anna Finkel
Chief Investigator
(212) 417-8714

Enclosure

**EXHIBIT "2"**

**PAGE 69**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| United States of America | ) | |
| v. | ) | |
| Michael Avenatti | ) | Case No.  19 Cr. 374 (JMF) |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Richard A. Marshack, Esq.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 40 Foley Square, Judge Jesse M. Furman | Courtroom No.: | courtroom 1105 |
| | | Date and Time: | 01/24/2022 9:00 AM and for the duration of trial |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE RIDER

*(SEAL)*

RUBY J. KRAJICK

*CLERK OF COURT*

Date:  ___01/07/2022___    _____
                                              *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Michael Avenatti
_____ , who requests this subpoena, are:

Federal Defenders of New York, Inc.
Mr. Robert M. Baum, Esq.
52 Duane St., 10th Fl.
New York, NY 10007
(212) 417-8760
Robert_Baum@fd.org

**EXHIBIT "2"**

**PAGE 70**

Richard A. Marshack – Rider

Provide the following records:

** Produce in advance of trial **certified copies of the following items:**

provide any and all communications between Stephanie Clifford (aka Stormy Daniels) and Michael Avenatti between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all communications between Stephanie Clifford and Judy Regnier between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all communications involving Judy Regnier relating to Ms. Clifford's book between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all communications between Judy Regnier and Michael Avenatti relating to Stephanie Clifford between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all communications involving Michael Avenatti relating to work performed for Stephanie Clifford, including on her book deal, between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all documents reflecting work performed for Stephanie Clifford, including on her book deal, between February 2018 – Present.  This should include all text messages, instant messages, emails, letters, cards, voicemails, Facebook messages, WhatsApp messages, Instagram messages, and messages on similar platforms such as Signal or Telegram.

• provide any and all accounting, billing, and financial records relating to Stephanie Clifford.  This should include all invoices, bills, and accounting entries reflecting monies expended for Ms. Clifford, as well as all time spent working on Ms. Clifford's behalf.

• provide any and all Quickbooks and Tabs data relating to Ms. Cliffordd.

**EXHIBIT "2"**

**PAGE 71**

• provide any and all communications and documents relating to the financial condition of Michael Avenatti, Eagan Avenatti, LLP, and/or Avenatti and Associates, APC during the time period January 1, 2018 to March 30, 2019. This should include all documents and communications relating to assets, debts, cash flow, income, liabilities, loans, and prospects for future income.**

**The defendant is indigent and invokes Rule 17(b) F.R.CRIM. P, and as such not responsible for records-related fees.**

**EXHIBIT "2"**

**PAGE 72**

# EXHIBIT "5"

<u>**DECLARATION OF STEPHANIE CLIFFORD**</u>

I, Stephanie Clifford, hereby declare:

1. I am currently represented by Brewster & De Angelis PLLC and Clark O. Brewster, Esq., whom I authorized to contact the United States Attorney's Office for the Southern District of New York on my behalf regarding certain of my communications with my former attorney, Michael J. Avenatti, Esq.

2. I previously was represented by Michael J. Avenatti, Esq., and the law firms of Eagan Avenatti LLP and Avenatti & Associates PC (collectively, "Avenatti"), in connection with several legal matters.

3. I understand that my communications with Avenatti may be subject to a valid claim of privilege. I hereby waive any attorney-client or other privilege that might attach to any conversations and communications with Avenatti, including any such communications that might be contained on any electronic device belonging to, controlled by, or possessed by Avenatti.

EXHIBIT 4, PAGE 37

**EXHIBIT "2"**

**PAGE 74**

4.   I have discussed the foregoing with my current
counsel, and make this waiver knowingly and voluntarily.

_____    _____
STEPHANIE CLIFFORD                  Date  4/15/19

_____    _____
Clark O. Brewster, Esq.             Date  4-15-19
Attorney for STEPHANIE CLIFFORD

EXHIBIT 4, PAGE 38

**EXHIBIT "2"**

**PAGE 75**

# EXHIBIT "3"

## DECLARATION OF GARY FRANKLIN

I, Gary Franklin, hereby declare:

1.   I am currently represented by Michael J. Proctor, Esq., and Whitney R. O'Byrne, Esq., of Durie Tangri LLP, whom I authorized to contact the United States Attorney's Office for the Southern District of New York on my behalf regarding certain of my communications with my former attorney, Michael J. Avenatti, Esq.

2.   I previously was represented by Michael J. Avenatti, Esq., and/or the law firms of Eagan Avenatti LLP and Avenatti & Associates PC (collectively, "Avenatti"), in connection with certain legal matters.

3.   I understand that my communications with Avenatti may be subject to a valid claim of privilege.  I hereby waive any attorney-client or other privilege that might attach to any conversations and communications with Avenatti, including any such communications that might be contained on any electronic device belonging to, controlled by, or possessed by Avenatti.

EXHIBIT 5, PAGE 39

**EXHIBIT "2"**

**PAGE 77**

4.    I have discussed the foregoing with my current

counsel, and make this waiver knowingly and voluntarily.


_____          _____
GARY FRANKLIN                            Date


_____          _____May 1, 2019_____
Michael J. Proctor, Esq.                 Date
Attorney for GARY FRANKLIN




EXHIBIT 5, PAGE 40

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR ORDER: AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363 MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF RICHARD A. MARSHACK AND MATTHEW D. MURPHEY IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **January 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

**U.S. TRUSTEE**
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 24, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**EXHIBIT "2"**

**PAGE 79**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S DAVIS; AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank chris@chrisblanklaw.com
- **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J lm rim@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
- **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo malo@sheppardmullin.com, clopez@sheppardmullin.com; abilly@sheppardmullin.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com; AParanjpye@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                  **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**EXHIBIT "2"**
**PAGE 80**

- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson   misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder   david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman jreitman@landaufirm.com, hrichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards   ron@ronaldrichards.com, morani@ronaldrichards.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder   mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Michael Simon   msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still   astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood   dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

**VIA EMAIL:**
- **INTERESTED PARTY:** ANDREW DALACK, ATTORNEY, FEDERAL DEFENDERS OF NEW YORK, INC., ANDREW_DALACK@FD.ORG
- **INTERESTED PARTY:** ANNA FINKEL, CHIEF INVESTIGATOR, FEDERAL DEFENDERS OF NEW YORK, IN.C, ANNA_FINKEL@FD.ORG
- **INTERESTED PARTY:** ROBERT B. SOBELMAN, ASSISTANT UNITED STATES ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK, ROBERT.SOBELMAN@USDOJ.GOV

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**EXHIBIT "2"**

**PAGE 81**

**EXHIBIT "3"**

**Subject:** Re: Eagan Avenatti, LLP - 8:19-bk-13560-SC - Hearing on Trustee's Motion for Order for Permission to Comply

**Date:** Tuesday, January 25, 2022 at 3:18:13 PM Mountain Standard Time

**From:** Andrew Dalack

**To:** Matt Murphey

**CC:** Robert Sobelman, Ed Hays, David Wood, Meghan Murphey

Sorry to hear that, Matt. Please take care of yourself, I look forward to the email report.

Andrew

> On Jan 25, 2022, at 4:46 PM, Matt Murphey <matt@themurpheylawyers.com> wrote:
>
> Hi Andrew - Like half of California, I have breakthrough Covid and am unable to speak very well.  I will send an email report to you both after the hearing tomorrow, and will probably be better able to communicate by Friday. Thanks for your understanding.
>
> Best,
>
> Matt
>
> Matthew D. Murphey, Esq.
> MURPHEY & MURPHEY, A.P.C.
> Sent from my iPhone
> Please excuse any typos
> Standard email caveats apply
>
>> On Jan 25, 2022, at 1:39 PM, Andrew Dalack <Andrew_Dalack@fd.org> wrote:
>>
>> Thanks, Matt. Can we touch base after the hearing? I won't be able to make it but am happy to chat when it's over.
>>
>> Thanks,
>>
>> Andrew
>>
>> Andrew Dalack
>> Assistant Federal Defender, SDNY
>> (646) 315-1527
>>
>>> On Jan 25, 2022, at 4:37 PM, Matt Murphey
>>> <matt@themurpheylawyers.com> wrote:
>>>
>>> Counsel:  Judge Clarkson granted our Application for an order shortening

**Page 1 of 2**

**EXHIBIT "3"**

**PAGE 82**

time on our motion to grant the trustee permission to comply with your respective subpoenas. There is a hearing scheduled for 11 am tomorrow, January 26, 2022.  Information as to how to appear at the hearing remotely can be found on Judge Clarkson's chamber's page at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson

Thank you.

Matthew D. Murphey, Esq.
MURPHEY & MURPHEY, A.P.C.
(949) 464-4542
Sent from my iPad
Please excuse any typos
Standard email caveats apply

**EXHIBIT "3"**
**PAGE 83**

**EXHIBIT "4"**

**Subject:** RE: Eagan Avenatti, LLP - 8:19-bk-13560-SC - Hearing on Trustee's Motion for Order for Permission to Comply

**Date:** Wednesday, January 26, 2022 at 2:16:50 PM Mountain Standard Time

**From:** Matt Murphey

**To:** andrew_dalack@fd.org, Robert Sobelman

**CC:** Ed Hays, David Wood, Meghan Murphey

Counsel:

The hearing on Trustee Richard Marshack's Motion for Order for Permission to Comply ("Motion") with the subpoenas issued by your respective offices ("Subpoenas") concluded just a few moments ago. As you know, the hearing was held in the United States Bankruptcy Court for the Central District of California, before the Honorable Scott C. Clarkson. As to appearances, in addition to the Trustee's counsel and special counsel, Ryan O'Dea appeared at the hearing on behalf of whom he identified on the record as "interested party, Michael Avenatti."

For the reasons stated more completely on the record (which can be obtained by contacting Judge Clarkson's court reporter through the web site identified in my January 25, 2022 email to you both), I paraphrase that Judge Clarkson found, among other things, that the Subpoenas constitute core proceedings pursuant to 28 U.S.C. section 157, subsections (b)(2)(A), (L) and (O), thereby implicating the so-called *Barton* Doctrine [*See Barton v. Barbour*, 104 U.S. 126 (1886)]. Pursuant to the *Barton* Doctrine, both the government and the Federal Defender were obligated to have first obtained the Bankruptcy Court's permission prior to issuing the subpoenas to the Trustee, since the Subpoenas purportedly issued from another forum, that being the Southern District of New York, and both threaten the Trustee with contempt of court for failure to comply. The Trustee's Motion was therefore denied, with prejudice.

Accordingly, the Trustee is unable to comply with the Subpoenas now or at any time in the future.

Please let me know if you have any questions, however, the best source for the Court's holding and reasoning is the transcript of the proceedings, which may be obtained as noted above.

Thank you.

Matthew D. Murphey
MURPHEY & MURPHEY, A.P.C.
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949-464-4542


Matthew D. Murphey
MURPHEY & MURPHEY, A.P.C.
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949-464-4542

---

**From:** Matt Murphey
**Sent:** Tuesday, January 25, 2022 1:36 PM
**To:** andrew_dalack@fd.org; Robert Sobelman <Robert.Sobelman@usdoj.gov>

**EXHIBIT "4"**

**PAGE 84**

**Cc:** Ed Hays <EHays@marshackhays.com>; David Wood <dwood@marshackhays.com>; Meghan Murphey <meghan@themurpheylawyers.com>
**Subject:** Eagan Avenatti, LLP - 8:19-bk-13560-SC - Hearing on Trustee's Motion for Order for Permission to Comply

Counsel:  Judge Clarkson granted our Application for an order shortening time on our motion to grant the trustee permission to comply with your respective subpoenas. There is a hearing scheduled for 11 am tomorrow, January 26, 2022.  Information as to how to appear at the hearing remotely can be found on Judge Clarkson's chamber's page at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson

Thank you.

Matthew D. Murphey, Esq.
MURPHEY & MURPHEY, A.P.C.
(949) 464-4542
Sent from my iPad
Please excuse any typos
Standard email caveats apply

Page 2 of 2

EXHIBIT "4"
PAGE 85

**EXHIBIT "5"**

Monday, January 31, 2022 at 11:55:10 Mountain Standard Time

**Subject:** New filing in Eagan Avenatti, LLP - 8:19-bk-13560-SC Hearing Held (Bk Motion)
**Date:** Wednesday, January 26, 2022 at 2:16:45 PM Mountain Standard Time
**From:** noreply@courtdrive.com
**To:** Ed Hays



No Document Entry
Download PDF of this Email
powered by CourtDrive

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Central District of California**

Notice of Electronic Filing

The following transaction was received from Bolte, Nickie entered on 1/26/2022 at 12:27 PM PST and filed on 1/26/2022
**Case Name:**       Eagan Avenatti, LLP
**Case Number:**       8:19-bk-13560-SC
**Document Number:** 360

**Docket Text:**
Hearing Held On Motion (RE: related document(s)[353] Chapter 7 Trustee's Emergency Motion For Order: Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 filed by Trustee Richard A Marshack (TR)) - MOTION DENIED WITH PREJUDICE (Bolte, Nickie)

The following document(s) are associated with this transaction:

**8:19-bk-13560-SC Notice will be electronically mailed to:**

James C Bastian, Jr on behalf of Interested Party Courtesy NEF
jbastian@shulmanbastian.com

Christopher L Blank on behalf of Defendant Trackside Performance, LLC
chris@chrisblanklaw.com

Christopher L Blank on behalf of Defendant Andrew S. Davis
chris@chrisblanklaw.com

Christopher L Blank on behalf of Defendant Robert Faieta dba Competition Motorsports
chris@chrisblanklaw.com

**Page 1 of 7**

**EXHIBIT "5"**

**PAGE 86**

Mark S Bostick on behalf of Defendant Dillanos Coffee Roasters, Inc.
mbostick@wendel.com, bankruptcy@wendel.com

Steven Casselberry on behalf of Defendant Eisenhower Carlson PLLC
s.casselberry@mpglaw.com, j.jacobs@mpglaw.com

Steven Casselberry on behalf of Interested Party Eisenhower Carlson PLLC
s.casselberry@mpglaw.com, j.jacobs@mpglaw.com

Lei Lei Wang Ekvall - DECEASED - on behalf of Defendant Aledmi, LLC
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED - on behalf of Defendant Alan Chaffee
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED - on behalf of Defendant Edwin Spaunhurst
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED - on behalf of Defendant Michael White
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Jeffrey I Golden on behalf of Defendant Silver Star Sounds & Communications, Inc
jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

David B Golubchik on behalf of Defendant The X-Law Group, PC, a professional corporation
dbg@lnbyg.com, stephanie@lnbyb.com

David B Golubchik on behalf of Defendant Filippo Marchino
dbg@lnbyg.com, stephanie@lnbyb.com

David B Golubchik on behalf of Interested Party Courtesy NEF
dbg@lnbyg.com, stephanie@lnbyb.com

Martin B Greenbaum on behalf of Defendant Gallo Builders, Inc.
eparker@collectionlaw.com, mgreenbaum@collectionlaw.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party INTERESTED PARTY
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Richard A. Marshack
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive

.com

Robert J Im on behalf of Defendant Honda Aircraft Company LLC
rim@mcglinchey.com, irvineECF@mcglinchey.com

Richard L Kellner on behalf of Plaintiff Richard A. Marshack
rlk@kellnerlaw.com, irma.c.deleon@gmail.com

Erick Kuylman on behalf of Intervenor Hrayr Shahinian
erick.kuylman@warrenterzian.com

Jessica R MacGregor on behalf of Other Professional JAMS, Inc.
jmacgregor@longlevit.com, lmyers@longlevit.com

Aaron J Malo on behalf of Defendant Osborn Machler, PLLC
amalo@sheppardmullin.com, rgolder@sheppardmullin.com;abilly@sheppardmullin.com

Aaron J Malo on behalf of Defendant Simeon Osborn
amalo@sheppardmullin.com, rgolder@sheppardmullin.com;abilly@sheppardmullin.com

Aaron J Malo on behalf of Interested Party Simeon Osborn
amalo@sheppardmullin.com, rgolder@sheppardmullin.com;abilly@sheppardmullin.com

Tinho Mang on behalf of Interested Party Courtesy NEF
tmang@marshackhays.com,
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang on behalf of Plaintiff Richard A. Marshack
tmang@marshackhays.com,
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang on behalf of Trustee Richard A Marshack (TR)
tmang@marshackhays.com,
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Filippo Marchino on behalf of Creditor The X-Law Group, P.C.
fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Filippo Marchino on behalf of Creditor Alexis Gardner
fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Filippo Marchino on behalf of Creditor Damon Rogers
fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Filippo Marchino on behalf of Defendant The X-Law Group, PC, a professional corporation
fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Filippo Marchino on behalf of Defendant Young Blue LLC, a limited liability company
fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Filippo Marchino on behalf of Defendant Elba Hernandez, individually and as personal representative and successor
in interest to Andres Ramirez, deceased
fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

**EXHIBIT "5"**
**PAGE 88**

Filippo Marchino on behalf of Defendant Filippo Marchino
fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Filippo Marchino on behalf of Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent
fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Judith E Marshack on behalf of Trustee Richard A Marshack (TR)
jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Robert S Marticello on behalf of Defendant Aledmi, LLC
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello on behalf of Defendant Alan Chaffee
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello on behalf of Defendant Edwin Spaunhurst
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello on behalf of Defendant Michael White
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Meghan C Murphey on behalf of Trustee Richard A Marshack (TR)
meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com

Alan I Nahmias on behalf of Mediator Alan I Nahmias
anahmias@mbn.law, jdale@mbnlawyers.com

Karen S. Naylor on behalf of Creditor Stoll, Nussbaum & Polakov
Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com

Karen S. Naylor on behalf of Interested Party Courtesy NEF
Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com

Ryan D O'Dea on behalf of Defendant Avenatti & Associates APC
rodea@shulmanbastian.com, lgauthier@shulmanbastian.com

Ryan D O'Dea on behalf of Defendant Michael Avenatti
rodea@shulmanbastian.com, lgauthier@shulmanbastian.com

Ryan D O'Dea on behalf of Interested Party Avenatti Michael
rodea@shulmanbastian.com, lgauthier@shulmanbastian.com

Brian A Paino on behalf of Defendant Honda Aircraft Company LLC
bpaino@mcglinchey.com, irvineECF@mcglinchey.com

Aditi Paranjpye on behalf of Defendant HPPW, LLC
aparanjpye@cairncross.com, eroth@cairncross.com;AParanjpye@ecf.courtdrive.com

Misty A Perry Isaacson on behalf of Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC
misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

**EXHIBIT "5"**
**PAGE 89**

Misty A Perry Isaacson on behalf of Defendant Christine Avenatti Carlin
misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

Eric S Pezold on behalf of Defendant Vincent Builders, Inc.
epezold@swlaw.com, knestuk@swlaw.com

Kurt Ramlo on behalf of Defendant The X-Law Group, PC, a professional corporation
kr@lnbyg.com, kr@ecf.inforuptcy.com

Kurt Ramlo on behalf of Defendant Filippo Marchino
kr@lnbyg.com, kr@ecf.inforuptcy.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyg.com, kr@ecf.inforuptcy.com

David M Reeder on behalf of Creditor Edward M. Ricci, P.A.
david@reederlaw.com, secretary@reederlaw.com

Jack A. Reitman on behalf of Debtor Eagan Avenatti, LLP
jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman on behalf of Defendant Eagan Avenatti, LLP
jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman on behalf of Plaintiff Richard A Marshack
jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman on behalf of Plaintiff Richard A. Marshack
jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman on behalf of Trustee Richard A Marshack (TR)
jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

John P. Reitman on behalf of Interested Party Courtesy NEF
jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com

John P. Reitman on behalf of Plaintiff Richard A. Marshack
jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com

John P. Reitman on behalf of Plaintiff Richard A. Marshack
jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com

John P. Reitman on behalf of Trustee Richard A Marshack (TR)
jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Monica Rieder on behalf of Interested Party Courtesy NEF
mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com

Monica Rieder on behalf of Plaintiff Richard A. Marshack
mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com

**EXHIBIT "5"**
**PAGE 90**

Nanette D Sanders on behalf of Interested Party Courtesy NEF
becky@ringstadlaw.com, arlene@ringstadlaw.com

Michael Simon on behalf of Defendant Aledmi, LLC
msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Michael Simon on behalf of Defendant Alan Chaffee
msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Michael Simon on behalf of Defendant Edwin Spaunhurst
msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Michael Simon on behalf of Defendant Michael White
msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Andrew Still on behalf of Defendant Vincent Builders, Inc.
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

David Wood on behalf of Interested Party Courtesy NEF
dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

David Wood on behalf of Interested Party INTERESTED PARTY
dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

David Wood on behalf of Trustee Richard A Marshack (TR)
dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

**8:19-bk-13560-SC Notice will not be electronically mailed to:**

Conway Mackenzie, Inc.
333 South Hope Street
Suite 3625
Los Angeles, CA 90071

Bicher & Associates

,

Burke, Williams & Sorensen, LLP
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067

Force 10 Partners, LLC
20341 SW Birch Ste 220
Newport Beach, CA 92660

Hahn Fife & Company
790 E Colorado Blvd 9th Fl

**EXHIBIT "5"**
**PAGE 91**

Pasadena, CA 91101

H James Keathley on behalf of Creditor Stoll, Nussbaum & Polakov
Keathley & Keathley LLP
2030 Main St Ste 1040
Irvine, CA 92614

H James Keathley on behalf of Plaintiff Stoll, Nussbaum & Polakov, APC.
Keathley & Keathley LLP
2030 Main St Ste 210
Irvine, CA 92614

Kellner Law Group PC
,

Landau Law LLP
1880 Century Park East, Suite 1101
Los Angeles, CA 90067

Philip Landsman
Law Office of Philip Landsman
5776 Lindero Canyon Rd Ste D-666
Westlake Village, CA 91362

Marshack Hays LLP
,

Murphey & Murphey, APC
120 Vantis Dr Ste 300
Aliso Viejo, CA 92656-2677

Suzy Quinn
304 East 65th Street Apt 36A
New York, NY 10065

Fredrick A Rafeedie on behalf of Defendant Alki Bakery, Inc.
Jones Bell Abbott Fleming & Fitzger
601 S Figueroa St Ste 2700
Los Angeles, CA 90017

**8:19-bk-13560-SC These participants in a related case have chosen not to receive notice from this case:**
Elizabeth Berke-Dreyfuss on behalf of Defendant Dillanos Coffee Roasters, Inc.
edreyfuss@wendel.com, bankruptcy@wendel.com