

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Michael Avenatti*, 19 Cr. 374 (JMF)

Dear Judge Furman:

  The Government respectfully submits this letter regarding the Court's instruction on the components of a reasonable fee on page 27 of the redline version circulated at the charge conference.

  The Government proposes that, should the Court determine to retain the content at lines 8 through 15, the Court include the following at the end of the paragraph:

> Of course, your task is not to decide what, if any, fee might have been reasonable. I merely provide this instruction to help you understand how a lawyer's fee might be determined if the lawyer were to bring a claim in court or arbitration regarding a fee dispute.

  This proposed instruction makes clear that the Court's instructions on quantum meruit provide context but do not present a factual question bearing on the charges in this case that the jury must decide.

Honorable Jesse M. Furman
United States District Judge
February 1, 2022
Page 2

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By:    s/
        Matthew D. Podolsky
        Andrew A. Rohrbach
        Robert B. Sobelman
        Assistant United States Attorneys
        (212) 637-1947/2345/2616

cc:    Michael Avenatti (by ECF via standby counsel)