February 1, 2022

**BY ECF – VIA FEDERAL DEFENDERS**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Michael Avenatti**
      **19 Cr. 374 (JMF)**

Dear Judge Furman:

     In response to the Court's final jury instructions and for the benefit of the record, defendant re-affirms his prior objections made in Dkts. 350, 352 and during the charge conference earlier this afternoon.

                                          Respectfully Submitted,

                                                        /s/
                                          Michael J. Avenatti
                                          Defendant