UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                              :

UNITED STATES OF AMERICA        :      19 Cr. 374 (JMF)

    - v -                                  :      ORDER

MICHAEL AVENATTI,                 :

                  Defendant.      :

------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      Attached to this Order are the following:

- The notes received from the jury (Court Exhibits 1-4);

- The supplemental instructions provided to the jury during its deliberations (Court Exhibits 5-7); and

- The jury verdict form (Court Exhibit 8).

      SO ORDERED.

Dated: February 4, 2022
       New York, New York

                                                JESSE M. FURMAN
                                      United States District Judge

Court Exhibit 1

# JURY NOTE

We are unable to come to a consensus on Count 1.

What are our next steps?

Date: 2/3/22

Time: 10:37

Court Exhibit 2

# JURY NOTE

① We are requesting the full transcript for the full testimony of Stormy Daniels (Stephanie Clifford) that began on Thursday Jan 27th → Friday Jan 28th.

② Please define "good faith" as mentioned in the Judge's instructions.

Date: 2/3/22

Time: 2:10

Court Exhibit 3

# JURY NOTE

We have one juror who is refusing to look at evidence and is acting on a feeling. We need assistance on moving forward. She does not believe she needs to prove her side using evidence and refuses to show us how she has come to her conclusion. Please help us move forward. Not going on any evidence, all emotions and does not understand this job of a jury.

Date: 2/4/22

Time: 10:02

**JURY NOTE**   Court Exhibit 4

We have a verdict.

Date: 2/4/22

Time: 2:33



**Response to Jury Note #1**

As I instructed you yesterday, in order to return a verdict in this case, each juror must agree as to each count. In other words, your verdict must be unanimous. You should, therefore, consider all the evidence in the case and fully deliberate upon that evidence in a conscientious manner. Remember to follow all of my instructions, including my instruction that, at all times, the Government has the burden of proof beyond a reasonable doubt. Also remember your oath, when you were sworn in as jurors, that you would try this case and attempt to render a true verdict according to the evidence and the law.

[Although each juror must decide the case for him or herself, this should be done after an impartial consideration of all the evidence with your fellow jurors. In the course of your deliberations as a juror, you must examine everybody's point of view. You should not hesitate to reexamine your own views and to change your opinion if you are convinced that it is erroneous. There is no reason to believe that if this case were to be tried again that another jury would be any more intelligent, more impartial, or more competent to decide than you are. At the same time, no juror should surrender his or her honest conviction as to the weight or the effect of the evidence to his fellow or her fellow jurors or for the purpose of returning a verdict; it is your right to fail to agree if your honest conviction requires it.]

I would like to suggest at this time that you return to the jury room and reflect upon what I've said and resume your deliberations for such time as you, in your judgment, feel to be reasonable.

Court Exhibit 6

1 **Response to Jury Note #2**

2       As I instructed you yesterday, the second element that the Government must establish

3 beyond a reasonable doubt before you can find the defendant guilty of wire fraud, the offense

4 charged in Count One, is that the defendant devised or participated in the fraudulent scheme

5 knowingly, willfully, and with specific intent to defraud, as I defined those terms for you

6 yesterday.

7       Because an essential element of wire fraud is the intent to defraud, it follows that good

8 faith on the part of a defendant is a complete defense to the charge of wire fraud.  Thus, if the

9 defendant held an honest belief that he was entitled to take the money or property from the

10 victim, even if that belief was mistaken, then you must find him not guilty even if others were

11 injured by the defendant's conduct.

12       The defendant has no burden to establish good faith.  The burden is on the Government to

13 prove fraudulent intent and the consequent lack of good faith beyond a reasonable doubt.

14       If that does not answer your question adequately, you can, of course, send us another

15 request.

**Response to Jury Note #3**

We have received your note, which reads as follows: _____

At the beginning of this case, you each took an oath to "well and truly try this issue . . . and a true verdict give according to the law and the evidence."

Pursuant to that oath, each of you has a duty to deliberate. That entails a duty to consult with one another, to consider each other's views with an open mind, and to discuss the evidence with the objective of reaching a just verdict if you can do so.

Under your oath as jurors, you are not to be swayed by sympathy or emotion. You should be guided solely by the evidence presented during the trial and the law as I gave it to you, without regard to the consequences of your decision. You have been chosen to try the issues of fact and reach a verdict on the basis of the evidence or lack of evidence. If you let sympathy or emotion interfere with your clear thinking, there is a risk that you will not arrive at a just verdict. You must make a fair and impartial decision so that you will arrive at the just verdict.

Your verdict must be based on the evidence introduced at trial --- or the lack of evidence. But I remind you: The defendant has no burden to present any evidence. As I've told you many times, the burden of proof lies solely with the Government.

As you deliberate, you should examine the questions put to you with candor and with a proper regard and deference to the opinions of each other. If, after listening to your fellow jurors and if, after stating your own view, you become convinced that your view is wrong, do not hesitate because of stubbornness or pride to change your view. On the other hand, if you have honest convictions and beliefs based on the evidence presented at trial, you should not surrender those convictions and beliefs solely because of the opinions of your fellow jurors or because you are outnumbered.

I remind you that your verdict must be unanimous. Further, you are reminded that, if at any time you are not in agreement, you are not to reveal the positions of the jurors, including the split of the vote, to anyone, including me, at any time during your deliberations.

With that, I will ask you to return to the jury room to continue your deliberations. I am going to give you copies of the instruction that I just read to you as well as the instructions I read to you yesterday in response to your first two notes. You should consider all of these instructions along with the all of my other instructions in reaching a verdict in this case.

If, at any point in your deliberations, anyone on the jury is refusing to deliberate in accordance with my instructions, you are free to send us another note. And, of course, if you have any additional questions or concerns, you can always send us another note.

Court Exhibit 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

MICHAEL AVENATTI,

              Defendant.

------------------------------------------------------------X

19 Cr. 374 (JMF)

<u>VERDICT FORM</u>

*All Answers Must Be Unanimous*

**Count One – Wire Fraud**

Guilty ✓    Not Guilty ~~█~~

***REMINDER: If you find the defendant Not Guilty on Count One,
you must find him Not Guilty on Count Two as well.***

**Count Two – Aggravated Identity Theft**

Guilty ✓    Not Guilty ~~█~~

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*



Date and Time: 2/4/22, 2:32 PM

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.*

2