UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA               :
                :
       -v-               :         19-CR-374 (JMF)
                :
MICHAEL AVENATTI,                :         <u>ORDER</u>
                :
         Defendant.         :
                :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record at the conclusion of trial, Defendant shall surrender to the U.S. Marshal Service in the Central District of California by **5 p.m. (Pacific time) today**. Sentencing is scheduled for **May 24, 2022**, at **3:45 p.m.** Unless and until the Court orders otherwise, sentencing will take place in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

       The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Consistent with the Court's Rules, Defendant's sentencing submission shall be filed two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be filed one week in advance of the date set for sentencing. The Government shall advise the Court whether Ms. Clifford wishes to be heard at sentencing. Further, the parties shall confer in advance of sentencing with respect to any restitution or forfeiture orders.

       SO ORDERED.

Dated: February 7, 2022
       New York, New York

                                               JESSE M. FURMAN
                                               United States District Judge