UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

   -v-

MICHAEL AVENATTI,

                 Defendant.

------------------------------------------------------------X

19 Cr. 374 (JMF)

VERDICT FORM

*All Answers Must Be Unanimous*

**Count One – Wire Fraud**

Guilty ___✓___   Not Guilty ___~~scribbled out~~___

*REMINDER: If you find the defendant Not Guilty on Count One,
you must find him Not Guilty on Count Two as well.*

**Count Two – Aggravated Identity Theft**

Guilty ___✓___   Not Guilty ___~~scribbled out~~___

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*



Date and Time: 2/4/22, 2:32 PM

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.*