# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 25, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:  **United States v. Michael Avenatti**
     **19 Cr. 374 (JMF)**

Dear Judge Furman:

     Please find attached a letter motion we received from Michael Avenatti requesting that the Court reappoint the Federal Defenders of New York to represent him through sentencing in the above-captioned case. As set forth in Mr. Avenatti's letter motion, and in light of the Court's Order at docket number 423, the Federal Defenders of New York do not object to the reappointment.

Respectfully Submitted,

Robert M. Baum, Esq.
Andrew J. Dalack, Esq.
Tamara L. Giwa, Esq.
Assistant Federal Defenders

Cc:  Government Counsel          Counsel for Michael Avenatti