February 24, 2022

**BY ECF – VIA FEDERAL DEFENDERS**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      RE: *United States v. Michael Avenatti*, 19 CR 374 (JMF)

Dear Judge Furman:

Pursuant to the Court's February 17, 2022, Order (Dkt. 423), I formally and respectfully request reappointment of the Federal Defenders of New York to represent me in connection with this matter due to the fact that I am presently incarcerated, which makes it incredibly difficult, if not impossible, for me to adequately prepare for sentencing and file any post-trial motions. My financial circumstances have not materially changed since my last filing with the Court relating to that issue. I have communicated with Mr. Andrew Dalack with the Federal Defenders and I am informed that they will accept the reappointment.

I thank the Court for its consideration.

      Respectfully Submitted,

      /s/
      _____

      Michael J. Avenatti
      Defendant