**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    RE:    **United States v. Michael Avenatti**
              **19 Cr. 374 (JMF)**

Dear Judge Furman:

The defense respectfully seeks a 60-day adjournment of the sentencing proceeding in the above-captioned case and requests that the Court sentence Mr. Avenatti via videoconference. The Government objects to an adjournment, but does not object to a remote sentencing hearing.

A 60-day adjournment is necessary to afford the defense adequate time to prepare and obtain mitigation related to loss-amount arguments under Application Note 3(E)(i) to U.S.S.G. § 2B1.1 and 18 U.S.C. § 3553(a). The defense also anticipates pursuing variance-related arguments under 18 U.S.C. § 3553(a)(2)(D) and requires additional time to obtain relevant records and data.

                                Respectfully Submitted,

                                /s/
                              Robert M. Baum, Esq.
                              Andrew J. Dalack, Esq.
                              Tamara L. Giwa, Esq.
                              Assistant Federal Defenders

Cc:    Government Counsel                  Counsel for Michael Avenatti