# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 18, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Applications DENIED, except that sentencing is RESCHEDULED to June 2, 2022, at 10 a.m. Defense submissions in connection with sentencing are due two weeks prior to the sentencing date; the Government's submissions are due one week before the sentencing date. The Clerk of Court is directed to terminate Docket No. 426. SO ORDERED.
>
> /s/ Jesse M. Furman
>
> March 21, 2022

RE: **United States v. Michael Avenatti**
19 Cr. 374 (JMF)

Dear Judge Furman:

The defense respectfully seeks a 60-day adjournment of the sentencing proceeding in the above-captioned case and requests that the Court sentence Mr. Avenatti via videoconference. The Government objects to an adjournment, but does not object to a remote sentencing hearing.

A 60-day adjournment is necessary to afford the defense adequate time to prepare and obtain mitigation related to loss-amount arguments under Application Note 3(E)(i) to U.S.S.G. § 2B1.1 and 18 U.S.C. § 3553(a). The defense also anticipates pursuing variance-related arguments under 18 U.S.C. § 3553(a)(2)(D) and requires additional time to obtain relevant records and data.

Respectfully Submitted,

/s/
Robert M. Baum, Esq.
Andrew J. Dalack, Esq.
Tamara L. Giwa, Esq.
Assistant Federal Defenders

Cc: Government Counsel

Counsel for Michael Avenatti