UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                         :

UNITED STATES OF AMERICA           :

                                                         :                      19 Cr. 374 (JMF)

     - v -                                               :

                                                         :                        ORDER

MICHAEL AVENATTI,                     :

                                                         :

                                 Defendant.     :

                                                          :
---------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       Sentencing in this case is scheduled for June 2, 2022.  *See* ECF No. 427.  The Court has been advised that Defendant's next trial, in the United States District Court for the Central District of California, is scheduled to begin in July 2022.  Although the Court previously noted that it was prepared to adjourn sentencing to avoid any conflict with the California trial, no party has moved for such an adjournment.  That said, having spoken with the judge presiding over the California case, the Court hereby ORDERS the United States Marshal Service to transport Defendant back to the Central District of California promptly after sentencing in this matter, to arrive no later than June 6, 2022.

       SO ORDERED.

Dated: May 19, 2022
       New York, New York

                                                       JESSE M. FURMAN
                                                  United States District Judge