# EXHIBIT D

May 10, 2022

Dear Honorable Judge Furman:

My sister and I wanted to introduce ourselves and share with you our thoughts on our father, Michael Avenatti. My name is Lauren Louise and I was born in October of 2002. Fortunately through academic scholarships and financial aid I just finished my freshman year on the Dean's List at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ She is completing her Junior year of high school as a 4.0 student ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Sadly, the last couple of years have painted a very one-dimensional view of our father and do not adequately convey the man we know and love. We would like to share with you the countless good things he has done, the clients he has helped, and the important role he plays in our daily lives.

When Grandpoppy, our paternal grandfather, was forced into early retirement by a large corporate giant, it caused a spark in my Dad to want to earn a law degree and to fight against injustice. Through photo albums we have seen the struggle our parents went through to get our Dad through law school and achieve his dream of becoming a lawyer. After law school, and for as long as we can remember, he has been pursuing justice for hundreds of clients. We have seen him take on pro-bono clients, help friends with legal challenges, and take cases others wouldn't. We witnessed his tenacity as some of these cases lasted over ten years. We understood the significance of his work and it has inspired us to help others. Our mom would send him photos of us holding posters we made and video clips of the cheer we created before many important hearings or trials. The "Argue Daddy, Argue!" cheer is as important to us today as it was through our entire childhood when hoped for victories for his clients. We need him to know that we are still behind him and still rooting for him.

To us, our Dad is the father who tells us he loves us just because, gives us a hug, kiss and a shutter when saying goodbye, took us to plays and concerts, and always has encouraging words for us and coaches us through life's challenges. We have been taught to value God and family above all else, to use our blessings to be kind, helpful and compassionate to others, and always to live with grace and forgiveness in our hearts.

Even after our parents got divorced, Dad would come over in the mornings before work to bring us pancakes. We spent hours playing in the park with him in El Segundo. We love to hang out and have Sunday dinners with him and our brother. We made trips to the zoo, beach, Disneyland and lots of other places, and have so much fun just being together. He is gentle with us and loves animals. When we were little girls he surprised us with a puppy on Christmas morning, and we had Romo as part of our family until his death in in 2019.

He always encouraged us to be our best selves and make the most of our potential and lives, and to be assertive, independent, strong women and to strive to make our goals a reality. He told us not to be negative. He taught us that if you put your energy into it, you can achieve anything you want in life, and that anything is possible. He always instilled in us the

importance of getting good grades, being active academically and being involved in clubs and extracurricular activities. When ▮▮▮ was scared to sleep away from home, our Dad insisted we go to tennis camp, so that we could learn to be independent and be prepared for a college setting. It was always an expectation that we would go to college and get a good education, our Dad implemented that in us from a very young age. He always wanted us to be successful and self-reliant.

Growing up, we have seen many examples of his kindness to other people. Not that long ago, we were with him when he stopped to change a stranger's tire on the side of the road, and our uncle recently told us about my Dad helping him out of situations when they were younger that we didn't even know about. Our dad has always been a source of strength for us, and a great role model, and taught us not to be judgmental or cruel because people come from all walks of life and we don't always know their story. When I was a freshman in high school and a classmate was bullying me, my dad talked me through it and comforted me, and then mediated with his parents and helped solve the problem. When I was young, I had a lazy eye and had to have multiple procedures and countless trips to the doctor and wear a patch. It was a difficult experience for me and my Dad helped me through it, because he had gone through it as a child too and understood what it was like. He taught me to be strong and overcome it.

Whenever my dad talks about us succeeding in the future and how we are equipped with all the skills to be whatever we want to be, his soft side comes out. He worked so hard to make his dreams a reality, and he has embedded that into us from a very young age. Dad wants us to put our best foot forward and always try our best. From a very young age, he has given us so much strength to go out and to make our dreams come true. Our dad loves us so much, he wants the very best for us. Whenever the topic of his daughters come up, his fatherly and soft side comes out. He has never failed to express to us how proud he is of us and how he thinks we are so gifted and special. He has given us courage and strength by setting an amazing example of resiliency. Throughout his life, our dad has never given up. He has put his incredible strength and resiliency into us. He always finds a way to get back up and keep on fighting. We know he will find a way to come back from this adversity and be better and more productive than ever. We are so thankful that my mom and my dad have always encouraged us in that as the last few years have tested us and we have been able to find the strength to persist and to keep excelling.

One of our favorite memories with our dad is running around the house for hours playing "tickle monster." He would make us laugh so hard to the point where our stomachs would ache. We also loved when dad set up egg hunts on Easter for us. Our dad did so much for us to make us feel special. He would take us to Build-A-Bear whenever we asked, so half our beds were full with Build-A-Bears. Our family trips outside the country and to Miami were so fun; we loved traveling with Dad. When we were super little, we would all go to Starbucks before the school Halloween parade. Since our birthdays are in October, we would show up in our costumes and he would bring us cupcakes and buy us a Horizon milk. Most people might not know that our dad is extremely funny. He always makes the funniest jokes and we poke fun at each other. Our dad is also a great dancer. The "monkey dance" was our favorite. He would raise his hands in the middle of a restaurant and wave them in

the air. Even though he appears really serious on TV and when he is working, he is actually very funny and goofy. Seeing our dad help so many people has inspired ▇ to go into a career where she helps people too. He has helped thousands of people, and we want to do the same. Although we want to help people in a different way, seeing the impact he had on so many people's lives has inspired us to hopefully have that same impact.

The last few years have been extremely trying as he has been unable to participate in our lives the way he used to due to his restrictions. He has missed choral performances, plays, academic award ceremonies, tennis matches, prom pictures, Senior celebrations, High School graduation, moving into college, college parent's weekend, and Dad's weekend at my sorority, holidays and most importantly family time. Due to the advanced age of his parents, Grandmommy and Grandpoppy could not travel during the pandemic and he could not travel to them, so we have missed family time and our holiday celebrations together. We have adjusted to these restrictions and learned during our visits and phone calls how to stay connected and share our stories through more vivid story telling. Fortunately, we have been able to remain close and I think even grow closer during this immensely challenging time for our family.

He is our family, we love him, we see the good in him, and we need him in our lives and we will be there to love and support him in any way possible.

We pray that you will take this information into consideration when determining his fate.

*Lauren Avenatti*
Lauren Louise Avenatti