# EXHIBIT E

May 9, 2022

Honorable Judge Furman,

My name is Michelle Rodier Greene. I am writing to share some of my personal experiences with Michael Avenatti. I have known Michael for almost thirty years. I knew Michael as a college student at the University of Pennsylvania, a law student at George Washington University, a husband to my sister, my brother-in-law and a father to my intelligent, beautiful nieces. It's been weird to see his name and face on TV and in the media these past few years, to see such a single sided portrayal of a man I consider family.

Back in 1992, my sister, Christine, met Michael and he quickly became a part of our family.  Knowing that he deserved more, Michael was determined to attend the University of Pennsylvania and pursue his dreams. Without the financial help of his family, Michael moved to Philadelphia and funded his own education. During his time at the University of Pennsylvania, Michael attended class and worked tirelessly on his coursework. At times, we even shared the same Macintosh computer in my parent's home. Whenever he wasn't studying or attending class, Michael was working to pay for his education. My sister would often drive him so that he could work in the car. His dedication to his education and future was nothing short of remarkable.

In June of 1992, my mother was diagnosed with a serious heart condition. Over the years that followed, my sister, Christine, and Michael were a part of the circle that surrounded my mother. This circle gave her the love and support needed to live another seven years. Michael and Christine even moved into our family home to be closer to her. As a family, we supported each other through all of life's challenges. My parents and sister worked hard to support Michael through law school. They knew that Michael wanted to make a difference in this world so sacrifices were made to help make his dream come true. While Michael was still attending law school, my mother passed away in June of 1999. Michael offered financial assistance to help give my mother the funeral that she deserved. After burying my mother, I decided to change my wedding plans for the following November. It was too emotional planning a wedding without my mother. It was then that Michael offered to pay for my husband and I to travel to Hawaii for a small, beach wedding. Not only did Michael pay for our trip, but he served as our official wedding

photographer. It was a special trip with beautiful memories. I will always be grateful for these acts of kindness and selflessness.

In April of 2002, I was blessed with my firstborn child and my sister flew in to visit. She couldn't wait to share that she and Michael were expecting their first child. ███████████████

████████████████████████████████████████████████████████████

████████████ The excitement that my sister had when she told me about her pregnancy was equally shared by Michael. When my sister went into early labor with her first daughter, Michael was on a flight on the way back from a trial in New Jersey. His inability to be at the hospital gutted him. I vividly remember his phone call to me from the airplane. It was heartbreaking. From that moment on, I knew that Michael would do whatever he could for his family. When their second child arrived, I received a bright and early morning phone call from the west coast. It was the proud father once again beaming about his new daughter. While visiting the Avenatti's in California each summer, I was able to witness Michael parent his little girls. From walks to Starbucks for a treat, trips to Build a Bear and riding elephants at the Orange County Fair, the love that Michael has for his girls and their adoration of him was always beautiful to witness. As the girls move into adulthood, their relationship with their father will enter a new phase. This phase is made even more complicated by current circumstances but I know how valuable their father-daughter relationship is to both Michael and the girls. It's a relationship Michael prioritizes and will fight for. The girls want and need him to be a part of their next chapters – college, relationships, marriage and their own children.

The media has portrayed Michael to be someone different than the man that I have known for decades. The man that will be sitting before you has provided for his ex-wife and children, loved his family and made a difference in the lives of his loved ones. I am asking you to please take this information into consideration when deciding upon Michael's future.


Sincerely,

*Michelle R. Greene*

Michelle R. Greene