# EXHIBIT F

Hon. Judge Furman:

I've known Michael since 1989. He hired me at Creve Coeur Athletic Association - a little league baseball complex in suburban St. Louis. When he took over the field crew duties, he needed help and I came aboard to mow the fields, set the bases and manage the concession stand. It was evident from day one that Michael, even at that young age, had high expectations for himself and could see potential where others didn't. That was the kind of innate drive that got him working at 16 years old - not just one job at McDonald's, but also delivering pizzas, and umpiring little league while excelling in school. And that's why he was able to put himself through college and law school. He certainly wasn't born with a silver spoon in his mouth, just the determination to succeed.

In the 30-plus years I've known Michael, he has been a loyal friend and like a brother, so when he needed a place to stay under home confinement due to COVID, I valued the opportunity to help him. I saw firsthand what a devoted father he is to his two teenage daughters during their frequent visits. And when his young son came over on Sunday afternoons, it was something special to see them play together and giggle like lots of fathers and sons get to do all the time. But Michael cherished those moments even more.

Michael is obviously facing the toughest period of his life. But there's more to him than just the last few years. He's a good person who has always been there to help people, personally and professionally. Now, I'm sure he's eager to get a second chance to put these latest life lessons to work and figure out what his next chapter will become.

Thank you,

*Jay Manheimer*
Jay Manheimer