# EXHIBIT G

May 10, 2022

Dear Honorable Judge Furman:

My name is Stephen Rodier and I met Michael Avenatti 30 years ago when he started dating my sister, Christine. I felt it is important to write because while sometimes amusing and often tragic the Michael Avenatti being portrayed in the media over the past few years is an incomplete and often inaccurate version of the Michael I know. I am hopeful I can shed some light into a better version than you have gotten to see.

When Christine brought Michael home, he was a politically active liberal wearing pressed khaki pants and polo shirts and wore "tennis shoes" on weekends cheering on the Dallas Cowboys. I grew up in an area where President Ronald Reagan visited, wore sport shorts and "sneakers" on the weekends cheering on the Philadelphia Eagles. The debate into tennis shoes vs. sneakers still rages today, so does the Cowboys vs. the Eagles debate for that matter. My grandmother, a Rush Limbaugh top rated fan, and Michael would spiritedly debate the politics of the day. Michael was a passionate advocate for the causes he believed in, yet he was still able to come into the family respecting and honoring the differences we had. Over the years, we had great fun celebrating our differences and created some irreplaceable memories.

Michael was cut from a different mold and the intensity he brought into his education and work was different than most 21-year-olds. ███████████████████████████████████████ He and my sister set a path for Michael to finish his education, go to law school and for him to start his career as a lawyer. Michael and Christine moved into my parents' home to help care for my terminally ill mother. Michael affectionately called my parents Jim and the Dude and would become an integral part of our family. Michael shared an office with my dad and a computer with my sister, Michelle, competed in our fantasy football league, served as a groomsman in my wedding and as a Godparent to my son, ███

Over the years, Michael helped to secure care for my mother, helped with my mother's burial, planned and paid for my sister's wedding, facilitated the end-of-life planning and care for my grandmother, assisted me financially, provided legal advice countless times, and is a mentor to my boys. My sister and Michael divorced in 2007, but they remained amicable, and Michael is still considered an important part of our family. They have remained committed, and laser focused on raising two remarkable daughters. Christine and Michael are a yin and yang, and their daughters are thriving even during these tumultuous last few years. I am proud of the work that Christine and Michael put into parenting and to see my nieces blooming into smart, independent, strong young women.

Thank you for taking the time to learn a bit more about the Michael that is a part of my family and not the Michael you have seen. I am hopeful soon he can return to the role of a committed co-parent to my sister, father to my nieces, and valued family member.

Stephen J. Rodier Jr.