# EXHIBIT H

May 13, 2022

**BY EMAIL**
Stormy Daniels
C/O Clark O. Brewster
Brewster & De Angelis PLLC
2617 E. 21st Street
Tulsa, OK 74114

Dear Stormy,

    I write to apologize to you for my actions and conduct. Over the last three years and especially over the last several months, I have had a significant amount of time to reflect on my life, our friendship and my legal representation of you. It is obvious that I failed you in many respects and that I disappointed you and let you down in multiple ways.

    I tried my best to serve you in many ways; as a friend, confidant, and advisor. I made myself available to you 24/7 and felt that I was always there for you. I made personal sacrifices in my support for you. But along the way, I know that I failed. I wish that we could turn back the clock so that the mistakes I made would never be repeated.

    I am truly sorry.

                                             /S/ Michael
                                             Michael Avenatti