# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

May 20, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:**   **United States v. Michael Avenatti,**
     **19 Cr. 374 (JMF)**

Dear Judge Furman:

Consistent with the Court's individual rules and practices, we respectfully request that the Court accept the redactions proposed to Mr. Avenatti's sentencing submission (filed at docket number 433), which the defense submits are necessary to protect sensitive mental health, medical, and employment information, and are also necessary to protect the identities of minor children.

Respectfully Submitted,

_____/s/_____
Robert M. Baum
Tamara L. Giwa
Andrew J. Dalack
Assistant Federal Defenders

Cc:   Government Counsel          Counsel for Michael Avenatti