**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 31, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Michael Avenatti,**
         **19 Cr. 374 (JMF)**

Dear Judge Furman:

     We write to respectfully request that the Court endorse this application and direct the Metropolitan Detention Center in Brooklyn and the United States Marshals Service to accept one blue suit, a blue dress shirt, a white undershirt, a tie, dress shoes (without laces), and dress socks for Michael Avenatti (Register Number 86743-054) to wear at his upcoming sentencing proceeding on June 2, 2022. The defense asserts that the significance of Mr. Avenatti's sentencing proceeding would be better served if the Court allowed him to dress appropriately for the appearance, which will include his personal statement to the Court.

Respectfully Submitted,

/s/
Robert M. Baum
Tamara L. Giwa
Andrew J. Dalack
Assistant Federal Defenders

Cc:   Government Counsel

Counsel for Michael Avenatti

Application DENIED. The Clerk of Court is directed to terminate ECF Nos. 438 and 439.

SO ORDERED.

[signature]

June 1, 2022