**Criminal Notice of Appeal - Form A**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 07 2022
```

# NOTICE OF APPEAL

### United States District Court

__Southern__ District of __New York__

**Caption:**

United States of America v.

Michael Avenatti,   Defendant.

Docket No.: 19 Cr. 374

Honorable Jesse M. Furman
(District Court Judge)

Notice is hereby given that __the defendant Michael Avenatti__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on __6/2/22__
(date)

This appeal concerns: Conviction only | ___   Sentence only |✓|   Conviction & Sentence |___   Other |___

Defendant found guilty by plea |   | trial |✓| N/A |   .

Offense occurred after November 1, 1987?   Yes |✓|   No |   |   N/A |

Date of sentence: __6/2/22__   N/A |___|

Bail/Jail Disposition: Committed |___   Not committed |✓|   N/A |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor |
| Counsel's Phone: | (212) 417-8763 |
| Assistant U.S. Attorney: | Matthew D. Podolsky, Esq. |
| AUSA's Address: | Assistant United States Attorney |
| | One St. Andrew's Plaza, NY, NY  10007 |
| AUSA's Phone: | (212) 637-1947 |

*Robert M. Baum, Esq.*
Robert M. Baum, Esq.
Signature