Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**AMENDED**

United States District Court

__Southern__ District of __New York__

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/10/2022__

Caption:

United States of America v.

Michael Avenatti, Defendant.

Docket No.: 19 Cr. 374 (JMF)

Honorable Jesse M. Furman
(District Court Judge)

Notice is hereby given that __the defendant, Michael Avenatti__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)

entered in this action on __6/2/22__.
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✓]  Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ] .

Offense occurred after November 1, 1987? Yes [✓]  No [ ]  N/A [ ]

Date of sentence: __6/2/22__  N/A [ ]

Bail/Jail Disposition: Committed [ ]  Not committed [ ]  N/A [✓]


Appellant is represented by counsel? Yes [✓] | No [ ]  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor, New York NY 10007 |
| Counsel's Phone: | (212) 417-8743 |
| Assistant U.S. Attorney: | Matthew D. Podolsky, Esq. |
| AUSA's Address: | Assistant U.S. Attorney |
| | One St. Andrews Plaza, New York, NY 10007 |
| AUSA's Phone: | (212) 637-1947 |

_____
Signature