Criminal Notice of Appeal - Form A

**NOTICE OF APPEAL**

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022

ORIGINAL

Caption:
United States of America v.

Michael Avenatti, Defendant.

Docket No.: 19 Cr. 374
Honorable Jesse M. Furman
(District Court Judge)

Notice is hereby given that Michael Avenatti appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ Order _____ (specify)
entered in this action on 09/23/2022.
(date)

This appeal concerns: Conviction only [__]  Sentence only [__]  Conviction & Sentence [✓]  Other [__]

Defendant found guilty by plea [__]  | trial | ✓  | N/A |

Offense occurred after November 1, 1987?  Yes | ✓ |  No [__]  N/A [__]

Date of sentence: 06/02/2022 _____ N/A [__]

Bail/Jail Disposition: Committed [✓]  Not committed [__]  N/A [__]

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor, New York, NY 10007 |
| Counsel's Phone: | (212) 417-8763 |
| Assistant U.S. Attorney: | Matthew D. Podolsky, Esq. |
| AUSA's Address: | Assistant United States Attorney |
| | One St. Andrew's Plaza, New York, NY 1007 |
| AUSA's Phone: | (212) 637-1947 |

_____
Signature