**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 2, 2023

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York

    Re:   *United States v. Michael Avenatti,*
             19-cr-000374 (JMF)

Dear Judge Furman,

    I write to request that the Court order the United States Pretrial Services Office in the Southern District of New York to release Michael Avenatti's passport to a representative from our office. I understand that Pretrial Services will only release this passport pursuant to a Court order. In June 2022, Mr. Avenatti was sentenced principally to 48 months' imprisonment and restitution of $148,750. We thus respectfully request that the Court order the release of his passport. I have conferred with AUSA Andrew Rohrbach and I understand that the government does not object to this request.

                                      Sincerely,

                                      /s/ Kendra L. Hutchinson
                                      Kendra L. Hutchinson, Esq.
                                      Assistant Federal Defender
                                      Tel: (212) 417-8731
                                      Kendra_Hutchinson@fd.org

Cc: AUSA Andrew Rohrbach (by ECF)

**SO ORDERED:**

_____
HONORABLE JESSE M. FURMAN
United States District Judge

March 3, 2023

The Clerk of Court is directed to terminate Docket No. 454.